WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SNB 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
Telephone:  (714) 427-7000
Facsimile:   (714) 427-7799

ROBERT P. PARKER (*pro hac vice to be filed*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice to be filed*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice to be filed*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice to be filed*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice to be filed*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice to be filed*)
mrawls@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No.  2:20-cv-359<br><br><br>COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Nichia Corporation ("Nichia"), by its undersigned counsel, with knowledge as to its own acts and status, and upon information and belief as to the acts and status of others, for its Complaint against defendant Feit Electric Company, Inc. ("Feit"), alleges as follows:

**JURISDICTION AND VENUE**

1.     This is a civil action for patent infringement arising under the patent laws, 35 U.S.C. § 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.     Feit is subject to personal jurisdiction in this judicial district because Feit is incorporated in California, has its principal place of business in California, and regularly conducts business in the State of California and the Central District of California.

3.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b) at least because Feit (1) resides in this District, and (2) maintains a regular and established place of business in this district and has committed infringing acts in this district.  Further, Feit has admitted that venue is proper in this district.  *See Nichia Corp. v. Feit Electric Co.*, No. 16-cv-1453 (E.D. Tex.) (Dkt. 42 at 7-8) and *Nichia Corp. v. Feit Electric Co.*, No. 16-cv-1454 (E.D. Tex.) (Dkt. 13 at 2).

4.     Among other things, Feit has purposefully availed itself of the privileges of conducting business in the State of California and in this judicial district; Feit has sought protection and benefit from the laws of the State of California; Feit has solicited business in, transacted business within, and has attempted to derive financial benefit from residents of the State of California and this judicial district; and Nichia's cause of action arises directly from Feit's business contacts and other activities in the State of California and in this judicial district.

NICHIA CORP. COMPLAINT

5.     The accused products in this action are "filament-style" LED lightbulbs.  A picture of one such exemplary, accused Feit filament-style LED lightbulb, taken from Feit's website (www.feit.com/product-category/bulbs/glass-filament/), is shown below:



6.     A filament-style LED lightbulb is a lightbulb that is designed to resemble a traditional incandescent lightbulb with filaments for aesthetic or light distribution purposes, but it produces its light by LEDs.  That is, the LEDs are arranged inside the bulb in a way that resembles the filaments of an incandescent lightbulb.

7.     Feit's website describes its filament-style LED bulbs as follows: "Combining classic style with modern reliability and energy savings with Feit Electric LED Filament Light Bulbs. Filament LED Light Bulbs are made with LED exposed filament and wrapped in a clear or frosted glass housing to deliver an elegant classic look and feel."

8.     The accused Feit filament-style LED lightbulbs have been made, used, imported into, offered for sale, and/or sold by or on behalf of Feit in the Central District of California.  Feit, directly and/or through its agents and intermediaries,

has placed the products at issue in this lawsuit into the stream of commerce throughout the United States through established distribution channels, with the expectation and/or knowledge that they will be made, used, imported into, offered for sale, and sold in the State of California and in this judicial district.

9.      Without limiting the foregoing, Feit allows dealers to request quotes for all of its lightbulbs, including the accused filament-style LED lightbulbs, through its website, www.feit.com/request-quote. Also, Feit's automated distribution centers ship lightbulbs, including the accused filament-style LED lightbulbs, throughout the United States, including in the Central District of California.

10.      Feit's lightbulbs, including the accused filament-style LED lightbulbs, are sold in nationwide hardware, home improvement, and home goods stores located in the State of California and throughout this judicial district, including for example, The Home Depot, Bed Bath & Beyond, and TrueValue retail stores.

## **PRELIMINARY STATEMENT**

11.      This is an action for patent infringement under the United States patent laws, 35 U.S.C. § 1, *et seq*.  The accused products are filament-style LED lightbulbs that are imported into the United States, and/or made, used, sold, and/or offered for sale, in the United States, in the State of California, and in this judicial district, by or on behalf of defendant Feit.  The accused filament-style LED lightbulbs infringe at least claims 1, 3, 4, 6, 7, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 and 27 (the "Asserted Claims") of U.S. Patent No. 9,752,734 (the "'734 Patent") (hereinafter, the "Patent-in-Suit"),which is owned for all purposes by Plaintiff Nichia.  A copy of the Patent-in-Suit is attached hereto as Exhibit A.

12.      As set forth in detail below, the accused Feit filament-style LED lightbulbs infringe the Patent-in-Suit.  By this lawsuit, Nichia seeks relief for Feit's past and ongoing infringement of Nichia's Patent-in-Suit by virtue of Feit's

NICHIA CORP. COMPLAINT

importation, use, manufacture, sale, and/or offer for sale of the accused Feit filament-style LED lightbulbs.

