# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>    Defendant. | CASE NO. 2:20-cv-00359-GW-E<br><br>Honorable George Wu, Ctrm. 9D<br>Magistrate Charles F. Eick<br><br>**ORDER GRANTING DEFENDANT FEIT ELECTRIC COMPANY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [129]** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

Upon consideration of Defendant Feit Electric Company, Inc.'s ("Feit Electric") Application to File Document under Seal and the accompanying declaration of Katherine A. Smith, and good cause having been shown, IT IS HEREBY ORDERED THAT Feit Electric's Application to file under seal the excerpts of the Deposition of Toshio Matsushita taken June 10, 2021 is GRANTED.

**IT IS SO ORDERED.**

DATED: 7/15/2021

By: *George H. Wu*

The Honorable George H. Wu
United States District Court Judge