UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No. 2:20-cv-00359-GW-E<br><br>DECLARATION OF ROBERT P. PARKER IN SUPPORT OF NICHIA'S OPPOSITION TO FEIT'S MOTION TO AMEND ITS INVALIDITY CONTENTIONS<br><br>**Judge: Hon. George H. Wu**<br>**Date: August 12, 2021**<br>**Time: 8:30 a.m.**<br>**Courtroom: 9D** |

**DECLARATION OF ROBERT P. PARKER**

I, Robert P. Parker, hereby declare and state as follows:

1. I am an attorney with the firm Rothwell, Figg, Ernst & Manbeck, P.C., counsel for Plaintiff Nichia Corporation ("Nichia"). I am a member in good standing of the bar for the District of Columbia. I submit this declaration in support of Nichia's Opposition to Feit Electric Company, Inc.'s ("Feit") Motion for Leave to Amend its Invalidity Contentions.

2. Exhibit 1 attached hereto is a true and correct copy of U.S. Patent No. 9,752,734.

3. Exhibit 2 attached hereto is a true and correct copy of Nichia's May 24, 2012 Petition to Revive the "'062 application," and the U.S. Patent and Trademark Office's July 19, 2012 decision granting that petition.

4. Exhibit 3 attached hereto is a copy of the parties' submission to the Court pursuant to Fed. R. Civ. P. 26(f).

5. Exhibit 4 attached hereto is a true and correct copy of Judge Andrew Guilford's Patent Rules.

1

6. Exhibit 5 is a true and correct copy of Feit's answer to the complaint in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2021.

/s/ Robert P. Parker
Robert P. Parker