WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
JING (JENNY) HUA (SBN 294984)
jhua@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
Telephone:  (714) 427-7000
Facsimile:  (714) 427-7799

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>Defendant. | Case No. 2:20-cv-00359-GW(Ex)<br>Hon. George H. Wu, Ctrm. 9D<br>Mag. Judge Charles F. Eick, Ctrm 750<br><br>**STIPULATION TO CONTINUE HEARING DATE AND RELATED DATES REGARDING DEFENDANT FEIT ELECTRIC COMPANY, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER** |

|   | Current Hearing Date: August 19, 2021 |
|---|---|
|   | **Proposed New Hearing Date: September 2, 2021** |
|   | Time:  8:30 a.m. |
|   | Ctrm:  9D |
|   | Fact Disc. Cut-off: Aug. 20, 2021 |
|   | Expert Disc. Cut-off: Oct. 29, 2021 |
|   | Pretrial Conference: January 13, 2022 |
|   | Jury Trial: January 25, 2022 |

WHEREAS, defendant Feit Electric Company, Inc.'s ("Feit") Motion for Leave to Amend its Answer ("Motion to Amend Answer"), [Dkt. No. 147], is set for hearing on August 19, 2021 in front of this court,

WHEREAS, the Motion to Amend was filed on July 22, 2021 and set for hearing on the minimum 28-day notice period under Local Rule 6-1,

WHEREAS, plaintiff Nichia Corporation's ("Nichia") opposition to the Motion to Amend Answer is currently due on July 29, 2021,

WHEREAS, plaintiff Nichia Corporation requests more than the seven-days permitted to oppose motions under Local Rule 7-9 (on a motion filed with minimum 28-day notice) to prepare and file its opposition to the Motion to Amend Answer because of the nature of the issues in the Motion to Amend Answer, which include both legal and factual matters relating to the prosecution of the patent-in-suit,

WHEREAS, the Feit and Nichia have conferred and agree to seek a continuance of the hearing date for the Motion to Amend Answer from August 19, 2021 to September 2, 2021, as well as the related opposition and reply dates, which the parties stipulate and request should be continued to August 6, 2021 (27 days before the continued hearing date) and August 19, 2021 (14 days before the continued hearing date), respectively, to allow each more time to respond.

IT IS HEREBY STIPULATED, by and between the parties, through their

respective counsel, and subject to the approval of the Court, that:

The hearing date on defendant Feit's Motion to Amend Answer is continued from August 19, 2021 to September 2, 2021 at 8:30 a.m. in Courtroom 9D, and plaintiff Nichia's opposition to the Motion to Amend Answer is due on August 6, 2021 and defendant Feit's reply to the Motion to Amend Answer is due on August 19, 2021.

DATED: July 26, 2021        By:   */s/ Elizabeth M. Weldon*

SNELL & WILMER L.L.P

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROTHWELL, FIGG, ERNST & MANBECK P.C.

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN M. ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST &MANBECK P.C.
607 14th Street N.W., Suite 800

- 3 -

STIPULATION TO CONTINUE HEARING RE FEIT'S
MOTION FOR LEAVE TO AMEND ANSWER
CASE NO. 2:20-CV-00359-GW (EX)

4827-4819-1987.3

Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

DATED: July 26, 2021    By: */s/ Kal Shah*

STRADLING YOCCA CARLSON & RAUTH, P.C.

SALIL BALI (SBN 263001)
sbali@sycr.com
MATTHEW R. STEPHENS (SBN 288223)
mstephens@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Telephone: (949) 725-4000

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

KAL SHAH (admitted *pro hac vice*)
kshah@beneschlaw.com
SIMEON PAPACOSTAS (admitted *pro hac vice*)
spapacostas@beneschlaw.com
KATHERINE A. SMITH
ksmith@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

**ATTORNEY ATTESTATION**

I, Elizabeth M. Weldon, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 26, 2021

SNELL & WILMER L.L.P.

By: */s/ Elizabeth M. Weldon*
Elizabeth M. Weldon
Attorneys for Plaintiff Nichia Corporation