Salil Bali (SBN 263001)
 sbali@sycr.com
Matthew R. Stephens (SBN 288223)
 mstephens@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Tel. 949-725-4000

Kal Shah (admitted *pro hac vice*)
 kshah@beneschlaw.com
Simeon G. Papacostas (admitted *pro hac vice*)
 spapacostas@beneschlaw.com
Katherine A. Smith (admitted *pro hac vice*)
 ksmith@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

*Attorneys for Defendant
Feit Electric Company, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>  Defendant. | Case No. 2:20-cv-00359-GW-E<br>Hon. George H. Wu, Ctrm. 9D<br>Magistrate Judge: Charles F. Eick<br><br>**FEIT ELECTRIC COMPANY, INC.'S NOTICE OF COMPLIANCE REGARDING SUPPLEMENTAL RESPONSES TO NICHIA INTERROGATORY NOS. 9-11 PURSUANT TO COURT ORDER (DKT. NO. 131)** |

4820-2487-3971v1/106220-0002

Feit Electric Company, Inc. ("Feit Electric"), submits the following Notice of Compliance ("Notice") and Update regarding its supplemental responses to Nichia Corporation's ("Nichia") Interrogatory Nos. 9-11 pursuant to this Court's July 15 order (Dkt. No. 131):

1. On July 15, 2021, the Court ordered Feit Electric to supplement its responses to Nichia Interrogatory Nos. 9-11.

2. Compliant with the Court's order, Feit Electric provided a corresponding supplement to Nichia today, July 26, 2021. Feit Electric also wanted to notify the Court of its specific efforts through this Notice.

3. Regarding Nichia Interrogatory No. 9, Feit Electric prepared a detailed narrative with its current non-infringement positions. Feit Electric provided a corresponding position for each of the "representative" products identified in Nichia's contentions. Feit Electric will continue to supplement its response as it proceeds through fact and expert discovery. This includes if Nichia provides further specificity regarding its infringement positions as set forth in Feit Electric's pending motions to compel (Dkt. Nos. 134 & 142).

4. Regarding Nichia Interrogatory No. 10, after Nichia's Motion to Compel (Dkt. No. 124) but before this Court's ruling (Dkt. No. 131), Feit Electric produced financials as it indicated it would but required time to do so. Specifically, on July 1, 2021, Feit Electric produced detailed financials, including revenue, costs and other specifics for nearly 800 products and dating back to the issuance of U.S. Patent No. 9,752,734 (i.e., September 5, 2017). Since the Court's order followed this production, Feit Electric has engaged in efforts to further provide these financials in yearly increments. However, this effort is ongoing and requires coordination of various systems, rendering some otherwise unavailable during the process. This effort is ongoing and Feit Electric will further supplement when this process is completed (which its hopes will be within the next 10 days).

5. Nichia Interrogatory No. 11 has been further supplemented to identify additional specifics of Feit Electric's responsive damages position. Feit Electric will continue to supplement its response as its proceeds through fact and expert discovery.

| DATED: Jul. 26, 2021 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| | By: /s/ Kal K. Shah |
| | Kal K. Shah<br>Simeon G. Papacostas<br>Katherine A. Smith |

| DATED: Jul. 26, 2021 | STRADLING YOCCA CARLSON & RAUTH<br>A PROFESSIONAL CORPORATION |
|---|---|
| | By: /s/ Salil Bali |
| | Salil Bali<br>Matthew R. Stephens |
| | *Attorneys for Defendant*<br>*Feit Electric Company, Inc.* |