| | |
|---|---|
| Salil Bali, SBN 263001<br>  sbali@sycr.com<br>Matthew R. Stephens, SBN 288223<br>  mstephens@sycr.com<br>STRADLING YOCCA CARLSON<br>& RAUTH, P.C.<br>660 Newport Center Drive, Ste. 1600<br>Newport Beach, CA 92660<br>Tel. 949-725-4000p<br><br>Kal K. Shah (*pro hac vice*)<br>  kshah@beneschlaw.com<br>Simeon G. Papacostas (*pro hac vice*)<br>  spapacostas@beneschlaw.com<br>Katherine A. Smith (*pro hac vice*)<br>  ksmith@beneschlaw.com<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312-212-4949<br>Facsimile: 312-767-9192<br><br>*Attorneys for Defendant*<br>*Feit Electric Company, Inc.* | William S. O'Hare (SBN 82562)<br>  wohare@swlaw.com<br>Elizabeth M. Weldon (SBN 223452)<br>  eweldon@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br><br>Robert P. Parker (*pro hac vice*)<br>  rparker@rfem.com<br>Martin M. Zoltick (*pro hac vice*)<br>  mzoltick@rfem.com<br>Jenny Colgate (*pro hac vice*)<br>  jcolgate@rfem.com<br>Michael Jones (*pro hac vice*)<br>  mjones@rfem.com<br>Daniel R. McCallum (*pro hac vice*)<br>  dmccallum@rfem.com<br>Mark Rawls (*pro hac vice*)<br>  mrawls@rfem.com<br>D. Lawson Allen (*pro hac vice*)<br>  lallen@rothwellfigg.com<br>ROTHWELL, FIGG, ERNST &<br>MANBECK P.C.<br>607 14th Street N.W. – Suite 800<br>Washington, DC 20005<br>Telephone: (202) 783-6040<br><br>*Attorneys for Plaintiff Nichia Corporation* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHIA CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>      Defendant. | CASE NO. 2:20-cv-00359-GW-E<br>Honorable George H. Wu, Ctrm. 9D<br>Magistrate Charles F. Eick<br><br>**JOINT STIPULATED REQUEST TO WITHDRAW PENDING MOTION (DKT. 141) AND TO MODIFY THE CASE SCHEDULE**<br><br>Fact Disc. Cut-off: Aug. 20, 2021<br>Expert Disc. Cut-off: Oct. 29, 2021<br>Pretrial Conference: January 13, 2022<br>Jury Trial: January 25, 2022 |

# JOINT STIPULATED REQUEST TO WITHDRAW PENDING MOTION AND TO MODIFY THE CASE SCHEDULE

Plaintiff Nichia Corporation ("Nichia") and Defendant Feit Electric Co., Inc. ("Feit Electric") jointly request that the Court (i) allow Feit Electric to withdraw its pending Motion to Modify Scheduling Order (the "Pending Motion) (Dkt. 141). The parties also request that the Court modify the present case schedule by extending the remaining deadlines by approximately 45-60 days (depending on the event), as indicated in the attached proposed order.

The Court issued a schedule regarding post-*Markman* proceedings, including discovery, on February 26, 2021. (Dkt. 93). Pursuant to that order, the current deadline for the end of fact discovery is August 20, 2021, and the parties' initial expert reports are due on September 3, 2021. As explained below, good cause exists to extend these deadlines. Moreover, because the order sets November 29, 2021 as the deadline for dispositive motions, and a pre-trial conference on January 3, 2022, the extension of the discovery deadlines would require a similar extension of the post-discovery deadlines as well.

Accordingly, the parties jointly request that the Court allow Feit to withdraw its pending motion to modify the schedule, and instead issue the schedule proposed in the attached order.

