# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>    Defendant. | CASE NO. 2:20-cv-00359-GW-E<br>Honorable George H. Wu, Ctrm. 9D<br>Magistrate Charles F. Eick<br><br>**[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO WITHDRAW PENDING MOTION (DKT. 141) AND TO MODIFY THE CASE SCHEDULE** |

Upon consideration of the parties' Joint Stipulated Request to Withdraw Motion (Dkt. 141) and to Modify Case Schedule (the "Joint Stipulation"), and the proceedings thereon, it is hereby ORDERED

1. That the Joint Stipulation be, and it is hereby, GRANTED.
2. That Defendant Feit Electric Co., Inc.'s Motion to Modify the Case Schedule (Dkt. 141) be, and it hereby is, withdrawn without prejudice and taken off calendar;

///
///
///
///
///

3. That the schedule previously entered in this case on February 26, 2021 (Dkt. 93) be, and it hereby is, modified as follows:

|  | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Close of Fact Discovery | 08/20/2021 | 10/06/2021 [Wednesday] |
| Mediation to be Completed | 08/24/2021 | 10/08/2021 [Friday] |
| Post Mediation Status Conference | 08/26/2021 @ 8:30AM | 10/11/2021 [Monday] |
| Initial Expert Disclosures | 09/03/2021 | 11/4/2021 [Thursday] |
| Rebuttal Expert Disclosures | 10/01/2021 | 11/23/2021 [Tuesday] |
| Close of Expert Discovery | 10/29/2021 | 12/10/2021 [Friday] |
| Last Day To File Motions Except Motions in Limine | 11/8/21 | 1/14/2022 |
| Last Day for Hearing Any Motions except Motions in Limine | 11/29/2021 | 2/14/2022 [Monday] |
| Pretrial Conference | 01/13/2022 @ 8:30AM | 03/03/2022 at 8:30 a.m. [Thursday] |
| Jury Trial | 01/25/2022 @ 9:00AM | 03/15/2022 [Tuesday ] |

IT IS SO ORDERED.

Dated: _____, 2021   _____
Honorable George H. Wu
United States District Judge

4836-2703-7939.2