UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>　　　　　Defendant. | Case No. CV 20-359-GW-Ex<br>Hon. George H. Wu, Ctrm. 9D<br>Mag. Judge Charles F. Eick, Ctrm 750<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND RELATED DATES REGARDING DEFENDANT FEIT ELECTRIC COMPANY, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER**<br><br>**New Hearing Date: September 2, 2021**<br>Time: 8:30 a.m.<br>Ctrm: 9D<br><br>Fact Disc. Cut-off: Aug. 20, 2021<br>Expert Disc. Cut-off: Oct. 29, 2021<br>Pretrial Conference: January 13, 2022<br>Jury Trial: January 25, 2022 |

　　　Having considered the stipulation submitted by Plaintiff Nichia Corporation and Defendant Feit Electric Company, Inc. and good cause appearing, the court approves the stipulation:

　　　NOW, THEREFORE, IT IS HEREBY ORDERED that:

　　　The hearing date on defendant Feit's Motion to Amend Answer is continued from August 19, 2021 to September 9, 2021 at 8:30 a.m. in Courtroom 9D, and

plaintiff Nichia's opposition to the Motion to Amend Answer is due on August 6, 2021 and defendant Feit's reply to the Motion to Amend Answer is due on August 19, 2021.

Dated: July 27, 2021

*George H. Wu*

Hon. George H. Wu
United States District Judge

Submitted by:

DATED: July 26, 2021   By:   /s/  Elizabeth M. Weldon

SNELL & WILMER L.L.P

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROTHWELL, FIGG, ERNST & MANBECK P.C.

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN M. ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST &MANBECK P.C.

| | |
|---|---|
| 1 | 607 14th Street N.W., Suite 800 |
| 2 | Washington, DC 20005 |
| | Telephone: (202) 783-6040 |
| 3 | Facsimile: (202) 783-6031 |
| 4 | |
| 5 | *Attorneys for Plaintiff Nichia Corporation* |
| 6 | |
| 7 | By: */s/ Kal Shah* |
| 8 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| 9 | |
| 10 | SALIL BALI (SBN 263001) |
| | sbali@sycr.com |
| 11 | MATTHEW R. STEPHENS (SBN 288223) |
| | mstephens@sycr.com |
| 12 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| | 660 Newport Center Drive, Ste. 1600 |
| 13 | Newport Beach, CA  92660 |
| | Telephone: (949) 725-4000 |
| 14 | |
| 15 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 16 | |
| 17 | KAL SHAH (admitted *pro hac vice*) |
| | kshah@beneschlaw.com |
| 18 | SIMEON PAPACOSTAS (admitted *pro hac vice*) |
| | spapacostas@beneschlaw.com |
| 19 | KATHERINE A. SMITH |
| | ksmith@beneschlaw.com |
| 20 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 21 | 71 S. Wacker Drive, Suite 1600 |
| 22 | Chicago, IL 60606 |
| | Telephone: (312) 212-4949 |
| 23 | Facsimile: (312) 767-9192 |
| 24 | 4844-3115-9283.1 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |