WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
Telephone:  (714) 427-7000
Facsimile:   (714) 427-7799

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>**DISCOVERY MATTER**<br><br>PLAINTIFF NICHIA CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL FEIT TO PRODUCE DOCUMENTS AND SAMPLES PURSUANT TO RFP NOS. 2 AND 37<br><br>Hearing Date: August 20, 2021<br>Time:       9:30 a.m.<br>Ctrm:      750<br><br>Fact Disc. Cut-off: Aug. 20, 2021 |

i

Expert Disc. Cut-off: Oct. 29, 2021
Pretrial Conference: January 13, 2022
Jury Trial: January 25, 2022

1

## **NOTICE OF MOTION**

2      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3      PLEASE TAKE NOTICE that on August 20, 2021 at 9:30 a.m., or as soon

4 thereafter as this matter may be heard, in Courtroom 750 of the United States

5 District Court, Central District of California, the Roybal Federal Building located at

6 255 E. Temple Street, Courtroom 750, 7th Floor, Los Angeles, CA 90012, Plaintiff

7 Nichia Corporation ("Nichia") will move and hereby respectfully moves the Court

8 to compel Feit to produce all documents and specified samples pursuant and

9 responsive to Nichia's Request for Production Nos. 2 and 37.  Additionally,

10 because the close of fact discovery currently is set as August 20, 2021, the parties

11 request that the Magistrate Judge decide this motion without hearing before August

12 20, 2021, to the extent possible.[1]

13      This Motion is made following at least three L.R. 37-1 letters (dated April 6,

14 July 7, and July 13, 2021, copies of which are attached to this notice as

15 Attachments A, B (redacted), and C (redacted)), and two conferences of counsel,

16 which took place on April 9, 2021 and July 16, 2021 between at least Plaintiff's

17 counsel Jenny Colgate and Mark Rawls, and Defendant's counsel Kal Shah and

18 Salil Bali.

19      This Motion is made pursuant to Federal Rules of Civil Procedure 26(b), and

20 34(b)(2) on the following grounds:

21      RFP No. 2.  Nichia requested three samples of each of the Feit Accused

22 Products eleven months ago.  Feit does not dispute that the requested samples are

23 relevant, and its response to Request for Production No. 2 does not indicate that any

24 samples are being withheld on the basis of an objection.  *See* Fed. R. Civ. P.

25 34(b)(2)(C).  However, no samples have yet been produced.  In early July, after Feit

26

27 ─────────────────

28 [1] The parties recently requested that the Court modify the case schedule, including the discovery cut off, via a joint stipulation, but the Court has not yet ruled on the parties' request.  [Dkt No. 158.]

1

produced financial information for the Accused Products, Nichia offered to limit its request for samples to Feit's top-ten selling products.  Feit agreed to produce three samples of each of these ten products; however, it has not yet made this production nor made any firm commitment as to when any such production will occur.  In view of the impending close of fact discovery, the fact that Nichia's RFP No. 2 has been pending for nearly a year, and the fact that the samples have not yet been produced, Nichia moves this Court for an order compelling Feit's production of three samples of each of the ten agreed-upon products.

RFP No. 37.  Four months ago Nichia requested documents that Feit reviewed or produced in other venues relating to the Accused Products, including responsive documents produced by any entity in investigation number 337-TA-1220 in the U.S. International Trade Commission captioned Certain Filament Light-Emitting Diodes and Products Containing Same.  On at least June 22, June 29, and July 2, Nichia followed up with Feit regarding specific documents covered by RFP No. 37.  On July 13, 2021, Nichia sent Feit a formal LR 37 letter regarding this request.  Nichia's letter specifies that Feit should respond fully to the request, but it called out specific documents from the ITC case that Feit should include in its production, including, *inter alia*, expert reports and pre-hearing briefing related to invalidity and infringement (Feit's/Respondents' reports and UCSB's), and information provided in the ITC case by any of Feit's direct or indirect suppliers.  On July 26, 2021, Feit produced seven documents from the ITC case.  Among the missing documents are deposition exhibits, written discovery, expert reports and transcripts (for example, but not limited to, expert reports and transcripts on invalidity claims), and information regarding any of Feit's direct or indirect suppliers.  Nichia moves this Court for an order compelling Feit to produce all documents responsive to Request for Production No. 37.

This Motion is based on this Notice of Motion and Motion, the concurrently-filed Joint Stipulation and supporting declarations and evidence, any memoranda

1  filed by the parties in connection with this motion, the pleadings on file herein, and
2  upon such other matters as may be presented to the Court at the time of the hearing.

3

4  DATED: July 30, 2021          By: */s/ Elizabeth M. Weldon*

5
                                SNELL & WILMER L.L.P
6
7                               WILLIAM S. O'HARE (SBN 82562)
                                wohare@swlaw.com
8                               ELIZABETH M. WELDON (SBN 223452)
                                eweldon@swlaw.com
9                               600 Anton Blvd., Suite 1400
10                              Costa Mesa, CA 92626
                                Telephone: (714) 427-7000
11                              Facsimile: (714) 427-7799

12
                                ROTHWELL, FIGG, ERNST & MANBECK P.C.
13
14                              ROBERT P. PARKER (*pro hac vice*)
                                rparker@rfem.com
15                              MARTIN M. ZOLTICK (*pro hac vice*)
                                mzoltick@rfem.com
16                              JENNY COLGATE (*pro hac vice*)
                                jcolgate@rfem.com
17
                                MICHAEL JONES (*pro hac vice*)
18                              mjones@rfem.com
19                              DANIEL R. MCCALLUM (*pro hac vice*)
                                dmccallum@rfem.com
20                              MARK RAWLS (*pro hac vice*)
                                mrawls@rfem.com
21                              D. LAWSON ALLEN (*pro hac vice*)
22                              lallen@rfem.com
                                ROTHWELL, FIGG, ERNST &MANBECK P.C.
23                              607 14th Street N.W., Suite 800
24                              Washington, DC 20005
                                Telephone: (202) 783-6040
25                              Facsimile: (202) 783-6031

26
                                *Attorneys for Plaintiff Nichia Corporation*
27  4842-8942-4372.3
28

3