UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br>v.<br>FEIT ELECTRIC COMPANY, INC.<br><br>    Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S MOTION TO COMPEL FEIT TO PRODUCE DOCUMENTS AND SAMPLES PURSUANT TO RFP NOS. 2 AND 37<br><br>Hearing Date: August 20, 2021<br>Time:    9:30 a.m.<br>Ctrm:    750<br><br>Fact Disc. Cut-off: Aug. 20, 2021<br>Expert Disc. Cut-off: Oct. 29, 2021<br>Pretrial Conference: January 13, 2022<br>Jury Trial: January 25, 2022 |

    Having considered Plaintiff Nichia Corporation's ("Nichia") Motion to Compel Feit to Produce Documents and Samples Pursuant to RFP Nos. 2 and 37, all the papers filed in support thereof, all papers filed in opposition thereto, and any oral argument of counsel at any hearing on this Motion, the Court hereby GRANTS Nichia's Motion.

1

NOW, THEREFORE, IT IS HEREBY ORDERED that:

a. In response to Nichia Request for Production No. 2, Feit shall produce three (3) samples of each of the ten Accused Products identified in Nichia's July 7, 2021 letter [Exhibit 5 to the Declaration of Jenny L. Colgate In Support of Nichia's Motion to Compel Feit to Produce Documents and Samples Pursuant to RFP Nos. 2 and 37] by no later than five (5) days after the issuance of this Order; and

b. In response to Nichia Request for Production No. 37, Feit shall produce all responsive documents by no later than five (5) days after the issuance of this Order, including but not limited to depositions and exhibits, written discovery, expert reports and transcripts (for example, but not limited to, expert reports and transcripts on invalidity claims), and information regarding any of Feit's direct or indirect suppliers for the Accused Products.

DATED: _____, 2021

_____
The Honorable Charles F. Eick
United States Magistrate Judge

Submitted by:                    /s/ Elizabeth M. Weldon

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone:  (714) 427-7000
Facsimile:  (714) 427-7799

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com

| | |
|---|---|
| 1 | JENNY COLGATE (*pro hac vice*) |
| | jcolgate@rfem.com |
| 2 | MICHAEL JONES (*pro hac vice*) |
| | mjones@rfem.com |
| 3 | DANIEL R. MCCALLUM (*pro hac vice*) |
| | dmccallum@rfem.com |
| 4 | MARK RAWLS (*pro hac vice*) |
| | mrawls@rfem.com |
| 5 | D. LAWSON ALLEN (*pro hac vice*) |
| | lallen@rfem.com |
| 6 | ROTHWELL, FIGG, ERNST & MANBECK P.C. |
| | 607 14th Street N.W., Suite 800 |
| 7 | Washington, DC 20005 |
| | Telephone: (202) 783-6040 |
| 8 | Facsimile: (202) 783-6031 |

*Attorneys for Plaintiff Nichia Corporation*

4850-6130-7380.3