UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 20-359 GW (Ex)                                          Date: August 5, 2021

Title: Nichia Corporation v. Feit Electric Company, Inc.
========================================================================
PRESENT:   HON. CHARLES F. EICK, MAGISTRATE JUDGE

| Valencia Munroe | None |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANT(S):**
                None                                                            None

**PROCEEDINGS:**   (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to "Plaintiff Nichia Corporation's Motion to Enforce etc." ("the Motion"), filed July 22, 2021. The previously noticed August 13, 2021 hearing date is vacated. The Court has taken the Motion under submission without oral argument.

As to Interrogatory 6, Defendant promptly shall make reasonable, good faith efforts, including inquiries of Defendant's suppliers/manufacturers, to attempt to obtain additional responsive information. On or before September 2, 2021, Defendant shall disclose to Plaintiff any additional responsive information thereby obtained.

The Motion is otherwise denied.

In the future, absent leave of court, the parties shall refrain from filing any evidence in support of or in opposition to a Local Rule 37 motion, other than the evidence filed concurrently with the Local Rule 37-2.2 joint stipulation.


cc:    Judge Wu
       All Counsel of Record


MINUTES FORM 11                                                 Initials of Deputy Clerk vmun
CIVIL-GEN