SALIL BALI, SBN 263001
 sbali@stradlinglaw.com
MATTHEW STEPHENS, SBN 288223
 mstephens@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Kal Shah (admitted pro hac vice)
 kshah@beneschlaw.com
Simeon Papacostas (admitted pro hac vice)
 SPapacostas@beneschlaw.com
Katherine A. Smith (admitted pro hac vice)
 ksmith@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

Attorneys for Defendant
Feit Electric Co

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:20-CV-00359-GW-E<br><br>Honorable George H Wu<br>Magistrate Charles F. Eick<br><br>**DEFENDANT'S NOTICE OF LODGING *REVISED* PROPOSED LETTER ROGATORY** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4845-6998-8341v1/106220-0002

Pursuant to the Court's Order, Dkt. # 177, Defendant Feit Electric Company, Inc. hereby lodges its Revised Proposed Letter Rogatory to Mr. Yuichiro Tanda. The Proposed Letter Rogatory is attached as Exhibit A.

DATED: August 6, 2021          STRADLING YOCCA CARLSON & RAUTH
                               A PROFESSIONAL CORPORATION


                               By: */s/ Salil Bali*
                                   Salil Bali
                                   Matthew Stephens
                                   Attorneys for Defendant


DATED: August 6, 2021          BENESCH, FRIEDLANDER, COPLAN &
                               ARONOFF LLP


                               By: */s/ Kal Shah*
                                   Kal Shah
                                   Simeon Papacostas
                                   Katherine A. Smith

                               ***Attorneys for Defendant***
                               ***Feit Electric Company, Inc.***

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF LODGING REVISED PROPOSED LETTER ROGATORY
4845-6998-8341v1/106220-0002
20-CV-00359