Salil Bali (SBN 263001)
 sbali@sycr.com
Matthew R. Stephens (SBN 288223)
 mstephens@sycr.com
STRADLING YOCCA CARLSON &
RAUTH, P.C.
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Tel. 949-725-4000

Kal Shah (admitted *pro hac vice*)
 kshah@beneschlaw.com
Simeon G. Papacostas (admitted *pro hac vice*)
 spapacostas@beneschlaw.com
Katherine A. Smith (admitted *pro hac vice*)
 ksmith@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

*Attorneys for Defendant*
*Feit Electric Company, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>          Defendant. | Case No. 2:20-cv-00359-GW-E<br>Hon. George H. Wu, Ctrm. 9D<br>Magistrate Judge: Charles F. Eick<br><br>**STIPULATION BY FEIT ELECTRIC RE NICHIA INTERROGATORY NO. 6**<br><br>Fact Disc. Cut-off: Nov. 9, 2021<br>Expert Disc. Cut-off: Feb. 17, 2022<br>Pretrial Conference: Apr. 21, 2022<br>Jury Trial: T.B.D. |

## I. STIPULATION

On February 26, 2021, Plaintiff Nichia Corporation ("Nichia") served its Third Set of Interrogatories (Nos. 4-6) on Feit Electric. Nichia Interrogatory No. 6 requested that Feit Electric "[s]eparately for each of the Accused Products, identify the manufacturers and manufacturer's part numbers for the LED filaments used." *See* Dkt. No. 112-31. Feit Electric served its original responses on March 29, 2021.[1] *Id*. Pursuant to this Court's May 17, 2021 Order (Dkt. No. 115), Feit Electric supplemented its response to Nichia Interrogatory No. 6 on June 14, 2021, and further supplemented that response on June 18, 2021.

On July 22, 2021, Nichia filed a motion to enforce the Court's May 17, 2021 Order regarding, *inter alia*, Nichia Interrogatory No. 6. Dkt. No. 144. On August 5, 2021, this Court Ordered that "[a]s to Interrogatory 6, Defendant promptly shall make reasonable, good faith efforts, including inquiries of Defendant's suppliers/manufacturers, to attempt to obtain additional responsive information. On or before September 2, 2021, Defendant shall disclose to Plaintiff any additional responsive information thereby obtained." Dkt. No. 185.

On August 19, 2021, Feit Electric moved for Partial Review of the Court's August 5, 2021 Order as it pertained to Interrogatory No. 6. *See* Dkt. No. 193. The Court held a hearing on that motion on September 16, 2021. *See* Dkt. No. 216. At that hearing, counsel for Nichia offered a compromise that "[i]f Feit wouldn't use information on LED filaments, as a sword later, for purposes of showing noninfringement or non-representativeness, then we didn't necessarily need the information to have it as a shield." Dkt. No. 219, 9/16/21 Hearing Tr. at 8:20-23. Based on the Court's suggestion that the parties attempt to resolve the matter through such a compromise, *see id.* at 9:19-22, the parties first met and conferred on this issue

---

[1] Feit Electric does not manufacture the accused products, rather they are purchased from a selection of suppliers, typically overseas, such that Feit Electric does not have this information in its possession, custody, or control.

on September 20, 2021, and have been working through email correspondence and additional telephone conversations to attempt to reach agreement. The parties were unable to reach agreement; however, to address the specific concerns stated by Nichia to the Court, Feit Electric hereby stipulates as follows:

**Unless the corresponding filament information was produced by Feit Electric (or any other party) in discovery, Feit Electric will not contest Nichia's showing of representativeness or allege non-infringement as it relates to an Accused Product model based only on the identity of the filament manufacturer or filament model number used in that Accused Product model**.

This stipulation is made without prejudice to any other argument regarding representativeness or infringement, or the lack thereof as to either, by Feit Electric, and Feit Electric further reserves all rights.  Specifically, through this stipulation, Feit Electric does not take on the burden where the burden otherwise rests with Nichia including the burden to establish that two filaments of the same model have the same properties as it relates to the asserted claims, or any other legal burden that rests with Nichia.

DATED:  October 29, 2021         BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By:  /s/ Kal K. Shah
    Kal K. Shah (*pro hac vice*)
    Mircea Tipescu (*pro hac vice*)
    Simeon G. Papacostas (*pro hac vice*)
    Katherine A. Smith (*pro hac vice*)

DATED:  October 29, 2021         STRADLING YOCCA CARLSON & RAUTH PC

By:  /s/ Salil Bali
    Salil Bali
    Matthew R. Stephens

*Attorneys for Defendant*
*Feit Electric Company, Inc.*