WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No. 2:20-cv-00359-GW-E<br><br>Assigned to Hon. George Wu, and to Hon. Charles F. Eick for discovery matters<br><br>***EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR SANCTIONS FOR FEIT'S FAILURE TO COMPLY WITH THE COURT'S MAY 17, 2021 ORDER WITH RESPECT TO INTERROGATORY NO. 6.**<br><br>Fact Disc. Cut-off: Nov. 9, 2021 |

Expert Disc. Cut-off: Feb. 17, 2022
Pretrial Conference: April 21, 2022
Bench Trial: May 3, 2022
Jury Trial: TBD

ii

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff Nichia Corporation ("Nichia") hereby respectfully applies to this Court *ex parte*, pursuant to Local Rule 7-19, for an order that Nichia's motion for sanctions for Feit Electric Company, Inc. ("Feit's") failure to comply with the Court's May 17, 2021 Order with respect to Interrogatory No. 6 (Dkt. 228) ("Motion") be heard on shortened notice.

As explained in the memorandum below, an expedited hearing is necessary in this matter in view of Feit's serial violations of three Court orders directed to Nichia Interrogatory No. 6 and the fact that opening expert reports are due on December 7, 2021. Because the underlying motion concerns a critical issue that must be addressed in Nichia's opening expert report on infringement (*i.e.*, representativeness), it is important that it be heard and resolved sufficiently prior to the December 7, 2021 deadline for Nichia's technical expert to have time to incorporate the ruling(s) into his expert report.

Contact information for Feit's counsel is as follows:

Salil Bali (SBN 263001)
   sbali@sycr.com
Matthew R. Stephens (SBN 288223)
   mstephens@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Tel. 949-725-4000

Kal Shah (*pro hac vice*)
   kshah@beneschlaw.com
Simeon Papacostas (*pro hac vice*)
   spapacostas@beneschlaw.com
Mircea A. Tipescu (*pro hac vice*)
   mtipescu@beneschlaw.com
Katherine A. Smith (*pro hac vice*)
   ksmith@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949

Facsimile: 312-767-9192

This application is made following email and telephone exchanges between counsel for Nichia and counsel for Feit concerning the parties' joint stipulation regarding Nichia's Motion. On November 4, 2021, counsel for Nichia informed opposing counsel that it intended to file its Motion and this *ex parte* application with its Motion. *See* Declaration of D. Lawson Allen ("Allen Decl."), Ex. 1 (11-4-21 Allen email to Feit counsel). Counsel for Nichia asked if Feit would agree to a hearing on November 19, 2021 (or early in the week) or on November 22, 2021, or such other date as the Court may determine. On November 8, 2021, counsel for Feit responded stating Feit opposed expedited hearing. *Id.* (11-8-21 Papacostas email to Allen). On November 12, 2021 counsel for Nichia spoke with counsel for Feit by telephone to confirm this opposition and to provide notice of the date of filing of this *ex parte* application. *Id.*, ¶ 3.

On the basis of the foregoing and the memorandum below, Nichia requests that the Court set a hearing on Nichia's concurrently filed Notice of Motion and Motion on or before November 22, 2021, or such other date as the Court may determine, and that the Court set a date for the submission of any supplemental memorandum pursuant to L.R. 37-2.3 on or before November 19, 2021, or such other date as the Court may determine, and that the Court set a date for the submission of any supplemental memorandum pursuant to L.R. 37-2.3 on or before November 19, 2021, or such other date as the Court may determine.

This application is based on this application, the attached memorandum of points and authorities, the supporting Declaration of D. Lawson Allen, any memoranda filed by the parties in connection with this application, the pleadings on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

4879-8081-9203.1

|   |                           |                                                      |
|---|---------------------------|------------------------------------------------------|
| 1 |                           | Respectfully submitted,                              |
| 3 | DATED: November 12, 2021  | By:   /s/  Elizabeth M. Weldon                       |

SNELL & WILMER L.L.P

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROTHWELL, FIGG, ERNST & MANBECK P.C.

