DAVID GURNICK (SBN 115723)
dgurnick@lewitthackman.com
JEFFREY A. KOBULNICK (SBN 228299)
jkobulnick@lewitthackman.com
JESSICA W. ROSEN (SBN 294923)
jrosen@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard Eleventh Floor
Encino, CA 91436
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br>v.<br>FEIT ELECTRIC COMPANY, INC.<br>Defendant. | Case No. 2:20-cv-00359-GW-E<br><br>**PLAINTIFF NICHIA CORPORATION'S UNOPPOSED APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL RE NICHIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE OF INFECTIOUS UNENFORCEABILITY**<br><br>Hearing Date: March 31, 2022<br>Time:    8:30 a.m.<br>Ctrm:    9D |

Pursuant to the Protective Order in this action (Dkt. No. 49) and Local Rule 79-5, Plaintiff Nichia Corporation ("Nichia") respectfully requests that the Court seal the following documents:

1. Exhibits 12-23, 25, 27-28, 30, 32-33, 35-37, 39-41, 45-59 and 62 attached to the Declaration of Robert P. Parker in Support of Nichia's Motion for Partial Summary Judgment on Defendant's Affirmative Defense of Infectious Unenforceability ("Parker Decl."), in their entirety.

Nichia seeks to seal these documents because they contain confidential, proprietary, commercially sensitive, or competitive information of Nichia. *See* Declaration of D. Lawson Allen ("Allen Decl."), concurrently filed herewith, ¶ 2. Nichia is concurrently filing unredacted copies of these exhibits under seal. *See* Allen Decl., Exs. 12-23, 25, 27-28, 30, 32-33, 35-37, 39-41, 45-59 and 62.

Compelling reasons exist to seal documents when the information might "release trade secrets" and "might harm a litigant's competitive standing." *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008)(internal quotations and citations omitted). *See also Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013)("In particular, it seems clear that if Apple's and Samsung's suppliers have access to their profit, cost, and margin data, it could give the suppliers an advantage in contract negotiations, which they could use to extract price increases for components."); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

Here, the documents discussed above contain confidential, proprietary, commercially sensitive, or competitive information relating to Nichia's business. Allen Decl., ¶ 2.

Redaction of Exhibits 12-23, 25, 27-28, 30, 32-33, 35-37, 39-41, 45-59 and 62 to the Parker Decl. is not feasible because most, if not all, of the content in these Exhibits would require redaction. Allen Decl. ¶ 43. The information contained therein has not been previously made public to the best of Nichia's counsel's

knowledge. *Id.* Moreover, disclosure of this competitively sensitive information could be used by third parties to Nichia's detriment. *Id.*

Defendant Feit Electric Company, Inc. does not oppose this Application. Allen Decl., ¶ 44.

For these reasons, Nichia respectfully submits that compelling reasons exist to warrant this limited sealing of Exhibits 12-23, 25, 27-28, 30, 32-33, 35-37, 39-41, 45-59 and 62, in their entirety, to the Parker Decl.

Respectfully submitted,

DATED: March 3, 2022          ROTHWELL, FIGG, ERNST &MANBECK P.C.

By: */s/ Robert P. Parker*

ROBERT P. PARKER (*pro hac vice*)
MARTIN M. ZOLTICK (*pro hac vice*)
JENNY COLGATE (*pro hac vice*)
MICHAEL JONES (*pro hac vice*)
MARK RAWLS (*pro hac vice*)
D. LAWSON ALLEN (*pro hac vice*)

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

By: */s/ David Gurnick*

DAVID GURNICK (SBN 115723)
JEFFREY A. KOBULNICK (SBN 228299)
JESSICA W. ROSEN (SBN 294923)

*Attorneys for Plaintiff Nichia Corporation*