DAVID GURNICK (SBN 115723)
dgurnick@lewitthackman.com
JEFFREY A. KOBULNICK (SBN 228299)
jkobulnick@lewitthackman.com
JESSICA W. ROSEN (SBN 294923)
jrosen@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
16633 Ventura Boulevard Eleventh Floor
Encino, CA 91436
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>**PLAINTIFF NICHIA CORPORATION'S APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL RE DEFENDANT FEIT ELECTRIC COMPANY, INC.'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (DKT. 289-1)**<br><br>Hearing Date: March 31, 2022<br>Time:     8:30 a.m.<br>Ctrm:     9D |

Pursuant to the Protective Order in this action (Dkt. No. 49) and Local Rule 79-5, Plaintiff Nichia Corporation ("Nichia") respectfully requests that the Court seal portions of Defendant Feit Electric Company, Inc.'s ("Feit") Statement of Uncontroverted Material Facts in Support of Its Motion for Summary Judgment (Dkt. 289-1) ("SOF").

Nichia seeks to seal this document because it contains confidential, proprietary, commercially sensitive, or competitive information of Nichia. *See* Declaration of D. Lawson Allen ("Allen Decl."), concurrently filed herewith, ¶ 2. Nichia is concurrently filing an unredacted copy of Feit's SOF with proposed redactions highlighted. *See* Allen Decl., Ex. 1.

Compelling reasons exist to seal documents when the information might "release trade secrets" and "might harm a litigant's competitive standing." *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (internal quotations and citations omitted).  *See also Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013) ("In particular, it seems clear that if Apple's and Samsung's suppliers have access to their profit, cost, and margin data, it could give the suppliers an advantage in contract negotiations, which they could use to extract price increases for components."); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

Here, Feit's SOF contains confidential, proprietary, commercially sensitive, or competitive information relating to Nichia's business.  Allen Decl., ¶ 2.  This information has not been previously made public by Nichia. *Id.*, ¶ 4.  Moreover, disclosure of this competitively sensitive information could be used by third parties to Nichia's detriment. *Id.*  This information corresponds to statements in Feit's Motion for Summary Judgment that Nichia has requested be redacted. *See* Dkt. 294.

Counsel for Nichia and Feit met and conferred on March 3, 2021 to discuss the relief sought by this Application. Allen Decl., ¶ 3.  On March 3, 2022, Feit filed

its SOF on the public docket. *Id.*; *see also* Dkt. 289-1. On March 7, 2022, counsel for Nichia emailed counsel for Feit requesting that they retract Dkt. 289-1 and file a redacted version. Allen Dec., ¶ 3. On March 8, 2022, counsel for Feit contacted the Court to temporarily seal Feit's SOF while the parties prepared an application to seal Feit's SOF. *Id.* Counsel for Feit requested that counsel for Nichia prepare and file the application to seal Feit's SOF. *Id.*

    For these reasons, Nichia respectfully submits that compelling reasons exist to warrant this limited sealing of Feit's SOF.

Respectfully submitted,

DATED: March 9, 2022      ROTHWELL, FIGG, ERNST &MANBECK P.C.

By: */s/ D. Lawson Allen*

ROBERT P. PARKER (*pro hac vice*)
MARTIN M. ZOLTICK (*pro hac vice*)
JENNY COLGATE (*pro hac vice*)
MICHAEL JONES (*pro hac vice*)
MARK RAWLS (*pro hac vice*)
D. LAWSON ALLEN (*pro hac vice*)

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

By: */s/ David Gurnick*

DAVID GURNICK (SBN 115723)
JEFFREY A. KOBULNICK (SBN 228299)
JESSICA W. ROSEN (SBN 294923)

*Attorneys for Plaintiff Nichia Corporation*