DAVID GURNICK (SBN 115723)
dgurnick@lewitthackman.com
JEFFREY A. KOBULNICK (SBN 228299)
jkobulnick@lewitthackman.com
JESSICA W. ROSEN (SBN 294923)
jrosen@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Boulevard Eleventh Floor
Encino, CA 91436
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
NICOLE M. DEABRANTES (*pro hac vice*)
ndeabrantes@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
901 New York Avenue N.W.
Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>*REDACTED*<br><br>**DECLARATION OF ROBERT P. PARKER IN SUPPORT OF PLAINTIFF NICHIA CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND ON DEFENDANT'S AFFIRMATIVE DEFENSES OF INVALIDITY AND NON-INFRINGING ALTERNATIVES**<br><br>Hearing Date: September 15, 2022 |

|   |   |
|---|---|
|   | Time: 8:30 a.m.<br>Ctrm: 9D |

# DECLARATION OF ROBERT P. PARKER

I, Robert P. Parker, hereby declare and state as follows:

1. I am an attorney with the firm Rothwell, Figg, Ernst & Manbeck, P.C., counsel for Plaintiff Nichia Corporation ("Nichia"). I am a member in good standing of the bar of the District of Columbia. I submit this declaration in support of Plaintiff Nichia Corporation's Motion for Summary Judgment on Infringement, Invalidity, and Non-Infringing Alternatives. The matters stated herein are based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,752,734 B2.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Feit Electric Company Inc.'s ("Feit Electric") sales data for filament LED bulbs for 2017, bearing Bates number FE 458499.

4. Attached hereto as Exhibit 3 is a true and correct copy of Feit Electric's sales data for filament LED bulbs for 2018, bearing Bates number FE 458500.

5. Attached hereto as Exhibit 4 is a true and correct copy of Feit Electric's sales data for filament LED bulbs for 2019, bearing Bates number FE 458501.

6. Attached hereto as Exhibit 5 is a true and correct copy of Feit Electric's sales data for filament LED bulbs for 2020, bearing Bates number FE 458502.

7. Attached hereto as Exhibit 6 is a true and correct copy of Feit Electric's sales data for filament LED bulbs for 2021, bearing Bates number FE 458503.

8. Attached hereto as Exhibit 7 is a true and correct copy of Feit Electric's sales data for filament LED bulbs from September 5, 2017 to May 21, 2021, bearing Bates numbers FE 456803 – FE 456834.

9. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the September 28, 2021 personal and 30(b)(6) deposition of Anu Singh.

10. Attached hereto as Exhibit 9 is a true and correct copy of the rebuttal expert report of Dawn Hall, dated March 10, 2022.

11. Attached hereto as Exhibit 10 is a true and correct copy of Feit Electric's Supplemental Response to Nichia Corporation's Interrogatory Nos. 3-8 Pursuant to Order (Dkt. No. 115), dated June 14, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of Exhibit B to Feit Electric's Supplemental Response to Nichia Corporation's Interrogatory Nos. 3-8 Pursuant to Order (Dkt. No. 115)), dated June 14, 2021.

13. Attached hereto as Exhibit 12 is a true and correct copy of Feit Electric's First Supplemental Response to Nichia Interrogatory Nos. 9-11 Pursuant to Order (Dkt. No. 131), dated July 26, 2021.

14. Attached hereto as Exhibit 13 is a true and correct copy of Feit Electric's Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18), dated July 14, 2021.

15. Attached hereto as Exhibit 14 is a true and correct copy of the opening expert report of Lauren Kindler, dated December 7, 2021.

16. Attached hereto as Exhibit 15 is a true and correct copy of the opening expert report of Michael Gershowitz regarding infringement, dated December 6, 2021, and Exhibits A, D, E, and M attached thereto.

17. Attached hereto as Exhibit 16 is a true and correct copy of the opening expert report of Michael Livingston regarding sample testing, dated November 29, 2021, and Exhibits, A-G, IAL-TAR-001, and IAL-TAR-018 attached thereto.

18. Attached hereto as Exhibit 17 is a true and correct copy of the transcript of the November 19, 2021 deposition of Gerardo Cisneros.

19. Attached hereto as Exhibit 18 is a true and correct copy of Feit Electric's 2018 LED Lighting Catalog, bearing Bates numbers FE 456721 - FE 456802.

