# EXHIBIT 31

NichiaSJ003170

# Feit Electric's Technology Tutorial

*NICHIA CORPORATION  v. FEIT ELECTRIC COMPANY, INC.*

Case No. 2:20-cv-00359-GW-E                         January 7, 2021

Presented by: Salil Bali, Kal Shah, Katherine Smith and Dr. Eric Bretschneider (Expert)





NichiaSJ003171

# Patent In Suit: U.S. Patent No. 9,752,734



'734 Patent at Figure 8

- Entitled "Light Emitting Device"

- Filed August 8, 2016

  – Claims priority to Japanese application filed December 16, 2005

- Abstract provides:

  – "A light emitting device includes a board, light emitting element chips, a wavelength conversion member, a transparent bulb, support leads, and a support base."



2

# Claim 1 of the '734 Patent

| A light emitting device comprising: |
|---|
| a board having end portions and a center portion therebetween in a longitudinal direction, the board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions; |
| a plurality of light emitting element chips mounted on the first surface side of the board; |
| a wavelength conversion member formed unitarily with a transparent member that seals the plurality of light emitting element chips; |
| a transparent bulb that encloses the board and the plurality of light emitting element chips; |
| support leads that secure the plurality of light emitting element chips inside the transparent bulb; |
| a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis; and |
| a pair of metal plates protruding at both ends of the wavelength conversion member, |
| wherein the wavelength conversion member is provided on the first surface side and the second surface side, the wavelength conversion member is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board, |
| wherein a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, |
| wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions, and |
| wherein the pair of metal plates are electrically connected with the support base via the support leads. |



3

# Key Concepts of the '734 Patent in the Prior Art

- board
  - U.S. Pat. App. Pub. No. 2004/0239242 ("'242 Publication")
  - U.S. Patent No. 4,727,289 ("'289 Patent")
  - U.S. Patent No. 7,875,897 ("'897 Patent")
- Light emitting element chips
  - '242 Publication
  - '289 Patent
  - '897 Patent

- wavelength conversion
  - '242 Publication
  - U.S. Patent No. 6,066,861 ("'861 Patent")
  - U.S. Patent No. U.S. 7,436,002 ("'002 Patent")
  - U.S. Patent No. 7,723,740
  - '897 Patent
  - European Publication No. 1116419B1

- a transparent bulb
  - '289 Patent
- support leads and support base
  - '242 Publication
  - '289 Patent



'242 Publication at Figures 13 & 14B



'289 Patent at Figure 1



'861 Patent at Figure 2



'002 Patent at Figure 3



'897 Patent at Figures 13 & 27A



# Prior Art: Edison-Type Light Bulb

- Electrical current heats a wire filament (light source)
- Bulb protects the filament
  - Bulb also protects the user (high voltage, high temperature)
- Bulb typically designed to pass maximum amount of light
  - Efficiency directly proportional to amount of light transmitted by bulb



U.S. Patent No. 2,349,349 at Figure 1



5

# Prior Art: Edison-Type Light Bulb

- Filaments = light source
- Light source emits light in all directions
- Support wires cross light source
- "A" type devices are understood to emit light approximately uniformly in all directions



U.S. Patent No. 2,359,302 at Figure 6



6

# Prior Art: Edison-Type Light Bulb

- There are standard configurations for incandescent light devices
- There are standard form factors for incandescent light devices and bulbs
- There are standard base connectors for incandescent light devices



Rea, *Lighting Handbook*, 8th Ed. (1995) ("Rea") at 182



7

# Prior Art: Light Rays

- Light travels in a straight line or "ray"
  - Light scattering causes appearance of distribution
- Light refracts (bends) at the interface between materials with differing refractive index
  - Bending light due to difference in refractive index is principle used to design optical lenses
  - *See* Rea at 19



**Fig. 1-35.** Ray path traces through lenses: (a) positive; (b) negative.

*Rea* at 21



8

# Prior Art: Light Reflection

- When light travels from a region of higher refractive index to lower refractive index, some light is reflected
  - The amount of light reflected depends on the angle of incidence
- At and above a critical angle, all light will be reflected



Stringfellow, *High Brightness Light Emitting Diodes*, Vol. 48 (1997) at 350



NichiaSJ003179

# Prior Art: Light Scattering

- Texturing a surface can significantly reduce TIR (total internal reflection) and increase the amount of light transmitted through a surface (surface scattering)
  - Surface texturing does not affect transmission at the surface of a translucent (bulk scattering material)



Fig. 9.10. Schematic illustration of waveguide with (a) no surface texture, (b) weak surface texture, and (c) strong surface texture, resulting in specular reflection, mixed reflection and scattering, and strong scattering, respectively.



