DAVID GURNICK (SBN 115723)
dgurnick@lewitthackman.com
JEFFREY A. KOBULNICK (SBN 228299)
jkobulnick@lewitthackman.com
JESSICA W. ROSEN (SBN 294923)
jrosen@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
16633 Ventura Boulevard
Eleventh Floor
Encino, CA 91436
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
NICOLE M. DEABRANTES (*pro hac vice*)
ndeabrantes@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>        Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>***REDACTED***<br><br>**PLAINTIFF NICHIA CORPORATION'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND ON DEFENDANT'S AFFIRMATIVE DEFENSES OF INVALIDITY AND NON-** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INFRINGING ALTERNATIVES**

Hearing Date: September 15, 2022
Time:      8:30 a.m.
Ctrm:      9D

Pursuant to Local Rule 56-1, Plaintiff Nichia Corporation ("Nichia") submits this Statement of Uncontroverted Material Facts and Conclusions of Law in support of its Motion for Partial Summary Judgment on the issues of infringement, invalidity, and the damages.

## STATEMENT OF UNCONTROVERTED MATERIAL FACTS

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| 1. | U.S. Patent No. 9,752,734 (the "'734 Patent"), is titled "Light Emitting Device," and issued on September 5, 2017. | **Parker Decl. Ex. 1**[1] ('734 Patent), 1 (NichiaSJ000002)[2] ("LIGHT EMITTING DEVICE" by item (54), and "Date of Patent : Sep. 5, 2017" by item (45)). |
| 2. | Feit is one of the country's leading distributors of household lighting products. | **Parker Decl. Ex. 40** (Feit.com – About Us) (NichiaSJ003737-NichiaSJ003741) ("We are a leader in first to market lighting innovations and driven to deliver the latest breakthrough in interior and exterior illumination."), ("All our factories and distribution centers are fully equipped with the most innovative testing laboratories to assure consistent quality and performance of our products."), ("We maintain an inventory of 100,000,000 bulbs and fixtures in our automated distribution centers allowing us to ship orders within 24 hrs."). |
| 3. | According to Feit's website, it maintains an inventory of 100 million lighting products at locations around the world. | **Parker Decl. Ex. 40** (Feit.com – About Us) (NichiaSJ003741) ("We maintain an inventory of 100,000,000 bulbs and fixtures in our automated distribution centers allowing us to ship orders within 24 hrs."). |

---

[1] Exhibits cited in this statement refer to exhibits to the Declaration of Robert P. Parker ("Parker Decl.") filed concurrently with this statement.

[2] "NichiaSJXX" refers to the consecutive page number of the combined exhibits attached to the Declaration of Robert P. Parker.

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| 4. | Feit's lighting products include hundreds of models of lightbulbs and related products that Feit characterizes as "LED filament bulbs." | **Parker Decl. Ex. 41** (Feit.com – Vintage Filament Bulbs) (NichiaSJ003747) ("Enhance any home's décor. Our vintage style or traditional LED filament bulbs are energy-saving and long-lasting."). |
| 5. | The accused products include bulbs with different sizes, shapes, tints, and filament shapes and configurations. | **Parker Decl. Ex. 15** Opening Expert Report of Michael Gershowitz), Sections IX (NichiaSJ000881-NichiaSJ000892), X(A)(3) (NichiaSJ000894-Nichia000908), and Ex. E (NichiaSJ000990-NichiaSJ001013). |
| **Feit's Model 72007** | | |
| 6. | Since at least September 5, 2017, Feit has imported Feit Model No. 72007 ("Model 72007") into the United States, and sold and offered Model 72007 in the United States. | **Parker Decl. Exs. 2-6** (FE 458499 – FE 458503 (Feit financial data)) (NichiaSJ000026-NichiaSJ000196). **Parker Decl. Ex. 7** (FE 456803 – FE 456834 (Feit financial data)) (NichiaSJ000197-NichiaSJ000229). **Parker Decl. Ex. 8** (Anu Singh Depo. Tr.), 36:18-40:6 (NichiaSJ000240-NichiaSJ000241), 206:20-213:3 (NichiaSJ000283-NichiaSJ000285). **Parker Decl. Ex. 9** (Rebuttal Expert Report of Dawn Hal), ¶ 148 (NichiaSJ000417). **Parker Decl. Exs. 10** (Defendant Feit Electric Company, Inc.'s Supplemental Response to Nichia Corporation's Interrogatory Nos. 3-8 Pursuant to Order (Dkt. No. 115)) at Supplemental Response to Interrogatory No. 8 (NichiaSJ000592) |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮ and **11** (Defendant Feit Electric Company, Inc.'s Supplemental Response to Nichia Corporation's Interrogatory Nos. 3-8 Pursuant to Order (Dkt. No. 115), Ex. B) (NichiaSJ000596) ▮▮▮▮▮▮▮▮▮ **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Response to Nichia Interrogatory Nos. 9-11 Pursuant to Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 10) (NichiaSJ000649) ("Feit Electric incorporates by reference the document produced bearing Bates numbers FE 456803 to FE 456834 constituting sales information, including revenue and costs for all Feit Electric filament-style bulb sales from September 5, 2017 (the date of the issuance of the '734 Patent)."). **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 13 (NichiaSJ000658-NichiaSJ000660). |
| 7. | Feit generated ▮▮▮▮▮▮ in revenue from the sale or distribution of Model 72007 during the period September 5, 2017 to June 30, 2021. | *See* Statement of Uncontroverted Material Facts ("SF") 6.[3] |

---

[3] Internal citations to Nichia's Statement of Uncontroverted Material Facts include the evidence (including the underlying exhibits) associated with the cited-to fact.

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 14** (Opening Expert Report of Lauren Kindler), Exhibits 1.1 (NichiaSJ000780-NichiaSJ000781) and 5.3 (NichiaSJ000823-NichiaSJ000824) (computing total revenues for all Accused Products and for Model 72007). <br><br> **Parker Decl. Ex. 9** (Rebuttal Expert Report of Dawn Hall), Schedules 1.0 (NichiaSJ000444) and 3.3 (NichiaSJ000568) (computing total revenues for all Accused Products and for Model 72007). |
| 8. | Model 72007 accounted for about ▮▮▮ of Feit's total revenues for the Accused Products between September 5, 2017 and June 30, 2021. | *See* SF 7. <br><br> Feit's total revenues for the Accused Products in this period ▮▮▮▮▮▮ for Model 72007. |
| 9. | During the period September 5, 2017 through June 30, 2021, Model 72007 generated more revenue for Feit than any other single Accused Product. | *See* SFs 6-7. |
| 10. | Model 72007 is a string light product that includes multiple LED lightbulbs. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 (NichiaSJ001140-NichiaSJ001210) and CC-18 (NichiaSJ001496-NichiaSJ001565); *see also id.*, Ex. M at 2 (NichiaSJ001015) ("48 ft. Black Cord Weatherproof LED Filament String Light," and "SKU: 72007"). <br><br> **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001690-NichiaSJ001691) and IAL-TAR-18 (NichiaSJ001714). <br><br> **Parker Decl. Ex. 17** (Gerardo Cisneros Depo. Tr.) at 55:9-16 (NichiaSJ001748). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 11. | Model 72007 contains at least one lightbulb (the "Model 72007 lightbulb") that includes a bulb, a base that screws into a socket, one or more LED filaments, and support structures. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), ¶126 (NichiaSJ000898-NichiaSJ000899) and Exs. CC-01 (NichiaSJ001140-NichiaSJ001210) and CC-18 (NichiaSJ001496-NichiaSJ001565); *see also id.* Ex. M at 1-3 (NichiaSJ001015-NichiaSJ001017) (Feit website for Model 72007). |
|  |  | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001691-Nichia001693) and IAL-TAR-18 (NichiaSJ001714-NichiaSJ001716). |
|  |  | **Parker Decl. Ex. 8** (Anu Singh Depo. Tr.) at 147:24-148:7 (NichiaSJ00268) ██████████████████ |
|  |  | **Parker Decl. Ex. 18** (FE 456721 (2018 catalogue)) (NichiaSJ001874). |
|  |  | **Parker Decl. Ex. 19** (Nichia's Final Infringement Contentions, Appendix 1, served March 26, 2021) (NichiaSJ001969, NichiaSJ001974). |
|  |  | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request for Admission Nos. 1 (NichiaSJ001990), 2 (NichiaSJ001991), 3 (NichiaSJ001991), and 14 (NichiaSJ001996-NichiaSJ001997). |
|  |  | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) (NichiaSJ002016-NichiaSJ002023), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |
| 12. | Phosphor in the encapsulant of the Model 72007 lightbulb converts some of the blue light from the LED chips to yellow light, which then mixes with the remaining blue light to form white light. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), ¶¶ 38-46 (NichiaSJ000855-NichiaSJ000858), and Exs. CC-1 and CC-18, at claim element 1.3 (NichiaSJ001154-NichiaSJ001164, NichiaSJ001509-NichiaSJ001519). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007). |
| | | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 4 (NichiaSJ002018) ("For light bulbs that emit white light, blue emitting LED die are utilized and the LED die and strip of material is covered with a phosphor in a carrier material such as silicon to convert the blue light to white |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| | | light."), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |
| | | **Parker Decl. Ex.** 22 (Lebby Depo. Tr.) at 376:7-12 (NichiaSJ002183) ▮ |
| | | *id.* at 378:12-14 (NichiaSJ002184) (▮ |
| 13. | Neither Feit Electric Company, Inc. nor its experts know how the Model 72007 lightbulb is made. | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 38:12-18 (NichiaSJ002274) (▮ |
| | | *id.* at 39:8-11 (NichiaSJ002274) (▮ |
| | | *id.* at 73:13-18 (NichiaSJ002283) (▮ |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
|     |                                        | ████████████████ |
|     |                                        | *id.* at 151:1-152:10 (NichiaSJ002302) ( ████████ |
|     |                                        | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 75:2-76:13 (NichiaSJ002044) ( ████████ |
|     |                                        | *id.* at 76:11-13 (NichiaSJ002044) ( ████████ |
|     |                                        | *id.* at 96:2-6 (NichiaSJ002049) ████████ |
|     |                                        | *id.* at 104:11-12 (NichiaSJ002051) ████████ |
|     |                                        | *id.* at 143:13-15 (NichiaSJ002061) ████████ |
|     |                                        | *id.* at 145:10-11 (NichiaSJ002062) ████████ ; |
|     |                                        | *id.* at 146:5-10, 147:4-6 and 13-19 (NichiaSJ002062). |
|     |                                        | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 18 (NichiaSJ000668-Nichia000669). |
| | | **Dkt. 193** at 10 ("The information [from Feit Electric's suppliers] is provided on an *ad hoc* basis and is generally unreliable and unverifiable.") |
| | | **Parker Decl. Ex. 42** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's Second Set of Requests for Production (Nos. 37-38)) at Response to Request No. 38 (NichiaSJ003764) ("Feit Electric does not research, design, develop, engineer, make prototypes, specify in detail, or manufacture LED filament packages. Further, Feit Electric does not research, design, develop, engineer, make prototypes, specify in detail, or manufacture light bulbs or lamps comprising LED filament packages."). |
| **Model 72007 – Infringement of Claim 1** | | |
| 14. | The Model 72007 lightbulb is a light emitting device. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.0 (NichiaSJ001141-NichiaSJ001143); CC-18 at claim element 1.0 (NichiaSJ001497-NichiaSJ001498). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001689-NichiaSJ001690, NichiaSJ001692) and IAL-TAR-18 (NichiaSJ001713-NichiaSJ001715). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission No. 1 (NichiaSJ001900) (admitting "The Accused Products are each light emitting devices."). |
| 15. | The Model 72007 lightbulb is capable of emitting white color light. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.0 (NichiaSJ001141-NichiaSJ001143); CC-18 at claim element 1.0 (NichiaSJ001497-NichiaSJ001498).; <br><br>*see also id.*, Ex. E (NichiaSJ000990) (providing "CCT" and "Emitted Color" for products). <br><br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001695-NichiaSJ001696, NichiaSJ001703-NichiaSJ001704) and IAL-TAR-18 (NichiaSJ001718-NichiaSJ001719, NichiaSJ001726-NichiaSJ001727). <br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 375:15-17 (NichiaSJ002183) ███████ <br><br>*id.* at 348:11-349:15 (NichiaSJ002176) (█████ |
| 16. | The Model 72007 lightbulb contains an LED filament. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.1 (NichiaSJ001144-NichiaSJ001149), CC-18 at claim element 1.1 |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
|     |                                        | (NichiaSJ001499-NichiaSJ001504).

