DAVID GURNICK (SBN 115723)
dgurnick@lewitthackman.com
JEFFREY A. KOBULNICK (SBN 228299)
jkobulnick@lewitthackman.com
JESSICA W. ROSEN (SBN 294923)
jrosen@lewitthackman.com
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
16633 Ventura Boulevard Eleventh Floor
Encino, CA 91436
Telephone: (818) 990-2120
Facsimile: (818) 981-4764

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*pro hac vice*)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:   (202) 783-6031

Attorneys for Plaintiff Nichia Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | Case No.  2:20-cv-00359-GW-E<br><br>**PLAINTIFF NICHIA CORPORATION'S UNOPPOSED APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL RE NICHIA CORPORATION'S PARTIAL SUMMARY JUDGMENT ON INFRINGEMENT, INVALIDITY, AND NON-INFRINGING ALTERNATIVES**<br><br>Hearing Date: September 15, 2022<br>Time:       8:30 a.m.<br>Ctrm:       9D |

1    Pursuant to the Protective Order in this action (Dkt. No. 49) and Local Rule

2    79-5, Plaintiff Nichia Corporation ("Nichia") respectfully requests that the Court

3    seal the following documents:

4    Small portions of Nichia's Motion for Summary Judgment on Infringement,

5    Invalidity, and Non-Infringing Alternatives (Dkt. 416) ("Nichia's Motion") and

6    Nichia's Statement Of Uncontroverted Material Facts And Conclusions Of Law In

7    Support Of Its Motion For Partial Summary Judgment On Infringement, Invalidity,

8    And Non-Infringing Alternatives (Dkt. 417) ("Nichia's SOF") and the entirety of

9    Exhibits 2-11, 13-15, 17, 22-24, 29-30, 34, and 36 attached to the Declaration of

10   Robert P. Parker in Support of Nichia's Motion for Motion for Summary Judgment

11   on Infringement, Invalidity, and Non-Infringing Alternatives ("Parker Decl.").

12   Nichia seeks to seal these documents because they contain confidential,

13   proprietary, commercially sensitive, or competitive information of Defendant Feit

14   Electric Company, Inc. ("Feit Electric") and Nichia. *See* Declaration of D. Lawson

15   Allen ("Allen Decl."), concurrently filed herewith, ¶¶ 2-4.  Nichia is concurrently

16   filing unredacted copies of Nichia's Motion, Nichia's SOF, and these exhibits

17   under seal. *See* Allen Decl., Exs. A, B, 12-23, 25, 27-28, 30, 32-33, 35-37, 39-41,

18   45-59 and 62.

19   Compelling reasons exist to seal documents when the information might

20   "release trade secrets" and "might harm a litigant's competitive standing." *In re*

21   *Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008)(internal quotations and

22   citations omitted).  *See also Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d

23   1214, 1225 (Fed. Cir. 2013)("In particular, it seems clear that if Apple's and

24   Samsung's suppliers have access to their profit, cost, and margin data, it could give

25   the suppliers an advantage in contract negotiations, which they could use to extract

26   price increases for components."); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589,

27   598 (1978).

28

Here, the documents discussed above contain confidential, proprietary, commercially sensitive, or competitive information relating to Feit Electric's Nichia's businesses. Allen Decl., ¶¶ 2-4.

Redaction of Exhibits 2-11, 13-15, 17, 22-24, 29-30, 34, and 36 to the Parker Decl. is not feasible because most, if not all, of the content in these Exhibits would require redaction. Allen Decl. ¶ 26. Redaction of Nichia's Motion (Exhibit A to the Allen Decl.) and Nichia's SOF (Exhibit B to the Allen Decl.) are not feasible because the information is necessary for the Court to view the substance of Nichia's arguments. *Id.* The information contained therein has not been previously made public to the best of Nichia's counsel's knowledge. *Id.* Moreover, disclosure of this competitively sensitive information could be used by third parties to Feit Electric's and Nichia's detriment. *Id.*

Defendant Feit Electric Company, Inc. does not oppose this Application. Allen Decl., ¶ 27.

For these reasons, Nichia respectfully submits that compelling reasons exist to warrant this limited sealing of portions of Nichia's Motion and Nichia's SOF and Exhibits 2-11, 13-15, 17, 22-24, 29-30, 34, and 36, in their entirety, to the Parker Decl.

Respectfully submitted,

DATED: July 27, 2022          ROTHWELL, FIGG, ERNST &MANBECK P.C.

By: */s/ Robert Parker*

ROBERT P. PARKER (*pro hac vice*)

MARTIN M. ZOLTICK (*pro hac vice*)
JENNY COLGATE (*pro hac vice*)
MICHAEL JONES (*pro hac vice*)
MARK RAWLS (*pro hac vice*)
D. LAWSON ALLEN (*pro hac vice*)

1

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

2

3

By: */s/ Jeffrey A. Kobulnick*

4

5

DAVID GURNICK (SBN 115723)
JEFFREY A. KOBULNICK (SBN 228299)
JESSICA W. ROSEN (SBN 294923)

6

7

*Attorneys for Plaintiff Nichia Corporation*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S UNOPPOSED APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing **PLAINTIFF NICHIA CORPORATION'S UNOPPOSED APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL RE NICHIA CORPORATION'S PARTIAL SUMMARY JUDGMENT ON INFRINGEMENT, INVALIDITY, AND NON-INFRINGING ALTERNATIVES** was served, via electronic mail, upon the following counsel of record for Feit Electric Company, Inc.:

Salil Bali
sbali@sycr.com
Matthew R. Stephens, SBN 288223
mstephens@sycr.com
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Tel. 949-725-4000

Kal Shah
kshah@beneschlaw.com
Mircea Tipescu
mtipescu@beneschlaw.com
Simeon G. Papacostas
spapacostas@beneschlaw.com
Louis Constantinou
lconstantinou@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

*/s/ Jeffrey A. Kobulnick*
Lewitt, Hackman, Shapiro, Marshall & Harlan