SALIL BALI, SBN 263001
  sbali@stradlinglaw.com
MATTHEW STEPHENS, SBN 288223
  mstephens@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660
Tel. 949-725-4000

KAL SHAH (admitted *pro hac vice*)
  kshah@beneschlaw.com
MIRCEA TIPESCU (admitted *pro hac vice*)
  mtipescu@beneschlaw.com
SIMEON PAPACOSTAS (admitted *pro hac vice*)
  spapacostas@beneschlaw.com
LOUIS CONSTANTINOU (admitted *pro hac vice*)
  lconstantinou@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4949
Facsimile: 312-767-9192

Attorneys for Defendant
Feit Electric Company, Inc.

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:20-cv-00359-GW-E<br>Honorable George Wu, Ctrm. 9D<br><br>**DEFENDANT FEIT ELECTRIC COMPANY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT** |

**TO THE PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to Local Rule 79-5 and the Protective Order (Dkt. No. 49) in the above-entitled action, Defendant Feit Electric Company, Inc. ("Feit Electric") applies to this Court for an order permitting Feit Electric to file under seal unredacted copies of Exhibits 3 and 21 to the Declaration of Kal K. Shah ("Shah Decl.") in support of Feit Electric's Motion for Summary Judgment. These exhibits have been designated as confidential or Attorneys' Eyes Only by Plaintiff Nichia Corporation ("Nichia") pursuant to the parties' protective order.

Specifically, the following are documents containing proprietary, commercially sensitive or competitive information, the entirety of which have been designated by Nichia as Confidential – Attorneys' Eyes Only or Confidential - Outside Attorneys' Eyes Only pursuant to the Protective Order. *See* concurrently filed Declaration of Simeon Papacostas in support of Feit Electric's Application for Leave to File Under Seal Documents Supporting its Motion for Summary Judgment ("Papacostas Decl."), ¶ 5. Feit Electric seeks to file, under seal, an unredacted copy of each of the following documents:

1. Exhibit 3 to the Shah Declaration in support of Feit Electric's Motion for Summary Judgment, which includes excerpts of a true and correct copy of the transcript from Katsuyuki Akutagawa's 30(b)(6) deposition taken in this action on October 27, 2021.

2. Exhibit 21 to the Shah Declaration in support of Feit Electric's Motion for Summary Judgment, which includes a true and correct copy of the Opening Expert Report of Mr. Michael Gershowitz Regarding Infringement, which was served in this action on December 7, 2021.

Unredacted copies of these documents are being filed contemporaneously under seal.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
APPLICATION TO FILE DOCUMENTS ISO MSJ UNDER SEAL
20-CV-00359

Redaction of Exhibits 3 and 21 by Feit Electric are not feasible because significant portions, if not all, of the contents of these exhibits would require redaction. The information contained therein has not been previously made public, and the disclosure of the competitively sensitive information contained in these documents could be used by third parties to both Feit Electric and Nichia's detriment. Papacostas Decl. at ¶¶ 3-5.

Pursuant to L.R. 79-5.2.2(b), the parties discussed the relief sought by this Application on July 26, 2022, and Nichia does not oppose this Application. Papacostas Decl. at ¶ 6.

## GOOD CAUSE EXISTS TO GRANT THIS APPLICATION

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 598 (1978). When sealing documents attached to a non-dispositive pleading, a district court must "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (internal quotations omitted). Relevant factors include the "public interest in understanding the judicial process and whether disclosure of the material could result in improper use of material for scandalous or libelous purposes or infringement upon trade secrets." *Id.* at 679, n. 6 (citations omitted). Under Central District of California Local Rule 79-5, documents may be filed under seal after obtaining approval of the Court. Documents containing confidential, valuable and non-public information that would cause competitive injury to a party if publicly disclosed, are subject to protection under Rule 26(c). *See Apple Inc. v. Samsung Elec. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (sealing documents is appropriate if "release of the documents will cause competitive harm to a business").

Here, the documents discussed above contain competitively sensitive, proprietary, and confidential business information relating to Nichia's businesses. Papacostas Decl. at ¶ 5. The information contained therein has not been previously

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
APPLICATION TO FILE DOCUMENTS ISO MSJ UNDER SEAL
20-CV-00359

made public. The public disclosure of details on how Nichia's businesses function provides the public no additional understanding of the judicial process. Moreover, disclosure of this competitively sensitive information could be used by third parties to either party's detriment.

Accordingly, Feit Electric submits that there exist compelling reasons to overcome the right of public access to these exhibits and good cause exists to grant their redaction and sealing. Because the documents contain proprietary, commercially sensitive, or competitive information of Nichia, there is good cause to file the documents under seal.

If this Application is denied, Counsel requests that the Courtroom Deputy Clerk destroy the Chambers' copies of the documents.

DATED: July 27, 2022　　　　STRADLING YOCCA CARLSON & RAUTH
　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　By:　*/s/ Salil Bali*
　　　　　　　　　　　　　　　　　　Salil Bali
　　　　　　　　　　　　　　　　　　Matthew Stephens
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　***Attorneys for Defendant***
　　　　　　　　　　　　　　　***Feit Electric Company, Inc.***

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
APPLICATION TO FILE DOCUMENTS ISO MSJ UNDER SEAL
20-CV-00359