# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>　　　　Defendant. | CASE NO. CV 20-359-GW-Ex<br>Honorable George H. Wu<br><br>**FINAL JUDGMENT** |

After trial and based on the evidence presented therein, this matter was submitted to the jury on January 19, 2023, and the jury returned a verdict of no infringement by Feit Electric. (Dkt. 748). Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that:

1) Defendant Feit Electric does not infringe U.S. Patent No. 9,752,734;

2) Final judgment of non-infringement is entered in favor of Defendant Feit Electric Company, Inc. and against Plaintiff Nichia Corporation's claims of infringement of U.S. Patent No. 9,752,734;

3) Plaintiff Nichia shall take nothing by way of its complaint in this action; and,

4) Defendant Feit Electric is entitled to an award of costs, pursuant to the procedures set forth in Local Rule 54.

**SO ORDERED** this 2nd day of February, 2023.

By: _____
The Honorable George H. Wu
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
[PROPOSED] FINAL JUDGMENT
20-CV-00359

20748761 v4