**THE PARTIES**

13.     Plaintiff Nichia Corporation is a corporation organized and existing under the laws of Japan, with its principal place of business at 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima, Japan 774-8601.

14.     Defendant Feit Electric Company, Inc. ("Feit") is a corporation organized and existing under the laws of the State of California.  Feit may be served with process by serving its registered agent, Aaron Feit.

**THE PATENT-IN-SUIT**

15.     The '734 Patent, entitled "Light Emitting Device," was duly and lawfully issued by the U.S. Patent and Trademark Office on September 5, 2017. The '734 Patent lists Yuichiro Tanda and Toshio Matsushita as inventors.

16.     Nichia is the owner of the '734 Patent by valid assignment from the inventors. Nichia owns all rights, title, and interest in the '734 Patent, including the right to sue for and recover all past, present, and future damages for infringement of the '734 Patent.

17.     The Abstract of the Patent-in-Suit provides as follows:

A light emitting device includes a board, light emitting element chips, a wavelength conversion member, a transparent bulb, support leads, and a support base.  The board has a first surface and a second surface. The second surface is an opposite side to the first surface.  The light emitting element chips are mounted on the first surface side.  The wavelength conversion member is formed unitarily with a transparent member.  The transparent bulb encloses the board and the light emitting element chips.  The support leads secure the light emitting element chips inside the transparent bulb.  The support base can be threadedly engaged with a conventional light bulb socket along a socket axis.  The wavelength conversion member is provided on a first surface side and a second surface side, and is elongated in a longitudinal direction.  The light emitting element chips is aligned along a line that extends in the longitudinal direction.

1

## FEIT'S INFRINGING CONDUCT

2       18.     Feit imports into the United States, and manufactures, uses, sells,

3   and/or offers for sale in the United States, filament-style LED lightbulbs that meet

4   each of the limitations of at least the Asserted Claims of the Patent-in-Suit.

5       19.     Three of the Asserted Claims are independent claims: claims 1, 26, and

6   27.  Claim 1 reads as follows:

7
        1.  A light emitting device comprising:
8

9       a board having end portions and a center portion therebetween in a
        longitudinal direction, the board having a first surface on a first surface side
10      hereof and a second surface on a second surface side thereof, the second
        surface being an opposite side to the first surface, the first surface including a
11      first region and  a second region, the first region extending from the center
12      portion of the board to one of the end portions, the second region extending
        from the center portion of the board to the other of the end portions;
13

14      a plurality of light emitting element chips mounted on the first surface side of
        the board;
15

16      a wavelength conversion member formed unitarily with a transparent
        member that seals the plurality of light emitting element chips;
17

18      a transparent bulb that encloses the board and the plurality of light emitting
        element chips;
19

20      support leads that secure the plurality of light emitting element chips inside
        the transparent bulb;
21

22      a support base that can be threadedly engaged with a conventional light bulb
        socket along a socket axis; and
23

24      a pair of metal plates protruding at both ends of the wavelength conversion
        member,
25

26      wherein the wavelength conversion member is provided on the first surface
27      side and the second surface side, the wavelength conversion member is
        elongated in the longitudinal direction when viewed in plan view of the first
28      surface side of the board,

NICHIA CORP. COMPLAINT

1
2
3

wherein a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions,

4
5

wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions, and

6
7

wherein the pair of metal plates are electrically connected with the support base via the support leads.

8
9

20.     Claim 26 reads as follows:

10

26.  A light emitting device comprising:

11
12
13
14
15

a board having end portions and a center portion therebetween in a longitudinal direction, the board having a first surface on a first surface side hereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, the first surface including a first region and  a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions;

16
17

a plurality of light emitting element chips mounted on the first surface side of the board;

18
19

a wavelength conversion member formed unitarily with a transparent member that seals the plurality of light emitting element chips;

20
21

a transparent bulb that encloses the board and the plurality of light emitting element chips;

22
23

support leads that secure the plurality of light emitting element chips inside the transparent bulb;

24
25

a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis; and

26
27

a pair of metal plates protruding at both ends of the wavelength conversion member,

28

NICHIA CORP. COMPLAINT

wherein the wavelength conversion member is provided on the first surface side and the second surface side, the wavelength conversion member is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board,

wherein a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions,

wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions, and

wherein the support leads extend from the support base towards the pair of metal plates.