**GOOD CAUSE FOR GRANTING THE JOINT STIPULATED REQUEST**

Good cause exists for allowing Feit Electric to withdraw its pending motion to modify the schedule. That motion asks the Court to extend the deadline for the end of fact discovery by five months, to January 20, 2022. Nichia did not agree to such a long extension, and is prepared to oppose the motion. However, the Court is not scheduled to hear that motion until August 19, 2021 – just one day before the current deadline for fact discovery ends. The parties are therefore in a position in which they have to pursue discovery by the August 20 deadline without knowing

whether the deadline will be extended or not.  Accordingly, the parties have agreed to a shorter extension at this time.

Good cause exists for granting the 45- to 60-day extension at this time for at least the following reasons.

*First*, the parties have not completed the written discovery that is necessary for them proceed with the remaining depositions.  The parties strongly disagree as to which of them is responsible for this situation, and each party has filed discovery motions that have been decided by Magistrate Judge Eick. Additional motions are pending, and others may be filed if necessary.  The extension of the deadlines will allow Judge Eick to rule on these matters, and for the parties to proceed accordingly.

*Second,* the Covid-19 pandemic has had an impact on discovery, particularly with respect to Nichia witnesses in Japan.  As the Court is aware, the only lawful way to take depositions in Japan is at facilities maintained by the American consular facilities, but the facilities are not available and will not be for the foreseeable future.  Japanese witnesses have agreed to come to the United States (specifically Hawaii, for logistical reasons).  But limitations on travel by public transportation in Japan, strict quarantine requirements following the witness' return to Japan, and additional restrictions resulting from the Tokyo Olympics, has made scheduling difficult.  This confluence of circumstances has limited the parties' ability to schedule remaining depositions during the time available in the current schedule.

For these reasons, the parties agree that a 45- to 60-day extension of the current deadlines is warranted.[1]  The parties have further agreed that the extra time

---

[1] The parties have further agreed that the extended deadlines is without prejudice to any other matters currently before the Court.  In particular, the new deadlines are without prejudice to Feit Electric's efforts to obtain the testimony of Mr. Tanda and Ms. Maruyama, and to the extent that testimony becomes available after the close of discovery, Feit Electric may incorporate the testimony into its positions.

will be for the completion of pending discovery, and absent good cause, will not be used to serve additional discovery or deposition notices. The parties disagree as to whether any additional extension may be necessary or justified, but believe that any request for further modification of the schedule can be raised with the Court, along with a demonstration of good cause, at the appropriate time.

## CONCLUSION

For the foregoing reasons, Nichia Corporation and Feit Electric Co., Ltd. ask the Court (i) to allow Feit to withdraw its pending motion to modify the schedule and take the August 19 hearing date on this motion off calendar, and (ii) to enter a schedule extending the pending case deadlines by approximately 45-60 days (depending on the event) as set forth in the attached proposed order.

DATED: July 27, 2021

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/ Kal K. Shah*
Kal K. Shah
Simeon G. Papacostas
Katherine A. Smith

STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION

By: */s/ Salil Bali*
Salil Bali
Matthew R. Stephens

*Attorneys for Defendant*
*Feit Electric Company, Inc.*

| | | |
|---|---|---|
| DATED: July 27, 2021 | | ROTHWELL, FIGG, ERNST & MANBECK P.C. |
| | By: | */s/ Robert P. Parker* |
| | | Robert P. Parker |
| | | Martin M. Zoltick |
| | | Jenny Colgate |
| | | Michael Jones |
| | | Daniel R. McCallum |
| | | Mark Rawls |
| | | D. Lawson Allen |
| | | SNELL & WILMER L.L.P. |
| | By: | */s/ Elizabeth M. Weldon* |
| | | William S. O'Hare |
| | | Elizabeth M. Weldon |

*Attorneys for Plaintiff Nichia Corporation*

### ATTORNEY ATTESTATION

I, Elizabeth M. Weldon, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 27, 2021         SNELL & WILMER L.L.P.

                             By:  */s/ Elizabeth M. Weldon*
                                  Elizabeth M. Weldon
                                  Attorneys for Nichia Corporation

4827-3443-7619.1

4