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN M. ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST &MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

3

4879-8081-9203.1

## MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION

The Accused Products in this case are filament-style LED bulbs. A major component of the bulbs is a light-emitting filament ("LED Filament"). Nichia's Interrogatory No. 6 requests that Feit identify, for each of the Accused Products, the manufacturer(s) and manufacturer's part number(s) for the LED Filament used in that model. The Court has now ordered Feit to respond this interrogatory three times. *See* Dkts. 115, 185, and 216. The first order was on May 17, 2021, and the latest order was eight weeks ago. Yet, Feit has still not complied with this Court's multiple orders.

The response to Interrogatory No. 6 is of central importance to Nichia's efficient proof of infringement in this case. In cases like this, where there are a large number of Accused Products, plaintiffs typically rely on a subset of those products – "representative" products – to prove infringement of the larger set. Feit's obstructive discovery behavior has prevented Nichia from obtaining valuable discovery that would have aided Nichia in its efficient proof of infringement, and which could have been used by Nichia's expert in his opening infringement report. Because Feit did not provide the manufacturers and model numbers of the LED filaments used in its products, Nichia could not obtain useful discovery from those filament manufacturers, and Nichia's technical expert has not been able to use that information in preparation of his opening report on infringement. However, Feit's statements and actions with respect to Interrogatory No. 6 indicate that Feit has every intention of using the information (or the lack of information) it was ordered to provide to contest Nichia's showings of "representativeness."

An *ex parte* application is the appropriate mechanism to request shortening the time for hearing on a motion. *Horne v. Wells Fargo Bank N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013) ("The use of [an ex parte application] is justified when … the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion" such as to shorten a time period) (citing *In Re Intermagnetics Am.*,

4879-8081-9203.1

101 B.R. 191, 194 (C.D. Cal. 1989)).  Here, good cause exists for shortening the time for hearing Nichia's Motion.  The hearing for the Motion is noticed for December 3, 2021.  Opening expert reports are due December 7, 2021.  As explained above Nichia's expert has not been able to use the information that the Court has three times ordered Feit to provide in the preparation of his opening report.  In view of Feit's serial violations of three Court orders directed to Interrogatory No. 6 and opening expert reports being due December 7, 2021, Nichia requests that the Court expedite the hearing on Nichia's Motion so that the issue may be heard and resolved sufficiently before the disclosure of opening expert reports.

For the foregoing reasons, Nichia requests that the Court set a hearing on Nichia's concurrently filed Notice of Motion and Motion on or before November 22, 2021, or such other date as the Court may determine, and that the Court set a date for the submission of any supplemental memorandum pursuant to L.R. 37-2.3 on or before November 19, 2021, or such other date as the Court may determine.

Respectfully submitted,

DATED:  November 12, 2021     By:    /s/ Elizabeth M. Weldon

SNELL & WILMER L.L.P

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROTHWELL, FIGG, ERNST & MANBECK P.C.

ROBERT P. PARKER (*pro hac vice*)

| | |
|---|---|
| 1 | rparker@rfem.com |
| 2 | MARTIN M. ZOLTICK (*pro hac vice*) |
|   | mzoltick@rfem.com |
| 3 | JENNY COLGATE (*pro hac vice*) |
|   | jcolgate@rfem.com |
| 4 | MICHAEL JONES (*pro hac vice*) |
| 5 | mjones@rfem.com |
|   | DANIEL R. MCCALLUM (*pro hac vice*) |
| 6 | dmccallum@rfem.com |
| 7 | MARK RAWLS (*pro hac vice*) |
|   | mrawls@rfem.com |
| 8 | D. LAWSON ALLEN (*pro hac vice*) |
| 9 | lallen@rfem.com |
|   | ROTHWELL, FIGG, ERNST &MANBECK P.C. |
| 10 | 607 14th Street N.W., Suite 800 |
| 11 | Washington, DC 20005 |
|   | Telephone: (202) 783-6040 |
| 12 | Facsimile: (202) 783-6031 |
| 13 | |
| 14 | *Attorneys for Plaintiff Nichia Corporation* |

4879-8081-9203.1