20. Attached hereto as Exhibit 19 is a true and correct copy of Appendix 1 to Nichia's Final Infringement Contentions, served March 26, 2021.

21. Attached hereto as Exhibit 20 is a true and correct copy of Feit Electric's Responses and Objections to Nichia Corporation's First Set of Requests for Admission, dated August 16, 2021.

22. Attached hereto as Exhibit 21 is a true and correct copy of Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories, dated April 30, 2021).

23. Attached hereto as Exhibit 22 is a true and correct copy of the transcripts of the June 13 and June 14, 2022 depositions of Dr. Michael Lebby.

24. Attached hereto as Exhibit 23 is a true and correct copy of the transcript of the September 30, 2021 personal and 30(b)(6) deposition of Aaron Feit.

25. Attached hereto as Exhibit 24 is a true and correct copy of the rebuttal expert report of Dr. Michael Lebby on patent infringement, dated March 10, 2022.

26. Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the November 17, 2020 deposition of Dr. Eric Bretschneider.

27. Attached hereto as Exhibit 26 is a true and correct copy of Feit Electric's Supplemental Response to Nichia Interrogatory No. 12, dated June 18, 2021.

28. Attached hereto as Exhibit 27 is a true and correct copy of opening expert report of Dr. Michael Lebby, dated December 7, 2021.

29. Attached hereto as Exhibit 28 is a true and correct copy of Dkt. 90, the Court's ruling on *Markman* hearing.

30. Attached hereto as Exhibit 29 is a true and correct copy of the transcripts of the September 29 and September 30, 2021 30(b)(6) depositions of Toshio Matsushita.

31. Attached hereto as Exhibit 30 is a true and correct copy of the transcripts of the June 10 and June 11, 2021 depositions of Toshio Matsushita.

32. Attached hereto as Exhibit 31 is a true and correct copy of Feit Electric's *Markman* Technology Tutorial, dated January 7, 2021.

33. Attached hereto as Exhibit 32 is a true and correct copy of the transcript of the November 20, 2020 deposition of Dr. Christian Wetzel.

34. Attached hereto as Exhibit 33 is a true and correct copy of Dkt. 51-3, the declaration of Dr. Eric Bretschneider, dated September 30, 2020.

35. Attached hereto as Exhibit 34 is a true and correct copy of the rebuttal expert report of Dr. Gary Allen regarding validity, dated March 4, 2022.

36. Attached hereto as Exhibit 35 is a true and correct copy of Nichia's Fourth Supplemental Response to Feit Electric's Third Set of Interrogatories (Nos. 12-20), dated November 9, 2021.

37. Attached hereto as Exhibit 36 is a true and correct copy of Nichia's Objections and Second Supplemental Responses to Feit Electric's Second Set of Interrogatories (Nos. 7-11), dated June 30, 2021.

38. Attached hereto as Exhibit 37 is a true and correct copy of U.S. Pat. Pub. No. 2004/0239242 A1 ("Mano").

39. Attached hereto as Exhibit 38 is a true and correct copy of U.S. Pat. Pub. No. 2003/0031015 A1 ("Ishibashi").

40. Attached hereto as Exhibit 39 is a true and correct copy of U.S. Pat. No. 7,086,756 B2 ("Maxik").

41. Attached hereto as Exhibit 40 is a true and correct copy of the "About Us" webpage from Feit Electric's website, available at https://www.feit.com/about-us/ (last visited July 22, 2022) .

42. Attached hereto as Exhibit 41 is a true and correct copy of the "Decorative Vintage Filament Bulbs" webpage from Feit Electric's website, available at https://www.feit.com/product-category/decorative/ (last visited July 22, 2022).

43. Attached hereto as Exhibit 42 is a true and correct copy of Feit Electric's Responses and Objections to Nichia Corporation's Second Set of Requests for Production (Nos. 37-38), dated March 29, 2021.

44. Attached hereto as Exhibit 43 is a true and correct copy of Feit Electric's Amended Responses and Objections to Nichia's Amended 30(b)(6) Notice.

45. Attached hereto as Exhibit 44 is a true and correct copy of *Limestone Memory Sys. LLC v. Micron Tech. Inc.*, Case No. 15- 0278, Dkt. 385 (C.D. Cal. Dec. 26, 2019).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Washington, D.C. on July 27, 2022.

*/s/ Robert P. Parker*
Robert P. Parker