Schubert, *Light-Emitting Diodes*, 2nd Ed. (2006) ("Schubert") at 155



10

# Prior Art: Light Transmission

- The amount of light transmitted through a material is governed by Lambert's Law

$$I = I_0 e^{-\alpha d}$$

  - where $I$ = intensity of transmitted light
  - $I_0$ = intensity of incident light
  - $\boldsymbol{\alpha}$ = absorption coefficient (material dependent)
  - $\boldsymbol{d}$ = thickness of material traversed
- The amount of transmitted light approaches (but never reaches) 0
  - Rea at 22



11

# Prior Art: Light Emitting Chip Technology

- Materials used to make LEDs typically have high indexes of refraction
- Shaping of LED surfaces can help increase light extraction



*Schubert* at 152



NichiaSJ003182

# Prior Art: Light Emitting Package Technology

- LED chips are electrically connected to the package using wire bonds, solder or an electrically conductive adhesive

- LED chips are covered with a resin (encapsulated) to protect the LED chip(s) and wire bonds (if present) from the environment and physical damage
  - Use of an encapsulant significantly increases the efficiency of LED chips (by reducing total internal reflection)



13

# Prior Art: Light Emitting Package Technology

- Packages may include multiple LED chips that are electrically connected in series, parallel or series/parallel combinations
  - Package materials may be translucent materials: ceramics, polymers or composite materials (fiberglass)
- LED packages must include electrical connections (anode and cathode) in order to allow LEDs to be powered



14

# Prior Art: Solid State Lighting Technology

- A white paper published by Sandia National Labs in 2000 outlined the potential energy savings of solid state lighting
  - Haitz et al., *The Case for a National Research Program on Semiconductor Lighting,* Sandia National Laboratories (2000)
- Incentivized the Department of Energy to begin significant investments (>$10M/year) in LED technology to accelerate development
  - The premise of solid state lighting is ***superior energy efficiency***
    - Incandescent lighting is about 15 lm/W (Little, *Energy Savings Potential of Solid State Lighting in General Lighting Applications* (2001) at 13)
    - Fluorescent lighting is 69 lm/W (*Id.*)
  - Solid state lighting has progressed from 30 lm/W in 2006 to 130 lm/W today
    - *Solid-State Lighting Research and Development Portfolio,* Department of Energy ("DOE") (2006) at 15; *2019 Lighting R&D Opportunities*, DOE (2020) at 17



15

# Prior Art: Solid State Lighting Technology

- Use of phosphors along with GaN based LEDs to create all colors (white) light was first proposed in 1974

- Maruska, *Gallium nitride light-emitting diodes*, Dept. of Materials Science and Engineering, Stanford University (1974) at 24

lights are available. If such violet lights can be made, it should then be possible to obtain various other colors by <u>down</u>-converting with phosphors which will only be a one step process. Thus it should be possible to produce all the colors with one material, GaN. The major



16

# Prior Art: Light Wavelength Conversion

- Use of phosphors for wavelength conversion was so well-known as to be used with incandescent bulbs
- No. 5,118,985
  - Priority date December 29, 1989
  - Incandescent with phosphor (YAG:Ce) coating on bulb to reduce blue emission and enhance green/yellow emission
- First commercial phosphor converted LEDs were announced and released in 1996



17

# Prior Art: Light Wavelength Conversion

- Powdered inorganic phosphors in a resin result in scattering of light



JP Pub. No. H0799345A



Kim, *Strongly Enhanced Phosphor Efficiency in GaInN White Light-Emitting Diodes Using Remote Phosphor Configuration and Diffuse Reflector Cup*, Japanese Journal of Applied Physics Vol. 44, No. 21, 2005, L 649