**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001691-NichiaSJ001692) and IAL-TAR-18 (NichiaSJ001714-NichiaSJ001715).

**Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007).

**Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) (NichiaSJ002016-NichiaSJ002023), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |
| 17. | The LED filament of the Model 72007 lightbulb has a board. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.1 (NichiaSJ001144-NichiaSJ001149), CC-18 at claim element 1.1 (NichiaSJ001499-NichiaSJ001504).

**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR- |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | 001 (NichiaSJ001694, NichiaSJ001698, NichiaSJ001702) and IAL-TAR-18 (NichiaSJ001717, NichiaSJ001721, NichiaSJ001725). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007), 4 (NichiaSJ001991-NichiaSJ001992) (admitting that "The LED lightbulbs in Feit model number 72007 each include a board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface."). |
| | | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 4 (NichiaSJ002018) (referring to "a strip of material" on which "a set of LED die are mounted"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 344:18-22 (NichiaSJ002175) (when addressing Model 72007: ■ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ██████████████████ |
| 18. | The board in the LED filament of the Model 72007 lightbulb has a center between two ends in a lengthwise direction. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.1 (NichiaSJ001144-NichiaSJ001149), CC-18 at claim element 1.1 (NichiaSJ001499-NichiaSJ001504). <br><br> **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001695) and IAL-TAR-18 (NichiaSJ001718). <br><br> **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 46, ¶ 108 (NichiaSJ002432) ██████ <br><br> *id.* at p. 63, ¶ 123 (NichiaSJ002449) ██████ <br><br> **Parker Decl. Ex. 25** (Bretschneider Depo. Tr.) at 140:5-14 (NichiaSJ002532) ("If Claim 1 started with a light emitting device comprising a board having end portions and the center portion, then I only have one center portion. I know where that has to be. Then the discussion would be how large is the center portion. But if there is only one, if there is the center portion, then it would have to be the middle of the board. It would have to be the geometric center."). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| 19. | The board in the LED filament of the Model 72007 lightbulb has a first surface on a first surface side of the board and a second surface on a second surface side of the board, the second surface being an opposite side to the first surface. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.1 (NichiaSJ001144-NichiaSJ001149), CC-18 at claim element 1.1 (NichiaSJ001499-NichiaSJ001504). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693, NichiaSJ001702) and IAL-TAR-18 (NichiaSJ001716, NichiaSJ001725). **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission No. 4 (NichiaSJ001991-NichiaSJ001992) (admitting that "The LED lightbulbs in Feit model number 72007 each include a board having a first surface on a first surface side thereof and a second surface on a second surface side thereof, the second surface being an opposite side to the first surface."). |
| 20. | The LED filament of the Model 72007 lightbulb includes a plurality of LED chips mounted on the first surface side of the board of the LED filament. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.2 (NichiaSJ001150-NichiaSJ001153), CC-18 at claim element 1.2 (NichiaSJ001505-NichiaSJ001508). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ00695-NichiaSJ001696, NichiaSJ001698-NichiaSJ001699, NichiaSJ001702) and IAL- |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | TAR-18 (NichiaSJ001718-NichiaSJ001719, NichiaSJ001721-NichiaSJ001722, NichiaSJ001725). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007), 6 (NichiaSJ001992-NichiaSJ001993) (admitting that "The LED lightbulbs in Feit model number 72007 each include a plurality of light emitting element chips mounted on the first surface side of the board."). |
| | | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) (NichiaSJ002018), ¶ 4 (referring to "a strip of material" on which "a set of LED die are mounted"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |
| | | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 55, ¶118 (NichiaSJ002441-NichiaSJ002442). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| 21. | The first surface side of the board of the LED filament of the Model 72007 lightbulb has a first region running lengthwise from one end of the board to the center of the board, and a second region running lengthwise from the other end of the board to the center of the board. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.1 (NichiaSJ001144-NichiaSJ001149), CC-18 at claim element 1.1 (NichiaSJ001499-NichiaSJ001504). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692-Nichia001693, NichiaSJ001698) and IAL-TAR-18 (NichiaSJ001715-NichiaSJ001716, NichiaSJ001721). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007). |
| | | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 4 (NichiaSJ002018) (referring to "a strip of material" on which "a set of LED die are mounted"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 22. | The plurality of LED chips mounted on the first surface side of the board of the LED filament of the Model 72007 lightbulb each are capable of emitting blue light. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.2 (NichiaSJ001150-NichiaSJ001153), CC-18 at claim element 1.2 (NichiaSJ001505-NichiaSJ001508). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001695-NichiaSJ001696, NichiaSJ001698-NichiaSJ001699, NichiaSJ001702) and IAL-TAR-18 (NichiaSJ001718-NichiaSJ001719, NichiaSJ001721-NichiaSJ001722, NichiaSJ001725). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007). |
| | | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) (NichiaSJ002018), ¶ 4 (referring to "blue emitting LED die"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Request for Admission Nos. 2 and 3. |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 375:15-21 (NichiaSJ002183) ■■■■■ ■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■ *id.* at 348:11-349:15 (NichiaSJ002176) ■■■■■ ■■■■■■■■■■■■ |
| 23. | The plurality of LED chips mounted on the first surface side of the board of the LED filament of the Model 72007 lightbulb are covered with a phosphor-containing encapsulant, at least on the first surface side of the board, to convert blue light to generate white light. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.3 (NichiaSJ001154-Nichia001164), CC-18 at claim element 1.3 (NichiaSJ001509-NichiaSJ001519).  **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001695-NichiaSJ001696, NichiaSJ001702-NichiaSJ001708) and IAL-TAR-18 (NichiaSJ001718-NichiaSJ001719, NichiaSJ001725-NichiaSJ001731).  **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007), 24 (NichiaSJ002000-NichiaSJ002001) ("Defendant admits that a mixture of resin |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | and phosphor is provided on a surface side [in each of the LED lightbulbs in Feit model number 72007].").<br><br>**Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 4 (NichiaSJ002018) (referring to "phosphor in a carrier material such as silicon" that "cover[s]" "the LED die and strip of material [the LED die are mounted on]"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3.<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 145:17-20 (NichiaSJ002062), 355:5-15 (NichiaSJ002178), 367:23-368:4 (NichiaSJ002181), 369:23-371:8 (NichiaSJ002181-NichiaSJ002182), 378:10-17 (NichiaSJ002184). |
| 24. | The board of the LED filament of the Model 72007 lightbulb is covered with a phosphor-containing encapsulant, at least on the first surface side of the board, which converts blue light to generate white light. | *See* SF 23. |
| 25. | The phosphor-containing encapsulant of the LED filament of the Model 72007 lightbulb is a mixture of resin and phosphor. | *See* SF 23. |
| 26. | The phosphor-containing encapsulant of the LED filament the Model 72007 lightbulb is a single component that both converts wavelength and allows light to pass through. | *See* SF 23. |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 27. | The LED filament of the Model 72007 lightbulb comprises a single component that both converts wavelength and allows light to pass through. | *See* SF 23. |
| 28. | The Model 72007 lightbulb includes a bulb that encloses the LED filament of the lightbulb. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.4 (NichiaSJ001165-NichiaSJ001166), CC-18 at claim element 1.4 (NichiaSJ001520-NichiaSJ001521). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692) and IAL-TAR-18 (NichiaSJ001715). **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 14 (NichiaSJ001996-NichiaSJ001997) ("Defendant admits that the Accused Products each include a bulb that encloses a board and a plurality of light emitting element"), 15 (NichiaSJ001997) (same, for Model 72007). |
| 29. | The Model 72007 lightbulb includes a bulb that encloses the board and the plurality of LED chips mounted on the first surface side of the board of the LED filament of the lightbulb. | *See* SF 28. |
| 30. | The bulb of the Model 72007 lightbulb allows light to pass through. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.4 (NichiaSJ001165-NichiaSJ001166), CC-18 at claim element 1.4 (NichiaSJ001520-NichiaSJ001521); |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | *see also id.*, Ex. M (NichiaSJ001015). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692) and IAL-TAR-18 (NichiaSJ001715). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 1 (NichiaSJ001990) (admitting that "The Accused Products are each light emitting devices."), 17 (NichiaSJ001997-NichiaSJ001998) (admitting that "The bulb in each of the LED lightbulbs in Feit model number 72007 allows light to pass through."). |
| 31. | The LED filament of the Model 72007 lightbulb includes a pair of metal plates, one of the pair of metal plates protruding at one end of the phosphor-containing encapsulant and the other of the pair of metal plates protruding at the other end of the phosphor-containing encapsulant of the LED filament. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.7 (NichiaSJ001171-NichiaSJ001173), CC-18 at claim element 1.7 (NichiaSJ001526-NichiaSJ001527). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693-NichiaSJ001694, NichiaSJ001699) and IAL-TAR-18 (NichiaSJ001716-NichiaSJ001717, NichiaSJ001722). |
| | | **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641) (referring to "metal tabs attached to the ends of the substrate [that] are in turn attached to the support leads" in listed products).<br><br>**Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 55, ¶ 118 (NichiaSJ002441) ███████<br><br>*id.* at p. 61, ¶128, Figures 38 and 39 (NichiaSJ002447) ███████<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 186:1-4 (NichiaSJ002072) ███████ |
| 32. | The Model 72007 lightbulb includes electrical leads, one lead that attaches to one of the pair of metal plates and another lead that attaches to the other of the pair of metal plates of the LED filament of the lightbulb. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.5 (NichiaSJ001167-NichiaSJ001168), CC-18 at claim element 1.5 (NichiaSJ001522-NichiaSJ001523).<br><br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001716).<br><br>**Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
| | | at pp. 53-54, ¶ 120 (NichiaSJ002439-NichiaSJ002440) |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 184:3-4 (NichiaSJ002071) |
| | | *id.* at 186:24-187:17 (NichiaSJ002072) |