21.    Claim 27 reads as follows:

27.  A light emitting device comprising:

a board having end portions and a center portion therebetween in a longitudinal direction, the board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, the first surface including a first region and a second region, the first region extending form the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions;

a plurality of light emitting element chips mounted on the first surface side of the board;

a wavelength conversion member formed unitarily with a transparent member that seals the plurality of light emitting element chips;

a transparent bulb that encloses the board and the plurality of light emitting element chips;

support leads that secure the plurality of light emitting element chips inside the transparent bulb;

NICHIA CORP. COMPLAINT

a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis; and

a pair of metal plates protruding at both ends of the wavelength conversion member,

wherein the wavelength conversion member is provided on the first surface side and the second surface side, the wavelength conversion member is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board,

wherein a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions,

wherein a second set of the light emitting element chips are mounted on the second region and arranged rom the center portion of the board to the other one of the end portions, and

wherein one of the support leads is positioned between one of the metal plates and the support base.

22.     By way of example only, at least the following Feit filament-style LED lightbulbs are representative of the Feit filament-style LED lightbulbs that infringe one or more of the Asserted Claims of the Patent-in-Suit:

CEA1940/CL/LED/6; BPCEG25W/827/LED/4; BPCEG25W/927/4; BPG1640/950CA/FIL/2(K); BPGM60W/950CA/FIL/2(K); BPG1660W/950CA/FIL/2(K); BPG2560/F/850/LED(K); BPA1560/950CA/FIL/2(K); PS50/S/820/LED; and T10L/S/820/LED (collectively, the "Representative Accused Products").

23.     Images of the CEA1940/CL/LED/6 product are shown below:

NICHIA CORP. COMPLAINT

1
2
3
4




5
6
7



8
9
10
11
12
13
14
15
16
17

18    24.    Images of the BPCEG25W/827/LED/4 product are shown below:

19
20
21
22
23
24
25
26
27
28





25. Images of the BPCEG25W/927/4 product are shown below:

  

26. Images of the BPG1640/950CA/FIL/2(K) product are shown below:

 

27. Images of the BPGM60W/950CA/FIL/2(K) product are shown below:

NICHIA CORP. COMPLAINT

1
2
3
4
5
6
7
8
9
10



11

28.     Images of the BPG1660W/950CA/FIL/2(K) product are shown below:

12
13
14
15
16
17
18
19
20




21
22

29.     Images of the BPG2560/F/850/LED(K) product are shown below:

23
24
25
26
27
28

NICHIA CORP. COMPLAINT

1
2
3
4
5
6
7
8
9
10




11

30.     Images of the BPA1560/950CA/FIL/2(K) product are shown below:

12
13
14
15
16
17
18
19
20




21

31.     Images of the PS50/S/820/LED product are shown below:

22
23
24
25
26
27
28

NICHIA CORP. COMPLAINT

1
2
3
4
5
6
7
8

   

9
10
11
12
13

  

14
15

32.    Images of the T10L/S/820/LED product are shown below:

16
17
18
19
20
21
22
23
24
25

     

26
27
28

NICHIA CORP. COMPLAINT

33.    The Representative Accused Products are light emitting devices.




(CEA1940/CL/LED/6)




(BPCEG25W/827/LED/4)




(BPCEG25W/927/4)




(BPG1640/950CA/FIL/2(K))

NICHIA CORP. COMPLAINT

1
2
3
4
5
6




7    (BPGM60W/950CA/FIL/2(K))

8
9
10
11
12




13   (BPG1660W/950CA/FIL/2(K))

14
15
16
17
18
19




(BPG2560/F/850/LED(K))

20
21
22
23
24
25




26   (BPA1560/950CA/FIL/2(K))
27
28

NICHIA CORP. COMPLAINT

1
2
3
4
5
6
7




(PS50/S/820/LED)

8
9
10



11
12
13
14



(T10L/S/820/LED)

15
16
17
18
19
20
21
22

34.     The Representative Accused Products include a board having end portions and a center portion therebetween in a longitudinal direction, the board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions.

23
24
25
26
27
28

NICHIA CORP. COMPLAINT



(CEA1940/CL/LED/6)

(BPCEG25W/827/LED/4)

(BPCEG25W/927/4)

(BPG1640/950CA/FIL/2(K))



(BPGM60W/950CA/FIL/2(K))

(BPG1660W/950CA/FIL/2(K))

(BPG2560/F/850/LED(K))

(BPA1560/950CA/FIL/2(K))

(PS50/S/820/LED)

1
2
3



4
5
6
7

8

(T10L/S/820/LED)

9

35.    The Representative Accused Products include a plurality of light

10

emitting element chips mounted on the first surface side of the board.