18

# Prior Art: LED Boards

- LED historically were on boards as they needed support and power
- Materials used in LED packages typically allowed some degree of light transmission

| Ceramic | Glass | Flex (glass-epoxy or polyimide) |
|---|---|---|







U.S. Patent No. 6,707,069 ("'069 Patent") at Figure 8

U.S. Patent No. 3,646,406 ("'406 Patent") at Figure 1

U.S. Patent No. 6,583,550 ("'550 Patent") at Figure 2B



19

NichiaSJ003189

# Prior Art: LED Boards

- LED Packages contained more than one LED chip



'069 Patent at Figure 8



'550 Patent at Figure 2B



*Uniroyal subsidiary NorLux samples first LED lighting products*, Compound Semiconductor, June 2001 at 9



# Prior Art: Edison-Style LED Bulbs

- LED replacement light bulbs were existing products



U.S. Pat. App. Pub. No. 2004/0008525 at Figures 1 & 3



Techtrends, EDN, August 2001 at 75



U.S. Patent No. 7,086,756 at Figure 1



21

NichiaSJ003191

# Additional Prior Art Concepts

- Boards are finite, physical structures
- A bulb must allow light to pass to be part of a light emitting device
- The efficiency of LED packages and bulbs is directly correlated to the amount of light transmitted



22

# Claim 1 of the '734 Patent

| |
|---|
| A light emitting device comprising: |
| a board having end portions and a center portion therebetween in a longitudinal direction, the board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions; |
| a plurality of light emitting element chips mounted on the first surface side of the board; |
| a wavelength conversion member formed unitarily with a transparent member that seals the plurality of light emitting element chips; |
| a transparent bulb that encloses the board and the plurality of light emitting element chips; |
| support leads that secure the plurality of light emitting element chips inside the transparent bulb; |
| a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis; and |
| a pair of metal plates protruding at both ends of the wavelength conversion member, |
| wherein the wavelength conversion member is provided on the first surface side and the second surface side, the wavelength conversion member is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board, |
| wherein a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, |
| wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions, and |
| wherein the pair of metal plates are electrically connected with the support base via the support leads. |



23

# General Concepts of '734











NichiaSJ003194

24

# What Does The '734 Patent Offer Over The Prior Art?

- Feit Electric's constructions (if not indefinite):
  - High efficiency, multi-directional devices using parallel-connected sets of series-connected light emitting element chips

- Nichia's constructions:
  - Nothing. Would remove from the public domain virtually all light emitting devices comprising a board with two or more sets of a plurality of light emitting element chips.



25

# Disputed Terms

| A light emitting device comprising: |
| --- |
| <span style="color:red">a board having end portions and a center portion therebetween</span> in a longitudinal direction, the board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface, <span style="color:red">the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions;</span> |
| a plurality of light emitting element chips mounted on the first surface side of the board; |
| <span style="color:red">a wavelength conversion member formed unitarily with a transparent member that seals the plurality of light emitting element chips;</span> |
| a <span style="color:red">transparent</span> bulb that encloses the board and the plurality of light emitting element chips; |
| support leads that secure the plurality of light emitting element chips inside the <span style="color:red">transparent</span> bulb; |
| a support base that can be threadedly engaged with a conventional light bulb socket along a socket axis; and |
| <span style="color:red">a pair of metal plates protruding at both ends of the wavelength conversion member,</span> |
| wherein the <span style="color:red">wavelength conversion member</span> is provided on the first surface side and the second surface side, the <span style="color:red">wavelength conversion member</span> is elongated in the longitudinal direction when viewed in plan view of the first surface side of the board, |
| wherein <span style="color:red">a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions,</span> |
| <span style="color:red">wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions,</span> and… |



26

# Key Claim Construction Disputes

- <u>Terms dispositive due to indefiniteness</u>:

  – "a board having end portions and a center portion therebetween… the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions." (Claims 1, 26 & 27)