| | | **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641, NichiaSJ000642) (referring to "metal tabs attached to the ends of the substrate" and the "metal tabs are attached to two of the support leads" for listed products). |
| 33. | The electrical leads of the Model 72007 lightbulb at least indirectly support the plurality of LED chips mounted on the first surface side of the board of the LED filament inside the bulb. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.5 (NichiaSJ001167-NichiaSJ001168), CC-18 at claim element 1.5 |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | (NichiaSJ001522-NichiaSJ001523).<br><br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001716).<br><br>**Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641, NichiaSJ000642) (referring to "metal tabs attached to the ends of the substrate" and the "metal tabs are attached to two of the support leads" for listed products).<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 253:19-24 (NichiaSJ002089) █████ |
| 34. | The electrical leads of the Model 72007 lightbulb support the LED filament in that lightbulb. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.5 (NichiaSJ001167-NichiaSJ001168), CC-18 at |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | claim element 1.5 (NichiaSJ001522-NichiaSJ001523). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001716). |
| | | **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641, NichiaSJ000642) (referring to "metal tabs attached to the ends of the substrate" and the "metal tabs are attached to two of the support leads" for listed products). |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 184:3-7 (NichiaSJ002071) ███████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ *id.* at 253:19-24 (NichiaSJ002089). |
| 35. | Cutting the electrical leads of the Model 72007 lightbulb would cause the LED filament of the lightbulb to become | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.5 |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | detached from the remaining structure of the lightbulb. | (NichiaSJ001167-NichiaSJ001168), CC-18 at claim element 1.5 (NichiaSJ001522-NichiaSJ001523); *see also id.*, ¶ 211 (NichiaSJ00930) ("Without the support leads, the one or more LED filaments would be left to float about in the bulb without any connection."). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001716). **Parker Decl. Ex. 22** (Lebby Depo. Tr.), 263:19-25 (NichiaSJ002091), 269:5-19 (NichiaSJ002093), 271:13-15 (NichiaSJ002093) ████████ ████████████ |
| 36. | The Model 72007 lightbulb includes an "E26" screw base. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.6 (NichiaSJ001169-NichiaSJ001170), CC-18 at claim element 1.6 (NichiaSJ001524-NichiaSJ001525); *see also id.*, ¶ 215 (NichiaSJ000931), Ex. E (NichiaSJ000990) (providing "Base" type), Ex. M (NichiaSJ001015) (Feit's webpage for Model 72002, noting "Base: E26 (Medium)"). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692) and IAL-TAR-18 (NichiaSJ001715). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 26:25-27:2 (NichiaSJ002032) ███████████ |
| | | *id.* at 44:15-18 (NichiaSJ002036). |
| 37. | The screw base of the Model 72007 lightbulb can be threadedly engaged along a socket axis with a socket designed for an E26 screw base. | *See* SF 36. |
| 38. | Conventional lightbulb sockets include a socket designed for an E26 screw base. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), ¶ 215 (NichiaSJ000931). |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 294:17-18 (NichiaSJ002163) ████████████ |
| | | **Parker Decl. Ex. 17** (Gerardo Cisneros Depo. Tr.) at 127:25-128:15 (NichiaSJ001766) ████████████ |
| 39. | The board of the LED filament of the Model 72007 lightbulb is covered with a phosphor-containing encapsulant, at least on the second surface side of the board, to convert blue light to white light. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.8 (NichiaSJ001174-NichiaSJ001175), CC-18 at claim element 1.8 (NichiaSJ001528-NichiaSJ001529). |
| | | **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693, NichiaSJ001702) and IAL-TAR-18 (NichiaSJ001716, NichiaSJ001725). |
| | | **Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007), 24 (NichiaSJ002000-NichiaSJ002001) ("Defendant admits that a mixture of resin and phosphor is provided on a surface side [in each of the LED lightbulbs in Feit model number 72007].").<br><br>**Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) ¶ 4 (NichiaSJ002018) (referring to "phosphor in a carrier material such as silicon" that "cover[s]" "the LED die and strip of material [the LED die are mounted on]"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3.<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 145:17-20 (NichiaSJ002062), 355:5-15 (NichiaSJ002178), 367:23-368:4 (NichiaSJ002181), 369:23-371:8 (NichiaSJ002181-NichiaSJ002182), 378:10-17 (NichiaSJ002184). |
| 40. | The phosphor-containing encapsulant on the first surface side of the board of the LED filament of the Model 72007 lightbulb is elongated in the lengthwise direction when viewed in plan view of the first surface side of the board. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.8 (NichiaSJ001174-NichiaSJ001175), CC-18 at |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | claim element 1.8 (NichiaSJ001528-NichiaSJ001529).<br><br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001693, NichiaSJ001702) and IAL-TAR-18 (NichiaSJ001716, NichiaSJ001725).<br><br>**Parker Decl. Ex. 20** (Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission) at Request For Admission Nos. 2 (NichiaSJ001991) ("Defendant admits only that the Accused Products each include an LED filament as described in Dkt. No. 112-45"), 3 (NichiaSJ001991) (same, for Model 72007), 24 (NichiaSJ002000-NichiaSJ002001) ("Defendant admits that a mixture of resin and phosphor is provided on a surface side [in each of the LED lightbulbs in Feit model number 72007].").<br><br>**Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)) ¶ 4 (NichiaSJ002018) (referring to "phosphor in a carrier material such as silicon" that "cover[s]" "the LED die and strip of material [the LED die are mounted on]"), cited by Feit Electric Company, Inc.'s Responses and Objections to Nichia Corporation's First Set of Requests for Admission, Request for Admission Nos. 2 and 3. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 41. | The phosphor-containing encapsulant on the second surface side of the board of the LED filament of the Model 72007 lightbulb is elongated in the lengthwise direction when viewed in plan view of the first surface side of the board. | *See* SF 40. |
| 42. | The phosphor-containing encapsulant on the first surface side of the board is connected to the phosphor-containing encapsulant covering the second surface side of the board of the LED filament of the Model 72007 lightbulb. | *See* SF 40.<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 143:4-8 (NichiaSJ002061) |
| 43. | The phosphor-containing encapsulant on the first surface side of the board is part of the same component as the phosphor-containing encapsulant covering the second surface side of the board of the LED filament of the Model 72007 lightbulb. | *See* SF 40.<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 143:4-8 (NichiaSJ002061) |
| 44. | There are at least two LED chips arranged longitudinally on one side of the board's center, and at least two LED chips arranged longitudinally on the other side of the board's center, in the LED filament of the Model 72007 lightbulb | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim elements 1.9 and 1.10 (NichiaSJ001176-NichiaSJ001179), CC-18 at claim elements 1.9 and 1.10 (NichiaSJ001530-NichiaSJ001533).<br><br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001695, NichiaSJ001698) and IAL-TAR-18 (NichiaSJ001718, NichiaSJ001721).<br><br>**Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | at p. 83, ¶ 142 (NichiaSJ002469) ■■■■ |
| | | Parker Decl. Ex. 22 (Lebby Depo. Tr.) at 204:12-17 (NichiaSJ002076) ■■■■ |
| 45. | A first set of LED chips are mounted on the first region and arranged from the center of the board to one end of the board in the LED filament of the Model 72007 lightbulb. | *See* SF 44. |
| 46. | A second set of LED chips are mounted on the second region and arranged from the center of the board to the other end of the board in the LED filament of the Model 72007 lightbulb. | *See* SF 44. |
| 47. | The pair of metal plates are electrically connected with the screw base via the electrical leads of the Model 72007 lightbulb. | Parker Decl. Ex. 15 (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim element 1.11 (NichiaSJ001180-NichiaSJ001181), CC-18 at claim element 1.11 (NichiaSJ001534-NichiaSJ001535). Parker Decl. Ex. 16 (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692-NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001715-NichiaSJ001716). Parker Decl. Ex. 22 (Lebby Depo. Tr.) at 184:3-4 (NichiaSJ002071) ■■■ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ███████████████████<br>*id.* at 186:24-187:17 (NichiaSJ002072)<br>███████████████████<br>**Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641, NichiaSJ000642) (referring to "metal tabs attached to the ends of the substrate" and the "metal tabs are attached to two of the support leads" for listed products). |
| **Model 72007 – Infringement of Claim 19** | | |
| 48. | In the Model 72007 lightbulb, all the LED chips mounted on the board are aligned along a line on the first surface side of the board. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim 19 (NichiaSJ001198-NichiaSJ001199), CC-18 at claim 19 (NichiaSJ001552-NichiaSJ001554).<br>**Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001694-NichiaSJ001696) (showing the LED chips mounted on the first surface side of the board in a straight line), |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | (NichiaSJ001699), and IAL-TAR-18 (NichiaSJ001717-NichiaSJ001719) (showing the LED chips mounted on the first surface side of the board in a straight line), NichiaSJ001722). **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 83, ¶ 142 (NichiaSJ002469) ███████ . **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 337:11-12 (NichiaSJ002173) ███████ |
| 49. | In the Model 72007 lightbulb, all LED chips mounted on the first surface side of the board are linearly arranged. | *See* SF 48. |
| 50. | In the Model 72007 lightbulb, the LED chips mounted on the first surface side of the board are in a straight line | *See* SF 48. |
| **Model 72007– Infringement of Claim 23** | | |
| 51. | The electrical leads of the Model 72007 lightbulb extend from the screw base and attach to the pair of metal plates, with one of the leads attaching to one of the pair of metal plates and another of the leads attaching to the other one of the pair of metal plates. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), Exs. CC-01 at claim 23 (NichiaSJ001204), CC-18 at claim 23 (NichiaSJ001559). **Parker Decl. Ex. 16** (Opening Expert Report of Michael Livingston), Exs. IAL-TAR-001 (NichiaSJ001692-NichiaSJ001693) and IAL-TAR-18 (NichiaSJ001715-NichiaSJ001716). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 186:24-187:17 (NichiaSJ002072) ███████ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ████████████████<br><br>**Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Responses to Nichia Interrogatory Nos. 9-11 Pursuant to Court Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 9 (NichiaSJ000626, NichiaSJ000627, NichiaSJ000629, NichiaSJ000630, NichiaSJ000632, NichiaSJ000634, NichiaSJ000635, NichiaSJ000637, NichiaSJ000639, NichiaSJ000640, NichiaSJ000641, NichiaSJ000642) (referring to "metal tabs attached to the ends of the substrate" and the "metal tabs are attached to two of the support leads" for listed products). |
| 52. | The electrical leads of the Model 72007 lightbulb extend from the base in the direction of the pair of metal plates. | *See* SF 51. |