11
12
13



14

(CEA1940/CL/LED/6)

15
16



17

(BPCEG25W/827/LED/4)

18
19
20
21

 

22

(BPCEG25W/927/4)

23
24



25
26
27



(BPG1640/950CA/FIL/2(K))

28

- 19 -                              NICHIA CORP. COMPLAINT

(BPGM60W/950CA/FIL/2(K))



(BPG1660W/950CA/FIL/2(K))



(BPG2560/F/850/LED(K))



(BPA1560/950CA/FIL/2(K))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



(PS50/S/820/LED)



(T10L/S/820/LED)

36.     The Representative Accused Products, a wavelength conversion member is formed unitarily with a transparent member that seals the plurality of light emitting element chips.





(CEA1940/CL/LED/6)

NICHIA CORP. COMPLAINT

(BPCEG25W/827/LED/4)



(BPCEG25W/927/4)



(BPG1640/950CA/FIL/2(K))



(BPGM60W/950CA/FIL/2(K))

NICHIA CORP. COMPLAINT



(BPG1660W/950CA/FIL/2(K))

(BPG2560/F/850/LED(K))

(BPA1560/950CA/FIL/2(K))

(PS50/S/820/LED)

(T10L/S/820/LED)

NICHIA CORP. COMPLAINT

1

2

37.     The Representative Accused Products include a transparent bulb that encloses the board with the plurality of light emitting element chips.

 

3

4

5

6

7

8

(CEA1940/CL/LED/6)

9

10

 

11

12

13

14

15

(BPCEG25W/827/LED/4)

16

17

 

18

19

20

21

22

(BPCEG25W/927/4)

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 

(BPG1640/950CA/FIL/2(K))

 

(BPGM60W/950CA/FIL/2(K))

 

(BPG1660W/950CA/FIL/2(K))

 

(BPG2560/F/850/LED(K))

NICHIA CORP. COMPLAINT

 

(BPA1560/950CA/FIL/2(K))

 

(PS50/S/820/LED)





(T10L/S/820/LED)

38. The Representative Accused Products include support leads that secure the plurality of light emitting element chips inside the transparent bulb.

 

(CEA1940/CL/LED/6)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 

(BPCEG25W/827/LED/4)



(BPCEG25W/927/4)



(BPG1640/950CA/FIL/2(K))



(BPGM60W/950CA/FIL/2(K))



(BPG1660W/950CA/FIL/2(K))

NICHIA CORP. COMPLAINT



(BPG2560/F/850/LED(K))



(BPA1560/950CA/FIL/2(K))



(PS50/S/820/LED)



(T10L/S/820/LED)

     39.    The Representative Accused Products include a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis.




(CEA1940/CL/LED/6)

NICHIA CORP. COMPLAINT

1

2

3

4

5

6

7

 

(BPCEG25W/827/LED/4)

8

9

10

11

12

13

14



15

(BPCEG25W/927/4)

16

17

18

19

20

 

21

(BPG1640/950CA/FIL/2(K))

22

23

24

25

26

27

 

(BPGM60W/950CA/FIL/2(K))

28

NICHIA CORP. COMPLAINT



(BPG1660W/950CA/FIL/2(K))



(BPG2560/F/850/LED(K))




(BPA1560/950CA/FIL/2(K))




(PS50/S/820/LED)

NICHIA CORP. COMPLAINT

(T10L/S/820/LED)

40.     The Representative Accused Products include a pair of metal plates protruding at both ends of the wavelength conversion member.



(CEA1940/CL/LED/6)



(BPCEG25W/827/LED/4)



(BPCEG25W/927/4)



(BPG1640/950CA/FIL/2(K))

NICHIA CORP. COMPLAINT

1
2

3 (BPGM60W/950CA/FIL/2(K))
4
5
6 (BPG1660W/950CA/FIL/2(K))
7
8
9 (BPG2560/F/850/LED(K))
10
11 (BPA1560/950CA/FIL/2(K))
12
13
14
15
16
17
18
19 (PS50/S/820/LED)
20
21
22
23
24
25
26
27 (T10L/S/820/LED)
28

NICHIA CORP. COMPLAINT

41.     In the Representative Accused Products, the wavelength conversion member is provided on the first surface side and the second surface side, the wavelength conversion member is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board.