  – "wavelength conversion member," "wavelength conversion member formed unitarily with a transparent member," and "wavelength conversion member comprises a phosphor therein." (Claims 1, 6, 15, 16, 18, 20, 21, 26 & 27)

- <u>Terms relating to scope of alleged invention</u>:

  – "transparent" (Claims 1, 3, 17, 26 & 27)

  – "a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, wherein a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions." (Claims 1, 22, 26 & 27)



27

# "Portions/Regions" Terms – Claims 1, 26 & 27

"a board having end portions and a center portion therebetween… the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions"

| Feit Electric's Construction |
| --- |
| Indefinite |

| Nichia's Construction |
| --- |
| Plain and ordinary meaning |



28

# "Portions/Regions" Terms – Claims 1, 26 & 27

"a board having end portions and a center portion therebetween… the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions"



C. Wetzel Deposition, Exhibit 5A



Nichia Initial Infringement Contentions, Ex. A at A8



29

# "Portions/Regions" Terms – Claims 1, 26 & 27

"a board having end portions and a center portion therebetween… the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the board to the other of the end portions"

| Feit Electric's Construction | Impact |
|---|---|
| Indefinite | Ambiguity of term fails to define with reasonable certainty the bounds of this limitation such that it is subjective |

| Nichia's Construction | Impact |
|---|---|
| Plain and ordinary meaning | Claim element is entirely subjective such that at whim of POSITA and can be subjectively read on or distinguished from virtually any board; further adds impermissible ambiguity as to "sets" limitations |



NichiaSJ003200

# "Wavelength Conversion Member" Terms – Claims 1, 6, 15, 16, 18, 20, 21, 26 & 27

"a wavelength conversion member"

"a wavelength conversion member formed unitarily with a transparent member"

"[the wavelength conversion member] comprises a phosphor therein"

| Feit Electric's Construction |
| --- |
| Indefinite |

| Nichia's Construction |
| --- |
| A unitary member that serves as both a transparent member and a wavelength conversion member |



31

# "Wavelength Conversion Member" Terms – Claims 1, 6, 15, 16, 18, 20, 21, 26 & 27

- Specification uses "member" terms interchangeably:
  - "The wavelength conversion member 50 containing a phosphor is composed of resin with the aforementioned phosphors mixed therein." '734 Patent at 12:36-38.
  - "[A] phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength conversion member." *Id*. at 7:51-53.
  - "[A] covering member 46B can additionally serve as a wavelength conversion member. In other words, a phosphor 48 is mixed into a silicone resin that forms the covering member 46B so that the covering member 46B serves as both a covering member and a wavelength conversion member." *Id*. at 54-59.
  - "In addition, the second transparent member 40 can additionally serve as the wavelength conversion member 50." *Id*. at 48-49.



32

# "Wavelength Conversion Member" Terms – Claims 1, 6, 15, 16, 18, 20, 21, 26 & 27





NichiaSJ003203

# "Wavelength Conversion Member" Terms – Claims 1, 6, 15, 16, 18, 20, 21, 26 & 27

"a wavelength conversion member"

"a wavelength conversion member formed unitarily with a transparent member"

"[the wavelength conversion member] comprises a phosphor therein"

| Feit Electric's Construction | Impact |
|---|---|
| Indefinite | Intrinsic record conflates related "members" rendering it impossible to identify the metes and bounds of these terms |

| Nichia's Construction | Impact |
|---|---|
| A unitary member that serves as both a transparent member and a wavelength conversion member | No distinction between any of the relevant members resulting in 35 U.S.C. §§ 102, 103 and 112 issues |



34

# "Transparent" Terms – Claims 1, 3, 17, 26 & 27

"transparent"

("transparent bulb," "transparent member," and "the board is configured to be transparent")

| Feit Electric's Construction |
| --- |
| Having a transmittance of 70% or more |

| Nichia's Construction |
| --- |
| Allows light to pass through |



35

# "Transparent" Terms – Claims 1, 3, 17, 26 & 27

- "Transparent" must have same meaning as to each "transparent" term
  - "transparent bulb," "transparent member," and "the board is configured to be transparent

- "Transparent" must add something to board, member and bulb.
  - *Harris Corp. v. IXYS Corp.*, 114 F.3d 1149, 1152 (Fed. Cir. 1997)

- Constructions that render a term superfluous are frowned upon.
  - *Power Mosfet Techs., L.L.C. v. Siemens AG*, 378 F.3d 1396, 1410 (Fed. Cir. 2004); *Wasica Fin. GmbH v. Contl. Automotive Sys., Inc.*, 853 F.3d 1272, 1288 n.10 (Fed. Cir. 2017).