| 53. | All lightbulbs of Model 72007 are representative of each other with respect to claims 1, 19, and 23 of the '734 Patent. | *See* SFs 14-52. |
| 54. | All lightbulbs of Model 72007 comprise each of the elements of claims 1, 19, and 23 of the '734 Patent. | *See* SFs 14-52. |
| **Non-Infringing Alternatives** | | |
| 55. | Feit has identified the following designs as alleged alternatives to the lighting product design covered by the '734 Patent :<br><br>(1) a board that is not elongated in the longitudinal direction when viewed in plan view (such as in the *Mano* reference, or US20040239242A1); | **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Response to Nichia Interrogatory Nos. 9-11 Pursuant to Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | (2) a plurality of light emitting element chips arranged transversely on a board; | 11 (NichiaSJ000650-NichiaSJ000651). |
| | (3) including one or more light emitting element chips in the center of the board; | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666). |
| | (4) other alternative arrangements of the LED chips on the board; | |
| | (5) a board extending into a support base so that a bulb does not enclose the board; | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at Section XII, pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| | (6) leads (as in the current case) that are not supporting but rather just electrical leads, including but not limited to, a two-layer structure consisting of, for example, copper (Cu) or nickel (Ni) plating and an upper layer made by gold (Au) plating; | |
| | (7) conductors or terminals substituted for metal plates; | |
| | (8) leads crimped or repositioned so as to not cross metal plates; | |
| | (9) addition of a reflective layer to the board; | |
| | (10) non-traditionally shaped bulbs; | |
| | (11) multiple resin structures or a break in the resin structure, or multiple resin structures that do not surround the board; | |
| | (12) a yellow board and a resin used only on one side of the board; | |
| | (13) a wavelength conversion member that is not a wavelength conversion member formed unitarily with a transparent member; | |
| | (14) providing a separate wavelength conversion member and transparent layer; | |
| | (15) a wavelength conversion member that is non-unitarily formed with a transparent member; | |
| | (16) multiple short pieces of metal or other support structures substituted for the board; | |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | (17)    packaged LEDs (referring to "traditional, surface mount (SMD) or chip-on-board (COB) packaged LEDs in place of the LED chips mounted and sealed in an LED filament"); (18)    using a filament without a support structure; (19)    any other configuration shown in the prior art; and (20)    Subsets of Accused Products found not to infringe. | |
| 56. | In this lawsuit, Nichia has accused Feit products having (i) one or more LED chips in the center of the board of infringing the '734 Patent (alternative 3 from SF 55); (ii) "non-traditionally shaped bulbs" (alternative 10 from SF 55); and (iii) having multiple resin structures, a break or gap in the resin structure, and/or a resin structure that does not surround the whole board (alternative 11 from SF 55) of infringing the '734 Patent ("Accused Alternatives"). | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), ¶¶ 186-188 (NichiaSJ00923-NichiaSJ00924) (addressing Feit's non-infringement position for products having a chip in the center of the board); *id.*, Ex. CC-04 at 34-37 (NichiaSJ001393-NichiaSJ001396) (example of product having a chip in the center of the board); *id.*, Ex. CC-07 at 35-38 (NichiaSJ001462-NichiaSJ001465) (same); *id.* at Section X(A)(3)(h) (NichiaSJ000906-NichiaSJ000908) (addressing "lack of resin surrounding the board on all sides"); ¶¶ 196-201 (NichiaSJ000925-NichiaSJ000928) (addressing Feit's arguments regarding multiple resin structures, a break or gap in the resin structure, and/or a resin structure that does not surround the whole board); Ex. CC-02 at 32-37 (NichiaSJ001243-NichiaSJ001248) (example of product having multiple resin structures, a break or gap in the resin structure, and/or a resin structure that does not surround the whole board); Ex. CC-03 at 32-37 |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | (NichiaSJ001317-NichiaSJ001322) (same); *id.* at Section X(A)(3)(a) (NichiaSJ000900-NichiaSJ000901) (addressing bulb shape); ¶ 132 ((NichiaSJ000900) "Three of the [accused] products are described as having different shapes, such as LUNA/7/SMK/FIL ('Moon / Luna'), TD/7/SMK/FIL ('Teardrop'), and VB/S/CL/820/FIL ('Bottle')"). |
| 57. | The designs set forth in alternatives 1-2, 4-9, and 12-20 (from SF 55) are not implemented in any of the Accused Products ("Non-Accused Alternatives"). | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 78:6-79:23 (NichiaSJ002045). |
| 58. | In this lawsuit, for purposes of calculating a reasonable royalty for infringement of the '734 Patent, the hypothetical negotiation between Nichia and Feit would have taken place in September 2017. | **Parker Decl. Ex. 14** (Opening Expert Report of Lauren Kindler), ¶¶ 9, 15 (NichiaSJ000677-Nichia000678, NichiaSJ000682).<br><br>**Parker Decl. Ex. 9** (Rebuttal Expert Report of Dawn Hall), ¶ 67 (NichiaSJ000383).<br><br>*See* SF 6. |
| 59. | None of the Non-Accused Alternatives was on the market in September 2017. | **Parker Decl. Ex. 22** (Lebby Depo Tr.) at 78:6-79:23 (NichiaSJ002045). |
| 60. | There is no evidence that Feit or its contract manufacturers had the necessary materials to make any of the Non-Accused Alternatives in or around September 2017. | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | *See* SFs 69-70. |
| 61. | There is no evidence that Feit or its contract manufacturers had the necessary equipment to make any of Non-Accused Alternatives in or around September 2017. | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds).<br><br>*See* SFs 69-70. |
| 62. | There is no evidence that Feit or its contract manufacturers had the necessary know-how to make any of Non-Accused Alternatives in or around September 2017. | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds).<br><br>*See* SFs 69-70. |
| 63. | There is no evidence that Feit or its contract manufacturers had the necessary experience to make any of Non-Accused Alternatives in or around September 2017. | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds).<br><br>*See* SFs 69-70. |
| 64. | Feit has no information regarding the date(s) any of the Non-Accused Alternatives would have been available to Feit. | **Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds). |
| 65. | Feit Electric has no contractual right to request or demand technical information for its filament-style LED lightbulbs from its suppliers. | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 23 (NichiaSJ002022). |
| 66. | Suppliers are reluctant to provide Feit with technical information on filament-style LED lightbulbs, and if Feit were to make requests for such information from its suppliers it could irreparably harm their business relationship. | **Parker Decl. Ex. 21** (Dkt. 112-45 (Declaration of Aaron Feit In Support Of Feit Electric Company, Inc.'s Positions in Joint Stipulation Re Nichia's Motion To Compel Feit To Provide Responses To Interrogatories)), ¶ 23 (NichiaSJ002022-NichiaSJ002023). |
| 67. | ████████████████████████ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 37:20-42:13, 73:3-22 (NichiaSJ002274-NichiaSJ002275, NichiaSJ002283) ████ |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ████████████████ |
| 68. | Feit has never given its suppliers specific assembly instructions for any filament-style LED lighting products. | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 65:9-14 (NichiaSJ002281), 157:25-170:6 (NichiaSJ002304-NichiaSJ002307). |
| 69. | There is no evidence that Feit's suppliers have done any R&D on how to implement any of the proposed Non-Accused Alternatives. | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 65:9-14 (NichiaSJ002281), 157:25-170:6 (NichiaSJ002304-NichiaSJ002307). |
| 70. | Neither Feit nor its suppliers have sought or received information from Feit's suppliers regarding the manufacture of Non-Accused Alternatives. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby), Appendix 1 (Lebby Rebuttal Report, materials considered list) (NichiaSJ002495-NichiaSJ002496).<br><br>**Parker Decl. Ex. 13** (Defendant Feit Electric Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 (NichiaSJ000664-NichiaSJ000666) (Feit did not respond to the part of Nichia's Interrogatory No. 16 that asked Feit to identify the dates the alleged design-arounds would have been available, nor did it identify any documents to corroborate its alleged design-arounds).<br><br>**Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 37:20-42:13, 73:3-22 (NichiaSJ002274-NichiaSJ002275, NichiaSJ002283) ███████ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
|  |  | ■■■■■■■■ |
| 71. | Dr. Lebby does not know who Feit's suppliers are for the Accused Products. | **Parker Decl. Ex. 22** (Lebby Depo Tr.) at 75:9-76:13 (NichiaSJ002044) ■■■ |
| 72. | ■■■■■■■■ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 185:9-15 (NichiaSJ002311) ■■■ |
| 73. | ■■■■■■■■ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 185:9-15 (NichiaSJ002311) ■■■ |
| 74. | ■■■■■■■■ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 185:2-15 (NichiaSJ002311), 188:10-25 (NichiaSJ002311). |
| 75. | ■■■■■■■■ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 42:25-43:19 (NichiaSJ002275) ■■■ |
| 76. | ■■■■■■■■ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 96:23-97:1 (NichiaSJ002288- |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | NichiaSJ002289) ███████ |
| 77. | ███████ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 188:10-25 (NichiaSJ002311) ███████ |
| 78. | ███████ | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 42:25-43:19 (NichiaSJ002275), 185:9-15 (NichiaSJ002311), 188:10-25 (NichiaSJ002311). *See* SFs 72-75. |
| 79. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 1 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 80. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 2 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 81. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 4 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 82. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 5 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 83. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 6 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 84. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 7 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 85. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 8 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 86. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 9 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 87. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 12 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 88. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 13 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 89. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 14 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 90. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 15 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 91. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 16 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 92. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 17 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 93. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 18 (from SF 55) would compare to the | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