(CEA1940/CL/LED/6)



(BPCEG25W/827/LED/4)



(BPCEG25W/927/4)



(BPG1640/950CA/FIL/2(K))



(BPGM60W/950CA/FIL/2(K))

NICHIA CORP. COMPLAINT

(BPG1660W/950CA/FIL/2(K))



(BPG2560/F/850/LED(K))



(BPA1560/950CA/FIL/2(K))





(PS50/S/820/LED)





(T10L/S/820/LED)

42.     In the Representative Accused Products, a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions and a second set of the light emitting

NICHIA CORP. COMPLAINT

element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions.

43.     In the Representative Accused Products, the pair of metal plates are electrically connected with the support base via the support leads.

44.     Images of phosphors in the Representative Accused Products are provided below:




(CEA1940/CL/LED/6)




(BPCEG25W/827/LED/4)

45.     In the Representative Accused Products, the transparent bulb is made of glass; each of the metal plates crosses the support lead; the wavelength conversion member comprises a phosphor therein; an average phosphor particle size is 3 μm or more; the plurality of light emitting element chips is electrically connected in series; the plurality of light emitting element chips is so configured that a main peak light emission wavelength of the light emitting element is varied within a range between 420 nm and 490 nm; each of the light emitting element chips comprises nitride semiconductor made of InxAlyGa1-x-yN ($0 \leqq x$, $0 \leqq y$, $x+y \leqq 1$); the wavelength conversion member substantially surrounds the board; the board is configured to be transparent so that a light emitted from the plurality of

NICHIA CORP. COMPLAINT

light emitting element chips on the first surface side of the board forwards outside of the light emitting device through the second surface of the board; the wavelength conversion member is capable of converting light emitted from the plurality of light emitting element chips into light with a different wavelength such that the converted light with the different wavelength is radiated along a first direction from the first surface side of the board to an outer periphery of the wavelength conversion member, and along a second direction from the second surface of the board to the outer periphery of the wavelength conversion member; all light emitting element chips mounted on the first surface side of the board are aligned along a line; the wavelength conversion member seals all light emitting element chips mounted on the first surface side of the board; the wavelength conversion member seals all light emitting element chips mounted on the first surface side of the board; the first set of light emitting element chips and the second set of light emitting element chips are aligned along substantially a single line that extends in the longitudinal direction of the wavelength conversion member; one of the support leads is positioned between one of the metal plates and the support base; all of the light emitting element chips mounted on the first surface side of the board are aligned along a single line when viewed in plan view of the first surface side of the board; and the phosphor comprises a YAG group phosphor.

46.     Additional Feit filament-style LED lightbulbs also infringe one or more of the Asserted Claims of the Patent-in-Suit.  The Representative Accused Products identified above that, based on the information, including the images herein, and analysis set forth in paragraphs 33-45, infringe one or more of the Asserted Claims of the Patent-in-Suit, are representative of these additional infringing lightbulbs.  These additional lightbulbs infringe one or more of the Asserted Claims of the Patent-in-Suit based on the same information and analysis as set forth in paragraphs 33-45 above.  These infringing lightbulbs include but are not limited to the following models: 72127; ST1975/CL/VG/LED;