36

# "Transparent" Terms – Claims 1, 3, 17, 26 & 27

"transparent"

("transparent bulb," "transparent member," and "the board is configured to be transparent")

| Feit Electric's Construction | Impact |
|---|---|
| Having a transmittance of 70% or more. | Appreciates specification disclosure and provides alleged improvements over prior art |

| Nichia's Construction | Impact |
|---|---|
| Allows light to pass through | Renders "transparent" superfluous as bulbs, members, and board must allow some light to pass; unduly broad as any amount of light would suffice |



37

# "First/Second Set" Terms – Claims 1, 22, 26 & 27

"a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions"

## Feit Electric's Construction

A first plurality of series connected light emitting element chips connected in parallel with a second plurality of series connected light emitting element chips

## Nichia's Construction

Plain and ordinary meaning; or

A first [second] group of two or more of the light emitting element chips



NichiaSJ003208

# "First/Second Set" Terms – Claims 1, 22, 26 & 27

- Specification provides only two examples – Figures 14 & 15





'734 Patent at Figure 14 – Two "sets" that **do not meet** limitation

'734 Patent at Figure 15 – Two "sets" that **meet** limitation



39

# "First/Second Set" Terms – Claims 1, 22, 26 & 27

"a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions"



Dkt. No. 67-15, Shah Decl. to Feit Electric Claim Construction Brief, Ex. N



C. Wetzel Deposition, Exhibit 8



Further example of grouping of sets



C. Wetzel Deposition, Exhibit 5A



40

# "First/Second Set" Terms – Claims 1, 22, 26 & 27

"a first set of the light emitting element chips are mounted on the first region and arranged from the center portion of the board to the one of the end portions, a second set of the light emitting element chips are mounted on the second region and arranged from the center portion of the board to the other one of the end portions"

| Feit Electric's Construction | Impact |
|---|---|
| A first plurality of series connected light emitting element chips connected in parallel with a second plurality of series connected light emitting element chips | Adds alleged improvements over prior art, specifically, series arrangements of a plurality of light emitting element chips connected in parallel (and which results in greater efficiency) and provides singular approach to identification of sets |

| Nichia's Construction | Impact |
|---|---|
| Plain and ordinary meaning; or<br><br>A first [second] group of two or more of the light emitting element chips | Impermissibly broad such that it includes virtually any arrangements of two sets of light emitting element chips |



41

# Other Disputed Terms

- "such that the converted light with the different wavelength is radiated along a first direction from the first surface side of the board…, and along a second direction from the second surface of the board…" (Claim 18)
  - **Feit Electric's Construction:** Indefinite
  - **Nichia's Construction:** Plain and ordinary meaning



42

# Other Disputed Terms

- "a pair of metal plates protruding at both ends of the wavelength conversion member" (Claims 1, 26 & 27)
  - **Feit Electric's Construction:** "a pair of metal plates at each end of the wavelength conversion member and that occupy 20%-50% of the board"
  - **Nichia's Construction:** Plain and ordinary meaning
- Feit Electric's construction places some metes and bounds, Nichia's construction offers no addition to a necessary construct of a lighting device



43

# Other Disputed Terms

- "crosses the support lead" (Claim 4)
  - **Feit Electric's Construction:** "extends past both sides of the support lead"
  - **Nichia's Construction:** "extends across one of the support leads"
- Feit Electric's construction places some metes and bounds, Nichia's construction offers no addition to a necessary construct of a lighting device



44

# Conclusion

- **Questions?**



45