43

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | accused products in terms of appearance, light output, and cost. | (NichiaSJ002480-NichiaSJ002494). |
| 94. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 19 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 95. | Neither Feit nor its experts has conducted an analysis of how alternative design No. 20 (from SF 55) would compare to the accused products in terms of appearance, light output, and cost. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-108 (NichiaSJ002480-NichiaSJ002494). |
| 96. | Dr. Lebby testified that more boards could be used in some designs in order to achieve "the desired lighting effects," but he did not do any analysis regarding whether the cost and aesthetic changes of adding such boards would render these design changes acceptable to consumers. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 96, ¶ 170 (NichiaSJ002482) and pp. 101-102, ¶ 177 (NichiaSJ002487-NichiaSJ002488). |
| 97. | One of the main benefits of a filament-style LED lightbulb is the aesthetic of how the filament looks through clear glass. | **Parker Decl. Ex. 23** (Aaron Feit Depo. Tr.) at 89:19-90:5 (NichiaSJ002287) ████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ |
| 98. | Neither Feit nor its experts made, saw, or tested any of any of the Non-Accused Alternatives. | **Parker Decl. Ex. 22** (Lebby Depo Tr.) at 80:4-82:4 (NichiaSJ002046). |
| 99. | Neither Feit nor is experts discussed any of the Non-Accused Alternatives with any of Feit's suppliers. | **Parker Decl. Ex. 22** (Lebby Depo Tr.) at 78:11-19 (NichiaSJ002045). **Parker Decl. Ex. 23** (Aaron Feit Depo Tr.) at 160:7-179:9 (NichiaSJ002309). **Parker Decl. Ex. 26** (Defendant Feit Electric Company, Inc.'s Supplemental Response to Nichia Interrogatory No. 12) at Supplemental Response to |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Interrogatory No. 12 (NichiaSJ002600). |
| 100. | There is no evidence of any consumer surveys or market analyses regarding how consumers view any of the Non-Accused Alternatives. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 76:14-77:19 (NichiaSJ002044-NichiaSJ002045). |
| 101. | There is no evidence of any sales of any Non-Accused Alternatives. | *See* SFs 57, 59, and 100. |
| **Validity** | | |
| 102. | Dr. Lebby agrees with the Court's construction of "a wavelength conversion member formed unitarily with a transparent member" in claim 1 of the '734 Patent. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 348:11-349:15 (NichiaSJ002176) ▮▮▮▮▮<br><br>*id.* at 353:1-8 (NichiaSJ002177) ▮▮▮▮▮ |
| 103. | A POSITA would be able to apply the Court's construction of "a wavelength conversion member formed unitarily with a transparent member" in claim 1 of the '734 Patent. | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 402-421 (NichiaSJ003565-NichiaSJ003573).<br><br>**Parker Decl. Ex. 35** (Nichia's Fourth Supplemental Response to Feit's Third Set of Interrogatories (Nos. 12-20)) at pp. 32-40 (NichiaSJ003636-NichiaSJ00003644).<br><br>**Parker Decl. Ex. 1** ('734 Patent) at 2:28-33 (NichiaSJ000017), 7:48-59 (NichiaSJ000020). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 28** (Dkt. 90 – Court's *Markman* Order) at p. 10[4] (NichiaSJ002948) *See* SFs 102 and 104. |
| 104. | Dr. Lebby was able to understand and apply the claim term "a wavelength conversion member formed unitarily with a transparent member" in claim 1 of the '734 Patent. | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 89 (NichiaSJ002643-NichiaSJ002644) (citing fluorescent material added to a transparent resin); *id.*, ¶¶ 154-155 (NichiaSJ002674-NichiaSJ002675) ("The use of white LEDs in Maxik implies that such LEDs are phosphor converting LEDs ('PC LED') and include a resin or other material with phosphors distributed therein to convert blue light radiating from a blue LED to white light."). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 212:25-216:8 (NichiaSJ002078-NichiaSJ002079) ▮▮▮▮▮▮ *id.* at 221:18-25 (NichiaSJ002081) ▮▮▮▮▮▮ |

---

[4] Citations to the Court's Markman Order are to the original page numbers, not the ECF page numbers.

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | *id.* at 229:19-24 (NichiaSJ002083); *id.* at 344:7-347:9 (NichiaSJ002175-NichiaSJ002176) |
| | | *id.* at 360:8-19 (NichiaSJ002179), 367:12-368:9 (NichiaSJ002181); *id.* at 370:21-371:8 (NichiaSJ002182) |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | *id.* at 380:9-381:9 (NichiaSJ002184); *id.* at 460:3-462:6 (NichiaSJ002204-NichiaSJ002204) |
| 105. | A POSITA would be able to ascertain the scope of the term "a wavelength conversion member formed unitarily with a transparent member" in claim 1 of the '734 Patent. | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 402-421 (NichiaSJ003565-NichiaSJ003573). *See* SFs 102 and 104. **Parker Decl. Ex. 35** (Nichia's Fourth Supplemental Response to Feit's Third Set of Interrogatories (Nos. 12-20)) at pp. 32-40 (NichiaSJ003636-NichiaSJ00003644). **Parker Decl. Ex. 1** ('734 Patent) at 2:28-33 (NichiaSJ000017), 7:48-59 (NichiaSJ000020). |
| 106. | Dr. Lebby agrees that FIG. 6 of the '734 Patent and corresponding portions of the specification describe "a wavelength conversion member formed unitarily with a transparent member" as that term is used in claim 1 of the '734 Patent. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 30-31, ¶ 86 (NichiaSJ002416-NichiaSJ002417) |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | [REDACTED] **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 169:17-170:5 (NichiaSJ002068), 171:8-172:4 (NichiaSJ002068), 173:23-25 (NichiaSJ002069); *id.* at 176:14-19 (NichiaSJ002069) [REDACTED] **Parker Decl. Ex. 1** ('734 Patent) at 2:28-33 (NichiaSJ000017), 7:48-59 (NichiaSJ000020). |
| 107. | A POSITA would understand that FIG. 6 of the '734 Patent and corresponding portions of the specification describe "a wavelength conversion member formed unitarily with a transparent member" as that term is used in claim 1 of the '734 Patent. | **Parker Decl. Ex. 1** ('734 Patent) at 2:28-33 (NichiaSJ000017), 7:48-59 (NichiaSJ000020). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 406-413 (NichiaSJ003566-NichiaSJ003570). **Parker Decl. Ex. 28** (Dkt. 90 – Court's *Markman* Order) at p. 10 (NichiaSJ002948) ("Applying plain and ordinary meaning, the Court construes this limitation as 'a single component that both converts wavelength and allows light to pass through.' This construction is consistent with the specification. For example, it explains that 'a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength conversion member.' '734 Patent, 7:48-59. This description explains how these |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | two components can be formed unitarily as claimed, *i.e.*, a single component serves two purposes, allowing light to pass through and converting wavelength."). |
| | | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 30-31, ¶ 86 (NichiaSJ002416-NichiaSJ002417). |
| | | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 48 (NichiaSJ002622-NichiaSJ002624), 53-57 (NichiaSJ002626-NichiaSJ002628). |
| | | *See* SFs 106 and 108. |
| 108. | A POSITA would understand how to make "a wavelength conversion member formed unitarily with a transparent member" based on FIG. 6 of the '734 Patent and corresponding portions of the specification such as 7:48-52 and 11:38-13:54. | **Parker Decl. Ex. 28** (Dkt. 90 – Court's *Markman* Order) at p. 10 (NichiaSJ002948) ("Applying plain and ordinary meaning, the Court construes this limitation as 'a single component that both converts wavelength and allows light to pass through.' This construction is consistent with the specification. For example, it explains that 'a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength conversion member.' '734 Patent, 7:48-59. This description explains how these two components can be formed unitarily as claimed, *i.e.*, a single component serves two purposes, allowing light to pass through and converting wavelength."). |
| | | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 30-31, ¶ 86 (NichiaSJ002416-NichiaSJ002417). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 48 (NichiaSJ002622-NichiaSJ002624), 53-57 (NichiaSJ002626-NichiaSJ002628). |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 169:17-170:5 (NichiaSJ002068), 171:8-172:4 (NichiaSJ002068); |
| | | *id.* at 180:2-181:22 (NichiaSJ002070-NichiaSJ002071) |
| | | **Parker Decl. Ex. 1** ('734 Patent) at FIG. 6 (NichiaSJ000008), 2:28-30(NichiaSJ000017), 7:49-53 (NichiaSJ000020) ("For example, as shown in a light emitting device 400 of FIG. 6, a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | conversion member."), 11:38-54 (NichiaSJ000022), 12:59-66 (NichiaSJ000022) ("curing"), 13:11-17 (NichiaSJ000023), 13:34-44 (NichiaSJ000023). |
| | | **Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 84:18-85:1 (NichiaSJ002979). |
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 378-389 (NichiaSJ003552-NichiaSJ003557). |
| | | *See also* SFs 109-118 |
| 109. | Wavelength conversion is (and was as of the time of invention) well understood in the technical field relevant for the '734 Patent. | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 48 (NichiaSJ002622-NichiaSJ002624) ("Further, a wavelength conversion member that seals a plurality of light emitting element chips was well known in the art"); |
| | | *id.*, ¶ 54 (NichiaSJ002626-NichiaSJ002627) ("common"); |
| | | *id.*, ¶ 55 (NichiaSJ002627) ("[I]t was well known in the LED industry by the early 2000s that the phosphor component could be distributed in different manners in the wavelength conversion members of white LED lamps…."); |
| | | *id.*, ¶¶ 56-57 (NichiaSJ002628) ("It was well known … that phosphors could be used to convert blue light to yellow light, resulting in what appears to be white light…."); |
| | | *see also id.*, ¶¶ 304-305 (NichiaSJ002748) ("routine engineering"). |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 350:24-351:19 (NichiaSJ002177); |
| | | *id.* at 360:8-19 (NichiaSJ002179) ███████ |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