ST1960/VG/LED; BPST19/40/LED/2; A1940/CL/850/LED/2;
BPA1940CL927CA/FIL/2; BPA1940CL950CA/FIL/2; A1940/CL/LED/2;
A1960/CL/850/LED/2; BPA1960/CL/LED/2/CAN; BPA1960CL930CA/FIL/2;
BPA1960CL950CA/FIL/2; AT19/S/CL/FILED; G25/S/CL/FILED;
G25/S/VG/LED; T14/S/CL/FILED; AT19/SMK/VG/LED; AT19/VG/LED;
BPA1960CL927CA/FIL/2; BPA1975CL927CA/FIL/2; BPA1525/827/LED/2;
BPA1540/827/LED/2; BPA1540/927CA/FIL/2; BPA1540827LED/2/CAN;
BPA1540C/827/LED/2; BPA1540C/850/LED/2; BPA1540N/827/LED/2;
BPA1560/827/LED/2; BPA1560/850/LED/2; BPA1560C/827/LED/2;
BPA1560C/850/LED/2; BPA1560N/827/LED/2; BPA1560C/950CA/2 (TrueValue
Item # 240357); BPCFC40/827/LED/4; BPCFC40927CAFIL/4/RP (TrueValue
Item # 247660); BPCFC60927CAFIL/2/RP (TrueValue Item # 247663);
BPA1575/850/FIL/2; BPA1575C/827/FIL/2; BPA1575C/850/FIL/2;
BPA1575N/827/FIL/2; BPA1575N/850/FIL/2; BPCFC40/827/LED/2;
BPCFC40/850/LED/2; BPCFC40/927CA/FIL/2; BPA19100/CL/FILED/2;
BPA19100CL850FILED/2; BPA1975/CL/FILED/2; BPA1975CL850/FILED/2;
BPA19100CL927CAFIL/2; A800CL950CA/DD/FILED; BPA1525/927CA/FIL/2;
BPA1575/827/FIL/2; BPA1975CL950CA/FIL/2; BPA1560/950CA/FIL/2;
BPA1960CL950CAFIL2RP (TrueValue Item # 247646); 74309; BPAT19/LED;
T14/VG/LED; BPG1640/827/LED/2; BPG1640827/LED/2/CAN;
BPCFC25/927CA/FIL/2; ST15C/VG/LED; BPA19100CL950CAFI2RP;
BPA19100CL950CAFIL/2; BPCFC40/927CA/FIL/4; BPCFC40/950CA/FIL/2;
BPCFC40/950CA/FIL/4; BPCFC60/827/LED/2; BPCFC60/850/LED/2;
BPCFC60/927CA/FIL/2; BPCFC60/950CA/FIL/2; BPCTC100/827/LED/2;
BPCFC60950CAFIL/2/RP (TrueValue Item # 235110); BPEFC40927CAFIL/2/RP
(TrueValue Item # 247664); BPEFC60927CAFIL/2/RP (TrueValue Item #
247665); BPEFC60950CAFIL/2/RP (TrueValue Item # 235111); BPCFT/LED;
BPCFT/LED/2/CAN; BPCFT/LED/CAN; CFT/SMK/VG/LED;

NICHIA CORP. COMPLAINT

1  BPCTC100/850/LED/2; BPCTC25/827/LED/2; BPCTC40/827/LED/2;

2  BPCTC40/850LED/2; BPCTC40/927CA/FIL/2; BPCTC40/950CA/FIL/2;

3  BPCTC40827/LED/2/CAN; BPCTC60/827/LED/2; BPCTC60/827/LED/2-1;

4  BPCTC60/850/LED/2; BPCTC60/927CA/FIL/2; BPCTC60/950CA/FIL/2;

5  BPCTC75/827/LED/2; BPCTC75/850/LED/2; BPEFC25/827/LED/2;

6  BPEFC25/927CA/FIL/2; BPEFC40/827/LED/2; BPEFC40/850/LED/2;

7  BPEFC40/927CA/FIL/2; BPEFC40/950CA/FIL/2; BPEFC60/827/LED/2;

8  BPEFC60/927CA/FIL/2; BPEFC60/950CA/FIL/2; BPETC25/827/LED/2;

9  BPETC40/827/LED/2; BPETC40/850/LED/2; BPETC40/927CA/FIL/2;

10  BPETC40827/LED/2/CAN; BPETC40950CAFIL/2/RP; BPETC60/827/LED/2;

11  BPETC60/850/LED/2; BPETC60/927CA/FIL/2; BPETC60/950CA/FIL/2;

12  BPETC60827/LED/2/CAN; BPG1640/927CA/FIL/2; BPG1640/950CA/FIL/2;

13  BPG1640927CAFIL/2/RP (TrueValue Item # 258537); BPGM40927CA/FIL/2/RP

14  (TrueValue Item # 247650); Feit Electric 40-Watt LED Decorative Fan Bulbs (Set

15  of 2) (Bed Bath & Beyond SKU 61531857); BPCECFC/827/6;

16  BPG1660/827/LED/2; BPG25100/827/FIL/LED; G25/SMK/VG/LED;

17  G25/VG/LED; BPG1660/927CA/FIL/2; BPG1660/950CA/FIL/2;

18  BPGM40/927CA/FIL/2; BPGM40827/LED/2/CAN; BPG25100/850/FIL/LED;

19  BPG2525/927CA/FIL; BPG2540/927CA/FIL; BPG2540/950CA/FIL;

20  BPG2540/VG/LED; BPG2560/827/LED/CAN; BPG2560/927CA/FIL;

21  BPG2560/950CA/FIL; BPG2575/827/FIL/LED; BPG2575/850/FIL/LED;

22  BPGM40/827/LED/2; BPGM60/827/LED/2; BPGM60/927CA/FIL/2;

23  BPST1525C/VG/LED/2; CFC40/827/LED/6; CFC40/850/LED/6;

24  BPST19/40/LED/2/B22; BPST19/40/LED/2/UK; BPST19/CL/LED; BPST19/LED;

25  BPST19/LED/CAN; BPT1040/827/LED; BPT1440/VG/LED; A1960/CL/LED/2;

26  BPVT10/LED; BPA1940CL927CAFIL2RP (TrueValue Item # 247643);

27  BPA1940CL950CAFIL2RP (TrueValue Item # 247644);

28  BPA1960CL927CAFIL2RP (TrueValue Item # 247645); CFC40/927CA/FIL/6;

NICHIA CORP. COMPLAINT

CFC40/950CA/FIL/6; CFC60/850/LED/6; CFC60/927CA/FIL/6;