52

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ███████████████████ |
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). |
| | | **Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 84:18-85:1 (NichiaSJ002979). |
| | | **Parker Decl. Ex. 30** (Matsushita June Depo. Tr.) at 124:23-125:18 (NichiaSJ003092). |
| | | **Parker Decl. Ex. 28** (Dkt. 90 - Court's *Markman* Orde) at p. 11 (NichiaSJ002949) ("Indeed, in its Technology Tutorial PowerPoint, Defendant appears to conceded that the prior art taught the basic concept of how 'a phosphor is used to convert the blue light to white light.'"). |
| | | **Parker Decl. Ex. 31** (Feit Electric's *Markman* Technology Tutorial) at Slides 16-18 (NichiaSJ003186-NichiaSJ003188). |
| | | **Parker Decl. Ex. 32** (Wetzel Depo. Tr.) at 175:22-176:5 (NichiaSJ003261). |
| | | **Parker Decl. Ex. 33** (Decl. of Dr. Eric Bretschneider (Dkt. 51-3)), ¶ 36 (NichiaSJ003335) ("This is industry standard as LED chips emit blue, not white, light. Accordingly, a wavelength conversion feature is necessary to convert the blue light to white or other desired light colors (wavelengths). This is typically done by including a phosphor in the medium as the phosphor acts to alter the wavelength of the blue light emitted from the LED chips."). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 110. | The use of a phosphor material to convert blue light to white light is (and was as of the time of invention) well understood in the technical field relevant to the '734 Patent. | **Parker Decl. Ex. 28** (Dkt. 90 - Court's *Markman* Order) at p. 11 (NichiaSJ002949) ("Indeed, in its Technology Tutorial PowerPoint, Defendant appears to conceded that the prior art taught the basic concept of how 'a phosphor is used to convert the blue light to white light.'"). <br><br> **Parker Decl. Ex. 31** (Feit Electric's *Markman* Technology Tutorial) at Slides 16-18 (NichiaSJ003186-NichiaSJ003188). <br><br> **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). <br><br> **Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 84:18-85:1 (NichiaSJ002979). <br><br> **Parker Decl. Ex. 30** (Matsushita June Depo. Tr.) at 124:23-125:18 (NichiaSJ003092). <br><br> **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 48 (NichiaSJ002622-NichiaSJ002624); <br><br> *id.*, ¶ 55 (NichiaSJ002627) ("[I]t was well known in the LED industry by the early 2000s that the phosphor component could be distributed in different manners in the wavelength conversion members of white LED lamps…."); <br><br> *id.*, ¶¶ 56-57 (NichiaSJ002628) ("It was well known … that phosphors could be used to convert blue light to yellow light, resulting in what appears to be white light…."); <br><br> *see also id.*, ¶¶ 304-305 (NichiaSJ002748) ("routine engineering"). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 33** (Decl. of Dr. Eric Bretschneider (Dkt. 51-3)), ¶ 36 (NichiaSJ003335) ("This is industry standard as LED chips emit blue, not white, light. Accordingly, a wavelength conversion feature is necessary to convert the blue light to white or other desired light colors (wavelengths). This is typically done by including a phosphor in the medium as the phosphor acts to alter the wavelength of the blue light emitted from the LED chips."). |
| 111. | Mixing a phosphor into a transparent carrier medium, such as resin or glass, is (and was as of the time of invention) well understood in the technical field relevant for the '734 Patent. | **Parker Decl. Ex. 35** (Nichia's Fourth Supplemental Response to Feit's Third Set of Interrogatories (Nos. 12-20)) at pp. 49-55 (NichiaSJ003653-NichiaSJ00003659). <br><br> **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). <br><br> **Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 84:18-85:1 (NichiaSJ002979). <br><br> **Parker Decl. Ex. 30** (Matsushita June Depo. Tr.) at 124:23-125:18 (NichiaSJ003092). <br><br> **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 48 (NichiaSJ002622-NichiaSJ002624); <br><br> *id.*, ¶¶ 54-55 (NichiaSJ002626-NichiaSJ002627) (giving examples of "well known" manners of mixing phosphors into a transparent carrier mediums, such as "resins, organic plastics, silicones, etc."); <br><br> *see also id.*, ¶¶ 304-305 (NichiaSJ002748) ("routine engineering"). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 460:3-462:6 (NichiaSJ002204-NichiaSJ002205) ███████████ ████████████████ |
| 112. | It is (and was as of the time of invention) well understood in the technical field relevant for the '734 Patent, that mixing phosphor in a transparent carrier medium, such as resin or glass, would cause the phosphor and transparent carrier medium to be formed unitarily with each other, i.e., as a single component. | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). **Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 84:18-85:1 (NichiaSJ002979). **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 54-57 (NichiaSJ002626-NichiaSJ002628); *see also id.*, ¶¶ 304-305 (NichiaSJ002748) ("routine engineering"). |
| 113. | FIG. 6 of the '734 Patent shows transparent member 40C serving as a wavelength conversion member, and therefore is "a wavelength conversion member formed unitarily with a transparent member." | **Parker Decl. Ex. 28** (Dkt. 90 - Court's *Markman* Order) at p. 10 (NichiaSJ002948) ("This construction is consistent with the specification.  For example, it explains that 'a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength conversion member.'"). **Parker Decl. Ex. 1** ('734 Patent) at FIG. 6 (NichiaSJ000008), 2:28-30 (NichiaSJ000017) ("FIG. 6 is a cross-sectional view showing a light emitting apparatus with a wavelength conversion member and a transparent member being formed unitarily."), 7:49-53 (NichiaSJ000020) ("For example, as shown in a light emitting device 400 of FIG. 6, a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|-----|----------------------------------------|---------------------|
|     |                                        | 40C serves as a wavelength conversion member."). |
|     |                                        | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 380 (NichiaSJ003552-NichiaSJ003553). |
|     |                                        | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 160:19-161:2 (NichiaSJ002065-NichiaSJ002066), 169:17-170:5 (NichiaSJ002068); |
|     |                                        | *id.* at 176:14-19 (NichiaSJ002069) |
|     |                                        | *id.* at 180:2-181:22 (NichiaSJ002070-NichiaSJ002071) |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | *See also* SFs 106 and 107. |
| 114. | The '734 Patent provides specific examples of resin that may be used in a wavelength conversion member. | **Parker Decl. Ex. 1** ('734 Patent) at 7:51 (NichiaSJ000020) ("epoxy resin"), 7:57 (NichiaSJ000020) ("silicone resin"), 12:59-66 (NichiaSJ000022) ("… it is preferable that the phosphor-containing resin is liquid with low viscosity"). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). |
| 115. | The '734 Patent provides specific examples of phosphor materials that may be used in a wavelength conversion member. | **Parker Decl. Ex. 1** ('734 Patent) at 11:39-56 (NichiaSJ000022) ("A YAG group phosphor…"), 11:57-64 (NichiaSJ000022) (phosphor color), 11:65-12:7 (NichiaSJ000022) ("For example, a phosphor consisting of $CaSi_2O_2N_2$:Eu or $SrSi_2O_2N_2$:Eu, which emits green to yellow luminescent radiation, $(Sr,Ca)_5(PO_4)_3Cl$:Eu, which emits blue luminescent radiation, and $(Ca,Sr)_2Si_5N_8$:Eu, which emits red luminescent radiation is used…."), 12:8-34 (NichiaSJ000022) (phosphor particle size). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). |
| 116. | The '734 Patent provides specific combinations of resin and phosphor that may be used in a wavelength conversion member. | **Parker Decl. Ex. 1** ('734 Patent) at 7:51 (NichiaSJ0020) ("epoxy resin"), 7:57 (NichiaSJ0020) ("silicone resin"), 12:59-66 (NichiaSJ000022) ("… it is preferable that the phosphor-containing resin is liquid with low viscosity"), 12:36-38 (NichiaSJ000022) ("The wavelength conversion member 50 containing a phosphor is composed of resin with the aforementioned |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | phosphors mixed therein."), 7:49-53 (NichiaSJ000020) ("For example, as shown in a light emitting device 400 of FIG. 6, a phosphor 48 can be mixed into an epoxy resin as the transparent member 40C so that the transparent member 40C serves as a wavelength conversion member."), 7:56-59 (NichiaSJ000020) ("In other words, a phosphor 48 is mixed into a silicone resin that forms the covering member 46B so that the covering member 46B serves as both a covering member and a wavelength conversion member."), FIG. 6 (NichiaSJ000008); *see generally* 11:38-13:54 (NichiaSJ000022-NichiaSJ000023). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 382 (NichiaSJ003554). *See* SFs 114 and 115 |
| 117. | The '734 Patent explains how the resin and phosphor may be mixed in a wavelength conversion member. | *See* SFs 106-108, 113-116 |
| 118. | The '734 Patent provides specific examples of wavelength of light or color before and after conversion by a wavelength conversion member. | **Parker Decl. Ex. 1** ('734 Patent) at 11:2-14 (NichiaSJ000022), 11:28-37 (NichiaSJ000022), 11:57-64 (NichiaSJ000022), 11:65-12:7 (NichiaSJ000022), 14:61-67 (NichiaSJ000023). |
| 119. | Dr. Lebby was able to understand and apply the claim term "a board having end portions and a center portion therebetween in a longitudinal direction…, the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center portion of the | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 202:5-204:17 (NichiaSJ002076) ███████████████ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | board to the other of the end portions" as used in claim 1 of the '734 Patent. | ■■■■■■■■■■■■<br><br>**Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at p. 63 (NichiaSJ002449) (Figure 40 and Figure 41).<br><br>**Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 80 (NichiaSJ002639-NichiaSJ002640) ("[T]he board of [Mano] includes the first and second regions, where the first region extends from the center portion of the board to one of the end portions and the second region extends from the center portion of the board to the other of the end portions");<br><br>*id.*, ¶¶ 146-147 (NichiaSJ002671-NichiaSJ002672) ("Opposite end portions 116 … are arranged with a center 118 therebetween in a longitudinal direction.");<br><br>*id.*, ¶¶ 189-190 (NichiaSJ002692) ("Ishibashi discloses light emitting devices in Figs. 1 and 2, which show a board 5 with end portions…, and a center portion … therebetween in a longitudinal direction."). |
| 120. | A POSITA would be able to understand and apply the claim term "a board having end portions and a center portion therebetween in a longitudinal direction…, the first surface including a first region and a second region, the first region extending from the center portion of the board to one of the end portions, the second region extending from the center | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 422-442 (NichiaSJ003574-NichiaSJ00003582).<br><br>*See* SFs 119, 121-123.<br><br>**Parker Decl. Ex. 28** (Dkt. 90 - Court's *Markman* Order) at pp. 7-9, 14-15 (NichiaSJ002945-NichiaSJ002947, NichiaSJ002952-NichiaSJ002953). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | portion of the board to the other of the end portions" as used in claim 1 of the '734 Patent. | |