CFC60/950CA/FIL/6; CTC40/827/LED/6; CTC40/850/LED/6;

CTC40/927CA/FIL/6; CTC40/950CA/FIL/6; CTC60/827/LED/6;

CTC60/850/LED/6; CTC60/927CA/FIL/6; CTC60/950CA/FIL/6;

T8C/CL/VG/CA/LED; T8C/VG/LED; BPA1560950CAFIL/2/RP (TrueValue Item

# 240356); G2540/BLK/827/FIL; G2540/CHR/827/FIL; G2540/GOLD/827/FIL;

G40100/927CA/FIL; G40/S/VG/LED; T6/S/CL/FILED; PS40/S/CL/820/FIL;

T10L/S/820/LED; PN6AG/BZ/ST19LED; PN6CG/NK/ST19LED;

ST19/CL/VG/LED; ST19/SMK/VG/LED; ST19/S/CL/FILED; ST52/S/820/LED;

PS50/S/820/LED; G63/S/820/LED; ST19/VG/LED; T10/VG/LED;

T14/CL/VG/LED; T10/CL/VG/LED; T10/SMK/VG/LED;

BPG2540/927CA/FIL/RP (TrueValue Item # 247661); BPG2560/927CA/FIL/RP

(TrueValue Item # 247662); BPG2560/950CA/FIL/RP (TrueValue Item # 235113);

TD/7/SMK/FIL; S14/822/FILED/4; 72122; CFT/VG/LED; VB/S/CL/820/FIL;

A19/7/SMK/FILED; ST19/7/SMK/FILED; LUNA/7/SMK/FIL;

BPA19100CL927CAFI2RP; BPA1540927CAFIL/2/RP (TrueValue Item #

240353); BPAT19/LED/CAN; and BPCFF40/927CA/FIL/2(K) (collectively, the

"Represented Accused Products).  Exhibit B to this Complaint provides additional

information about these additional infringing lightbulbs.

47.     The Accused Products include both the Represented Accused Products

and the Representative Accused Products.  To the extent that other Feit LED

lightbulbs include the same filament configuration as any of the Accused Products,

those other LED lightbulbs are also Accused Products

48.     To the extent that any of the Accused Products are sold under a

different model number, including but not limited to lightbulbs that are sold by

retailers under private labels, those products are also Accused Products.

49.     To the extent that any of the model numbers of the Accused Products

include designations indicating the quantity of the lightbulb sold (such as "/2", "/4",

1    "/6" for a 2-pack, 4-pack, 6-pack, and so on), type of packaging the lightbulb is sold

2    in (such as "BP" for a blister pack), suitability for retail sale or known distributor,

3    or any other designations referring to the same type of lightbulb or a lightbulb

4    having the same filament arrangement, all model numbers referring to the same

5    type of lightbulb or a lightbulb having the same filament arrangement are also

6    Accused Products.

7         50.    Nichia reserves the right to identify additional models of accused

8    lightbulbs as the case progresses, for example through discovery.  Accordingly, the

9    scope of Accused Products is not limited to those identified above.

10        51.    Feit has been aware of Nichia's allegation that Feit infringes the

11   Patent-in-Suit since at least June 12, 2019, when Nichia sent Feit a cease-and-desist

12   letter.  The cease-and-desist letter specifically identified the '734 Patent and

13   notified Feit that its CEA1940/CL/LED/6 model and all other products that contain,

14   in relevant respects, substantially similar parts or components as the identified

15   model (i.e., all of the Accused Products), also infringe the '734 Patent.

16        52.    Notwithstanding Nichia's June 12, 2019 letter, Feit has continued to

17   import into the United States, and manufacture, use, sell, and/or offer for sale in the

18   United States, filament-style LED lightbulbs that infringe the Patent-in-Suit ,

19   despite the existence of an objectively-high likelihood that its actions constituted

20   infringement of a valid patent.

21        53.    This objectively-defined risk was known to Feit, or at least was so

22   obvious that it should have been known to Feit.