| 121. | A board having LED chips mounted on a first surface side is a physical object, and therefore has ends and a center. | **Parker Decl. Ex. 15** (Opening Expert Report of Michael Gershowitz), ¶¶ 186-187 (NichiaSJ000923-NichiaSJ000923). **Parker Decl. Ex. 25** (Bretschneider Depo. Tr.) at 140:5-14 (NichiaSJ002532) ("If Claim 1 started with a light emitting device comprising a board having end portions and the center portion, then I only have one center portion. I know where that has to be. Then the discussion would be how large is the center portion. But if there is only one, if there is the center portion, then it would have to be the middle of the board. It would have to be the geometric center."). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 202:5-204:17 (NichiaSJ002076). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 422-442 (NichiaSJ003574-NichiaSJ00003582). *See* SF 127. |
| 122. | A board having an even number of LED chips has a geometric center between two ends in a lengthwise direction. | *See* SFs 119-121, 123, 127. |
| 123. | A board having an odd number of LED chips has a geometric center between two ends in a lengthwise direction. | *See* SFs 119-122, 127. **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby), p. 63, ¶ 123 (NichiaSJ002449) ████████████ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | ██████████████████ |
| 124. | Dr. Lebby was able to understand and apply the claimed "set" terms (Claim Elements [1.9] and [1.10]) as used in claim 1 of the '734 Patent. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 202:5-204:17 (NichiaSJ002076) ████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby), at p. 63 (NichiaSJ002449) (Figure 40 and Figure 41). |
| 125. | A POSITA would be able to understand and apply the claimed "set" terms (Claim Elements [1.9] and [1.10]) as used in claim 1 of the '734 Patent. | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 443-457 (NichiaSJ003582-NichiaSJ003594).<br>*See* SFs 124, 126-127.<br>**Parker Decl. Ex. 28** (Dkt. 90 - Court's *Markman* Orde) at pp. 14-15 (NichiaSJ002952-NichiaSJ002953)<br>**Parker Decl. Ex. 1** ('734 Patent) at FIG. 15 (NichiaSJ000015).<br>**Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 105:8-107:15 (NichiaSJ002984-NichiaSJ002985), 203:17-216:17 (NichiaSJ003036-NichiaSJ3039). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 126. | The specification of the '734 Patent describes an exemplary transparent board 20 and light emitting element chips 10. | **Parker Decl. Ex. 1** ('734 Patent) at 3:2-4:21 (NichiaSJ000018), 6:58-61 (NichiaSJ000019), 14:9-32 (NichiaSJ000023), FIGs.1-8 (NichiaSJ000005-NichiaSJ000009), 10 (NichiaSJ000010), 12-16 (NichiaSJ000013-NichiaSJ000016).<br><br>**Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 362-375 (NichiaSJ003544-NichiaSJ003551).<br><br>**Parker Decl. Ex. 36** (Nichia's Objections and Second Supplemental Responses to Feit Electric's Second Set of Interrogatories (Nos. 7-11)) at p. 2-3 (NichiaSJ003680-NichiaSJ003681).<br><br>**Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 48 (NichiaSJ002622). |
| 127. | A rectangular board necessarily has ends and a center, and regions between the ends and center in a lengthwise direction. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 410:2-3 (NichiaSJ002192) ▮▮▮▮▮▮▮▮▮<br><br>*id.* at 410:25-411:2 (NichiaSJ002192) ("Well, I would expect all physical objects to have three-dimensional measurements, depth, width, and length.").<br><br>**Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 427-431 (NichiaSJ003575-Nichia003577).<br><br>**Parker Decl. Ex. 25** (Bretschneider Depo. Tr.) at 140:5-14 (NichiaSJ002532).<br><br>**Parker Decl. Ex. 29** (Matsushita Sept. Depo. Tr.) at 70:8-71:13 (NichiaSJ002976) ("If you have something which |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | is long and narrow, then it will have end portions and a center portion."). **Parker Decl. Ex. 35** (Nichia's Fourth Supplemental Response to Feit's Third Set of Interrogatories (Nos. 12-20)) at pp. 44-46 (NichiaSJ003648-NichiaSJ003650). |
| 128. | Mano does not explicitly disclose "support leads that secure the plurality of light emitting element chips inside the transparent bulb" as that term is used on claim 1 of the '734 Patent. | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶ 240 (NichiaSJ002719) ("Mano does not explicitly disclose support leads."). **Parker Decl. Ex. 37** (Mano) at FIG. 13 (NichiaSJ003697). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 132-136 (NichiaSJ003447-NichiaSJ003448), p. 71 n.17 (NichiaSJ003447). |
| 129. | Support leads that secure the LED chips that are mounted on the board are not necessary for the device disclosed in Mano to function. | **Parker Decl. Ex. 37** (Mano), ¶ [0084] (NichiaSJ003712), FIG. 13 (NichiaSJ003697) (showing substrate 10 supporting itself in base 82). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 135 (NichiaSJ003448), 270-271 (NichiaSJ003501). |
| 130. | A board that extends into a support base does not meet the requirements of "a transparent bulb that encloses the board and the plurality of light emitting element chips" as that term is used in claim 1 of the '734 Patent. | **Parker Decl. Ex. 24** (Rebuttal Report of Dr. Michael Lebby) at pp. 94-95, ¶¶ 166-167 (NichiaSJ002480-NichiaSJ002481). **Parker Decl. Ex. 12** (Defendant Feit Electric Company, Inc.'s First Supplemental Response to Nichia Interrogatory Nos. 9-11 Pursuant to Order (Dkt. No. 131)) at First Supplemental Response to Interrogatory No. 11 (NichiaSJ000650). **Parker Decl. Ex. 13** (Defendant Feit Electric |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | Company, Inc.'s Responses to Nichia's Fifth Set of Interrogatories (Nos. 13-18)) at Response to Interrogatory No. 16 ((NichiaSJ000664-NichiaSJ000665). |
| | | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 83:1-86:17 (NichiaSJ002046-NichiaSJ002047). |
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 129 (NichiaSJ003445-NichiaSJ003446) ("When a substrate is outside a bulb, it cannot reasonably be considered enclosed by the bulb."). |
| 131. | Mano discloses a device having a board that extends into a support base. | **Parker Decl. Ex. 37** (Mano), ¶ [0084] (NichiaSJ003712), FIG. 13 (NichiaSJ003697). |
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 129 (NichiaSJ003445-NichiaSJ003446) ("[I]n Mano, the substrate extends into the base, **beyond the bulb**.") (annotating FIG. 13). |
| 132. | There are no bulbs disclosed in Mano that do not have a board extending into the support base. | **Parker Decl. Ex. 37** (Mano) at FIGs. 1-32 (NichiaSJ003693-NichiaSJ003707). |
| | | **Parker Decl. Ex. Ex. 34** (Rebuttal Report of Dr. Gary Allen) at p. 70 n.16 (NichiaSJ003446) ("No other bulbs are shown in Mano."). |
| 133. | In the device shown in Mano, the board is secured by extending it into the base of the lightbulb. | **Parker Decl. Ex. 37** (Mano) at ¶ [0084] (NichiaSJ003712), FIG. 13 (NichiaSJ003697). |
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 134-135 (NichiaSJ003447-NichiaSJ003448) ("support for the substrate, and any chips mounted thereon, is provided by the substrate itself"). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| 134. | In the device disclosed in Maxik, there is nothing on one side of the substrate 106. | **Parker Decl. Ex. 39** (Maxik) at FIG. 1 (NichiaSJ003725), FIG. 5 (NichiaSJ003726), FIG. 6A (NichiaSJ003727), FIG. 6B (NichiaSJ003727), FIG. 7 (NichiaSJ003727), 4:28-5:13 (NichiaSJ003730-NichiaSJ003731).<br><br>**Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 323-324 (NichiaSJ002755).<br><br>**Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 201-209 (NichiaSJ003476-Nichia003479).<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 233:13-14 (NichiaSJ002084) ████████ |
| 135. | In the device disclosed in Ishibashi, there is nothing on the backside of the board 5. | **Parker Decl. Ex. 38** (Ishibashi) at FIG. 1 (NichiaSJ003718), ¶¶ [0018]-[0020] (NichiaSJ003720-NichiaSJ003721).<br><br>**Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 390-391 (NichiaSJ002787-NichiaSJ002788).<br><br>**Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 249-254 (NichiaSJ003493-NichiaSJ003495).<br><br>**Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 236:21-238:3 (NichiaSJ002084-NichiaSJ002085). |
| 136. | In the device disclosed in Maxik, the light emitting elements 108 are provided only on one side of substrate 106. | **Parker Decl. Ex. 39** (Maxik) at FIG. 1 (NichiaSJ003725), FIG. 5 (NichiaSJ003726), FIG. 6A (NichiaSJ003727), FIG. 6B (NichiaSJ003727), FIG. 7 (NichiaSJ003727), 4:28-5:13 (NichiaSJ003730-NichiaSJ003731). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 323-324 (NichiaSJ002755). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 201-209 (NichiaSJ003476-Nichia003479). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 233:3-4 (NichiaSJ002084) [redacted] *id.* at 233:13-14 (NichiaSJ002084) [redacted] |
| 137. | In the device disclosed in Ishibashi, the LED chips 6 are provided only on one side of the board 5. | **Parker Decl. Ex. 38** (Ishibashi) at FIG. 1 (NichiaSJ003718), ¶¶ [0018]-[0020] (NichiaSJ003720-NichiaSJ003721). **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 390-391 (NichiaSJ002787-NichiaSJ002788). **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 249-254 (NichiaSJ003493-NichiaSJ003495). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 237:22-238:3 (NichiaSJ002085). |
| 138. | In the device disclosed in Maxik, the side of the board opposite where the LED chips are mounted does not have a wavelength conversion member or encapsulant material. | **Parker Decl. Ex. 39** (Maxik) at FIG. 1 (NichiaSJ003725), FIG. 5 (NichiaSJ003726), FIG. 6A (NichiaSJ003727), FIG. 6B (NichiaSJ003727), FIG. 7 (NichiaSJ003727), 4:28-5:13 (NichiaSJ003730-NichiaSJ003731). **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 323-324 (NichiaSJ002755). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶¶ 201-209 (NichiaSJ003476-Nichia003479). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 233:13-14 (NichiaSJ002084) ███████ *id.* at 234:14-18 (NichiaSJ002084) ███████ *id.* at 238:24-25 (NichiaSJ002085), 240:1-22 (NichiaSJ002085). |
| 139. | In the device disclosed in Ishibashi, the side of the board opposite where the LED chips are mounted does not have a wavelength conversion member or encapsulant material. | **Parker Decl. Ex. 38** (Ishibashi) at FIG. 1 (NichiaSJ003718), ¶¶ [0018]-[0020] (NichiaSJ003720-NichiaSJ003721). **Parker Decl. Ex. 27** (Opening Expert Report of Dr. Michael Lebby), ¶¶ 390-391 (NichiaSJ002787-NichiaSJ002788). **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 236:21-237:20 (NichiaSJ002084-NichiaSJ002085) ███████ *id.* at 237:22-238:25 (NichiaSJ002085), 240:1-22 (NichiaSJ002085). |
| 140. | The device disclosed in Maxik would operate as a lightbulb without a wavelength conversion member on the back side of the board. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.) at 235:14-25 (NichiaSJ002084) ███████ *id.* at 242:6-243:14 (NichiaSJ002086) ███████ |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 208 (NichiaSJ003479) ("unnecessary in Maxik"). |
| 141. | The device disclosed in Ishibashi would operate as a lightbulb without a wavelength conversion member on the back side of the board. | **Parker Decl. Ex. 22** (Lebby Depo. Tr.)at 235:14-25 (NichiaSJ002084) <br><br> *id.* at 242:6-243:14 (NichiaSJ002086) <br><br> **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 253 (NichiaSJ003495) ("unnecessary in Ishibashi"). |
| 142. | The devices disclosed in Maxik have curvilinear or radially arranged LEDs and/or curved boards. | **Parker Decl. Ex. 39** (Maxik) at FIG. 1 (NichiaSJ003725), FIG. 5 (NichiaSJ003726), FIGs. 6A (NichiaSJ003727), FIG. 6B (NichiaSJ003727), FIG. 7 (NichiaSJ003727), Abstract (NichiaSJ003723), 2:30-37 (NichiaSJ003729), 4:36-39 (NichiaSJ003730), 9:28-35 (NichiaSJ003733). <br><br> **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 208 (NichiaSJ003479). |
| 143. | The devices disclosed in Ishibashi use curvilinear or radially arranged LEDs and/or curved boards. | **Parker Decl. Ex. 38** (Ishibashi) at FIG. 1 (NichiaSJ003718), ¶ [0008] (NichiaSJ003720) ("bendable to form a cage"), ¶ [0009] (NichiaSJ003720) ("branches which extend in radial directions from the center"), ¶ [0010] (NichiaSJ00720) ("a small spherical form"). |