23                                **MARKING**

24        54.    Nichia has complied with the requirements of 35 U.S.C. § 287(a).

25   Nichia does not make, use, or sell products embodying any of the claims of the

26   '734 Patent, or otherwise practice the '734 Patent.  Additionally, Nichia does not

27   license the '734 Patent.  Accordingly, there is nothing to be marked under the

28   statute.

NICHIA CORP. COMPLAINT

## COUNT I

### (Infringement of U.S. Patent No. 9,752,734)

### (35 U.S. C. § 271(a))

55.     Nichia repeats and re-alleges each and every allegation of paragraphs 1-54 as if fully set forth herein.

56.     The '734 Patent is valid and enforceable.

57.     By its importation into the United States, and its manufacture, use, sale and/or offer for sale in the United States of Feit filament-style LED lightbulbs, including but not limited to all of the Accused Products expressly identified herein, Feit has been and is now infringing at least one or more of the Asserted Claims of the '734 Patent, in the State of California, in this judicial district, and elsewhere, in violation of 35 U.S.C. § 271(a).

58.     Feit had knowledge of the '734 Patent prior to the filing of this Complaint.  Defendant Feit's infringement has been and is now willful and deliberate.  Defendant Feit has and continues to import into the United States, and manufacture, use, sell, and/or offer for sale in the United States, Feit filament-style LED lightbulbs, including but not limited to all of the Accused Products expressly identified herein, despite an objectively high likelihood that its actions constituted infringement of the '734 Patent.  This objectively-defined risk of infringement was known or so obvious that it should have been known to Feit.

59.     Feit's actions are without the consent of Nichia.

60.     Nichia has been and will continue to be damaged by Feit's infringement of the '734 Patent.

61.     Nichia and has been and will continue to be irreparably harmed unless Feit's infringement of the '734 Patent is enjoined.

NICHIA CORP. COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Nichia Corporation prays that the Court enter judgment against Defendant Feit and in favor of Nichia, as follows:

A. Finding that the '734 Patent was duly and lawfully issued, and is valid and enforceable;

B. Finding that Feit has infringed one or more of the claims of the '734 Patent;

C. Awarding damages to Nichia in accordance with 35 U.S.C. § 284, including pre-judgment and post-judgment interest, to compensate Nichia for Feit's infringement of the '734 Patent;

D. Ordering preliminary and permanent injunctive relief restraining and enjoining Feit and its officers, agents, attorneys, employees, and those acting in privity or active concert with Feit, from infringement of the '734 Patent for the full term thereof;

E. Finding Feit's infringement willful and awarding treble damages under 35 U.S.C. § 284;

F. Finding that this case is exceptional pursuant to 35 U.S.C. § 285;

G. Awarding Nichia its costs and attorneys' fees; and

H. Awarding Nichia such other and further relief as this Court deems just and proper.

Dated: January 13, 2020          SNELL & WILMER L.L.P
                                             William S. O'Hare

                                 ROTHWELL, FIGG, ERNST & MANBECK P.C.
                                             Robert P. Parker (*pro hac vice to be filed*)
                                             Martin Zoltick (*pro hac vice to be filed*)
                                             Jenny L. Colgate (*pro hac vice to be filed*)

NICHIA CORP. COMPLAINT

1   Michael Jones (*pro hac vice to be filed*)
2   Daniel McCallum (*pro hac vice to be filed*)
    Mark Rawls (*pro hac vice to be filed*)
3
4       By: */s/ William S. O'Hare*
            William S. O'Hare
5
6   Attorneys for Plaintiff Nichia Corporation
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NICHIA CORP. COMPLAINT

1

## **JURY DEMAND**

2        Nichia hereby requests a trial by jury pursuant to Rule 38 of the Federal

3   Rules of Civil Procedure.

4

Dated: January 13, 2020          SNELL & WILMER L.L.P

5                                       William S. O'Hare

6

7                                ROTHWELL, FIGG, ERNST & MANBECK P.C.
                                     Robert P. Parker (*pro hac vice to be filed*)
8                                    Martin Zoltick (*pro hac vice to be filed*)
                                     Jenny L. Colgate (*pro hac vice to be filed*)
9                                    Michael Jones (*pro hac vice to be filed*)
                                     Daniel McCallum (*pro hac vice to be filed*)
10                                   Mark Rawls (*pro hac vice to be filed*)

11

12                                   By: */s/ William S. O'Hare*
                                         William S. O'Hare
13

14                               Attorneys for Plaintiff Nichia Corporation

4836-3138-7825.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NICHIA CORP. COMPLAINT