| No. | Nichia's Uncontroverted Material Facts | Supporting Evidence |
|---|---|---|
| | | **Parker Decl. Ex. 34** (Rebuttal Report of Dr. Gary Allen), ¶ 253 (NichiaSJ003495). |
| 144. | In the devices disclosed in Maxik, the board in the disclosed lightbulb is curved such that the LED chips on the board are not in a straight line. | **Parker Decl. Ex. 39** (Maxik) at FIG. 1 (NichiaSJ003725), FIG. 5 (NichiaSJ003726), FIGs. 6A (NichiaSJ003727), FIG. 6B (NichiaSJ003727), FIG. 7 (NichiaSJ003727), Abstract (NichiaSJ003723), 2:30-37 (NichiaSJ003729), 4:36-39 (NichiaSJ003730), 9:28-35 (NichiaSJ003733). |
| 145. | In the devices disclosed in Ishibashi, the board in the disclosed lightbulb is curved such that the LED chips on the board are not in a straight line. | **Parker Decl. Ex. 38** (Ishibashi) at FIG. 1 (NichiaSJ003718), ¶ [0008] (NichiaSJ003720) ("bendable to form a cage"), ¶ [0009] (NichiaSJ003720) ("branches which extend in radial directions from the center"), ¶ [0010] (NichiaSJ00720) ("a small spherical form"). |

## CONCLUSIONS OF LAW

| No. | Nichia's Conclusions of Law | Supporting Evidence |
|---|---|---|
| 1. | Model 72007 literally infringes claim 1 of the '734 Patent. | *See* Pl.'s Partial Mot. Summ. J at Section III(A)(1)-(2). |
| 2. | Model 72007 literally infringes claim 19 of the '734 Patent. | *See* Pl.'s Partial Mot. Summ. J at Section III(A)(3). |
| 3. | Model 72007 literally infringes claim 23 of the '734 Patent. | *See* Pl.'s Partial Mot. Summ. J at Section III(A)(4). |
| 4. | Claim 1 of the '734 Patent is not invalid for indefiniteness under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(3). |
| 5. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is invalid for indefiniteness under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(3). |

| No. | Nichia's Conclusions of Law | Supporting Evidence |
|---|---|---|
| 6. | Claim 1 of the '734 Patent is not invalid for lack of written description under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(5). |
| 7. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is invalid for lack of written description under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(5). |
| 8. | Claim 1 of the '734 Patent is not invalid for lack of enablement under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(4). |
| 9. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is invalid for lack of enablement under 35 U.S.C. § 112. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(4). |
| 10. | Claim 1 of the '734 Patent is not anticipated by U.S. Patent Application Publication No. 2004/0239242 A1 ("Mano") under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(a). |
| 11. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is anticipated by Mano under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(a). |
| 12. | Claim 1 of the '734 Patent is not anticipated by U.S. Patent No. 7,086,756 ("Maxik") under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(b). |
| 13. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is anticipated by Maxik under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(b). |
| 14. | Claim 1 of the '734 Patent is not anticipated by U.S. Patent Application Publication No. 2003/0031015 ("Ishibashi") under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(b). |
| 15. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 1 of the '734 Patent is anticipated by Ishibashi under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(1)(b). |
| 16. | Claim 19 of the '734 Patent is not anticipated by Maxik under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |

| No. | Nichia's Conclusions of Law | Supporting Evidence |
|---|---|---|
| 17. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 19 of the '734 Patent is anticipated by Maxik under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 18. | Claim 19 of the '734 Patent is not obvious over Maxik in view of U.S. Patent No. 7,875,897 ("Suehiro") under 35 U.S.C. § 103. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 19. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 19 of the '734 Patent is obvious over Maxik in view of Suehiro under 35 U.S.C. § 103. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 20. | Claim 19 of the '734 Patent is not anticipated by Ishibashi under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 21. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 19 of the '734 Patent is anticipated by Ishibashi under 35 U.S.C. § 102. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 22. | Claim 19 of the '734 Patent is not obvious over Ishibashi in view of Suehiro under 35 U.S.C. § 103. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 23. | Feit cannot meet its burden to show, by clear and convincing evidence, that claim 19 of the '734 Patent is obvious over Ishibashi in view of Suehiro under 35 U.S.C. § 103. | *See* Pl.'s Partial Mot. Summ. J at Section III(B)(2). |
| 24. | There were no acceptable non-infringing alternatives to the Accused Products as of the date of the hypothetical negotiation, i.e., in September 2017. | *See* Pl.'s Partial Mot. Summ. J at Section III(C). |
| 25. | There were no available non-infringing alternatives to the Accused Products as of the date of the hypothetical negotiation, i.e., in September 2017. | *See* Pl.'s Partial Mot. Summ. J at Section III(C). |
| 26. | Feit cannot meet its burden to show that non-infringing alternatives to the Accused Products were available as of the date of the hypothetical negotiation, i.e., in September 2017. | *See* Pl.'s Partial Mot. Summ. J at Section III(C). |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW

| No. | Nichia's Conclusions of Law | Supporting Evidence |
|---|---|---|
| 27. | Feit cannot meet its burden to show that there were acceptable non-infringing alternatives to the Accused Products as of the date of the hypothetical negotiation, i.e., in September 2017. | *See* Pl.'s Partial Mot. Summ. J at Section III(C). |

DATED: July 27, 2022       ROTHWELL, FIGG, ERNST &MANBECK P.C.

By: */s/ Robert P. Parker*

ROBERT P. PARKER (*pro hac vice*)
MARTIN M. ZOLTICK (*pro hac vice*)
JENNY COLGATE (*pro hac vice*)
MICHAEL JONES (*pro hac vice*)
MARK RAWLS (*pro hac vice*)
D. LAWSON ALLEN (*pro hac vice*)
NICOLE M. DEABRANTES (*pro hac vice*)

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

By: */s/ Jeffrey A. Kobulnick*

DAVID GURNICK
JEFFREY A. KOBULNICK
JESSICA W. ROSEN

*Attorneys for Plaintiff Nichia Corporation*